```
UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
       CIVIL DOCKET ENTRIES FOR CASE A05-0156--CV (JWS)
            "STRAND HUNT CONSTRUCTION V DIX MASONRY ET AL"

        Including terminated parties, excluding terminated counsel
```

```
   Presiding Judge:  The Honorable John W. Sedwick, U.S. District Judge
  Magistrate Judge:
     Referral Rule:
             Filed: 07/01/05
            Closed: NO

      Jurisdiction: (4) Diversity (see citizenship of parties)
     PLF Diversity: (2) Citizen of Another State
     DEF Diversity: (4) Incorporated or Principal Place of Business in This State

    Nature of Suit: (190) Other contract actions

            Origin: (1) Original Proceeding
            Demand: 75
        Filing fee: Paid $250.00 on 07/11/05 receipt # 00126060
          Trial by: Jury
```

| Parties of Record: | | Counsel of Record: |
|---|---|---|
| PLF 1.1 | STRAND HUNT CONSTRUCTION INC | Frank A. Pfiffner<br>Hughes Bauman et al<br>3900 "C" Street, Suite 1001<br>Anchorage, AK 99503-5931<br>907-274-7522<br>FAX 907-263-8320 |
| DEF 1.1 | DIX MASONRY INC | No counsel found for this party! |
| DEF 2.1 | DIX, DEBRA R. | No counsel found for this party! |
| DEF 3.1 | DIX, DENNIS R. | Dennis R. Dix<br>Pro Per<br>POB 128<br>Sterling, AK 99672<br>907-262-5763 |

```
               UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
                    CIVIL DOCKET ENTRIES FOR CASE A05-0156--CV (JWS)
                     "STRAND HUNT CONSTRUCTION V DIX MASONRY ET AL"

                                   For all filing dates


    Presiding Judge:  The Honorable John W. Sedwick, U.S. District Judge
    Magistrate Judge:
       Referral Rule:
              Filed: 07/01/05
             Closed: NO

       Jurisdiction: (4) Diversity (see citizenship of parties)
      PLF Diversity: (2) Citizen of Another State
      DEF Diversity: (4) Incorporated or Principal Place of Business in This State

     Nature of Suit: (190) Other contract actions

             Origin: (1) Original Proceeding
             Demand: 75
         Filing fee: Paid $250.00 on 07/11/05 receipt # 00126060
           Trial by: Jury


 Document #   Filed      Docket text

      1 -  1  07/01/05   Complaint filed; Summons issued.

      2 -  1  07/01/05   PLF 1 Jury Demand.

      3 -  1  07/01/05   PLF 1 FRCP 7.1 Disclosure Statement.

      4 -  1  07/13/05   RRB Minute Order that Judge Beistline recuses himself from this case.
                         This case is reassigned to Judge Sedwick for all further proceedings.
                         Use case number A05-0156 CV (JWS) on all future filings. cc: cnsl, Judge
                         Sedwick

      5 -  1  09/01/05   STRICKEN BY ORDER @ DKT 8: DEF 3 Answer to Complaint.

      6 -  1  09/01/05   DEF 3 motion (expedited) for 90 day continuance of eviction hearing.

      7 -  1  09/06/05   PLF 1 Return of Service Executed re: DEF 1,2, & 3 on 8/5/05.

      8 -  1  09/14/05   JWS Minute Order denying mot (expedited) for 90 day continuance of
                         eviction hrg (6-1); DEF 1 shall retain cnsl & file ans by 11/30/05; DEFS
                         2 & 3 shall file ans' by 11/30/05; ans @ dkt 5 is stricken; plf cnsl to
                         meet w/defs or defs' cnsl by 12/30/05 & file Rule 16(b) stat rpt w/i 14
                         days after conf. cc: cnsl
```