Person Filing Motion:
Name: Dennis Richard Dix   Daytime Telephone No. 907-252-0827
Mailing Address: P.O. Box 128 Sterling, AK. 99672

IN THE DISTRICT/SUPERIOR COURT FOR THE STATE OF ALASKA AT Anchorage

Strand Hunt Corporation of Washington  Plaintiff(s),

vs.

Dix Masonry, Inc. of Alaska  Defendant(s).

**FILED**
DEC 1 6 2005
UNITED STATES DISTRICT COURT
DISTRICT OF ALASKA
By _____ Deputy

CASE NO. A05-156 CVC (JWS)
  Extension of Trial Date
MOTION FOR Extension of Time to Retain Representation

I, Dennis Richard Dix, request that: Dix Masonry, Inc, Debbie Rae Dix and Dennis Richard Dix be granted an extension until after my release date of approximately Feb 21, 2006 from Wildwood Correctional Center in order to search and obtain counsel/representation in regards to the above case #

This request should be granted because (Include any statutes, court rules, court decisions and any facts that support granting the request): I am and have been incarcerated due to the loss of or demize of Dix Masonry partially due to its affiliation to Strand Hunt Corporation. I will need help/advice from the court on how to obtain counsel since the Plaintiff and others have absorbed all cash flows of Dix Masonry, Inc. Debbie Rae Dix and Dennis Richard Dix and left them with approximately $650,000 in debt. Please note that SHC's motions are in direct response to notification of their debt to Dix, by Dix.

[Attach extra pages if necessary.]
I certify that all statements in this motion and any attachments are true to the best of my knowledge and belief.

December 13th 2005   Dennis Richard Dix
Date                  Signature

**Notice to Opposing Parties**: You have the right to file a response to this motion. Forms and instructions (CIV-808 Packet) are available at courts and at www.state.ak.us/courts/forms.htm
File your response at (court address): US District Court Federal Bldg, 222 W. 7th Ave, Anch, AK. 99513-7564
You must also mail a copy to the person who filed the motion. Civil Rules 77(c)(2) and 6 set the deadline within which you must respond. For most motions, you must respond within 10 days if the motion was personally served on you or within 13 days (from the date of mailing) if the motion was mailed to you.

Page 1 of 2
CIV-805 (12/02) (cs)                                 Civil Rules 6, 7(b) & 77
MOTION

13

Case Number A05-156 CVC (JWS)

## CERTIFICATE OF SERVICE

*[If the opposing party is represented by an attorney, you must serve the motion on the attorney rather than on the opposing party.]*

I certify that I mailed (by first class mail) or hand-delivered a copy of this motion to:

Name of Other Party or Attorney: Hughes, Baumen, Pfiffner, Gorski & Seedorf LLC
Address: 3900 C St., Suite 1001, Anchorage, AK 99503
Date: 12-13-05                    ☒ mailed  ☐ hand-delivered

Name of Other Party or Attorney: _____
Address: _____
Date: _____                    ☐ mailed  ☐ hand-delivered

Name of Other Party or Attorney: _____
Address: _____
Date: _____                    ☐ mailed  ☐ hand-delivered

_____
Dennis Richard Dry
Signature of Person Filing Motion