FILED
US DISTRICT COURT
DISTRICT OF ALASKA

2005 DEC 19 PM 3: 54

Frank A. Pfiffner
HUGHES BAUMAN PFIFFNER
GORSKI & SEEDORF, LLC
3900 C Street, Suite 1001
Anchorage, Alaska 99503
Telephone: (907) 274-7522
Facsimile: (907) 263-8320

Attorneys for Plaintiff
Strand Hunt Construction, Inc.

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| STRAND HUNT CONSTRUCTION, INC., a Washington corporation,<br><br>                Plaintiff,<br><br>vs.<br><br>DIX MASONRY, INC., an Alaska corporation; DEBRA R. DIX; and DENNIS R. DIX,<br><br>                Defendants. | Case No. A05-156 CV (JWS) |

## OPPOSITION TO MOTION FOR EXTENSION OF TIME

### INTRODUCTION

Dennis Dix has filed a hand written motion for extension of time to retain representation because of his present incarceration. Mr. Dix's motion is not in proper form and has no substantive merit. The motion should be denied.

## FACTS

The court entered a very specific order on September 14, 2005. (Docket No. 8) The order struck the motion filed by Debbie Dix on behalf of her co-defendants because she is not a lawyer and cannot file pleadings on behalf of other parties. The court gave defendants an unequivocal deadline of November 30, 2005, for defendants to answer the complaint. (Docket No. 8) Plaintiff was directed to apply for default if the defendants did not answer. (*Id.*) Defendants did not answer the complaint and plaintiff made an application for default. The application for default has been granted. (Docket No. 12)

## ARGUMENT

**I.   THE MOTION FOR EXTENSION OF TIME IS NOT IN PROPER FORM.**

Dennis Dix's pro se motion for extension of time is defective. First, it is captioned in state court whereas the present action is in federal court. Because plaintiff does not know whether the motion was actually filed in federal court, a copy of the motion is attached hereto as Exhibit 1. Second, as a non-lawyer, Dennis Dix has the same problem filing pleadings as did Debra Dix. He is not a lawyer and cannot file any documents on behalf of Debra or Dix Masonry, Inc. Third, there is no such thing as a motion for extension of time once default has been entered. The proper procedural motion would be a Fed. R. Civ. P. 60(b) motion for relief from order. Plaintiff will treat the Dix motion as a Fed. R. Civ. P. 60(b) motion.

HUGHES BAUMAN PFIFFNER
GORSKI & SEEDORF, LLC
ATTORNEYS AT LAW
3900 C STREET
SUITE 1001
ANCHORAGE, ALASKA 99503
(907) 274-7522
(907) 263-8320 FAX

## II. DENNIS DIX DOES NOT STATE GROUNDS FOR RELIEF FROM THE RULE 60(b) DEFAULT.

Dennis Dix does not state any mistake, inadvertence, surprise, or excusable neglect as a basis for relief from the default order pursuant to Fed. R. Civ. P. 60(b)(1). Likewise none of the grounds for relief under Fed. R. Civ. P. 60(b)(2)-(6) has been met. To the extent that Dennis Dix claims that he was incarcerated because of the demise of Dix Masonry, Inc., that contention is without merit. Dennis Dix is in jail because he assaulted his ex-wife, daughter, girlfriend, and a third party and resisted arrest on numerous occasions among other things. *See* Exhibits 2-9.

Gross carelessness is not a basis for relief from an order. Charles Wright, Arthur Miller and Mary Kane, 11 *Federal Practice and Procedure* § 2858 at 277-78 (1995). Likewise ignorance of the rules and ignorance of the law are not proper bases for relief from an order. *Id.* at 280. Relief from an order or judgment is commonly denied for failure to answer within the time permitted. *Id.* at 288 n.38. Dennis Dix has provided the court with no reasonable excuse for the defendants not answering the complaint as ordered by the court. The motion should be denied.

### CONCLUSION

Dennis Dix's motion for extension of time is without procedural or substantive merit. The court should deny the motion.

HUGHES BAUMAN PFIFFNER
GORSKI & SEEDORF, LLC
ATTORNEYS AT LAW
3900 C STREET
SUITE 1001
ANCHORAGE, ALASKA 99503
(907) 274-7522
(907) 263-8320 FAX

DATED at Anchorage, Alaska, this 19th day of December, 2005.

HUGHES BAUMAN PFIFFNER
GORSKI & SEEDORF, LLC
Attorneys for Plaintiff
Strand Hunt Construction, Inc.

By: *Frank A. Pfiffner* (signature)
Frank A. Pfiffner
ABA No. 7505032

Certificate of Service

On the 19th day of December, 2005,
a true and correct copy of the foregoing was
☒ mailed  ☐ hand-delivered  ☐ faxed to:

Dennis R. Dix, Individually and as
President of Dix Masonry
P.O. Box 128
Sterling, Alaska 99672

Debra R. Dix
P.O. Box 128
Sterling, Alaska 99672

*Amanda C. Keough* (signature)
Amanda C. Keough

HUGHES BAUMAN PFIFFNER
GORSKI & SEEDORF, LLC
ATTORNEYS AT LAW
3900 C STREET
SUITE 1001
ANCHORAGE, ALASKA 99503
(907) 274-7522
(907) 263-8320 FAX