MINUTES OF THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

*STRAND HUNT CONSTRUCTION*, *INC.*   v.   *DIX MASOLNRY, INC., et al.*

THE HONORABLE JOHN W. SEDWICK        CASE NO. 3:05-cv-00156 JWS

PROCEEDINGS:   **ORDER FROM CHAMBERS**           Date: January 27, 2006

     Plaintiff moved for entry of default as to the three defendants. The motion was not opposed, and the default of all defendants was duly entered by the Clerk at docket 12 pursuant to Fed. R. Civ. P. 55(a). However, plaintiff never moved for entry of default judgment pursuant to Rule 55(b). In the meantime, a motion for extension of time was filed by defendant Dennis Dix at docket 13, purportedly on behalf of all defendants. Laying aside the fact that Mr. Dix cannot represent the other two defendants, such a motion cannot be entertained while the defendants are in default.

     The motion at docket 13 is **DENIED** without prejudice to defendants' filing motions for relief from default. If no motion for relief from default is filed by **March 10, 2006** (a date more than two weeks subsequent to Mr. Dix's release date), then plaintiff shall promptly thereafter move for a default judgment as to any defendant who has not filed a motion for relief from judgment.

     Defendants are again **WARNED** that a corporation may appear in federal court **ONLY** through an attorney. Furthermore, one individual cannot represent another individual. Mr. Dix may not sign papers on behalf of Mrs. Dix. She must represent herself, or engage an attorney to represent her.