M. Gregory Oczkus
Greg Oczkus Law Office
430 W 7th Ave., Suite 202
Anchorage, Alaska. 99501
Telephone: (907) 276-6506
Facsimile: (907) 258-6902

RECEIVED
MAR 1 0 2006
CLERK U.S. DISTRICT COURT
ANCHORAGE, ALASKA

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

| STRAND HUNT CONSTRUCTION, INC., a Washington Corporation,<br><br>   Plaintiff,<br><br>v<br><br>DIX MASONRY, INC., an Alaskan corporation; DEBRA R. DIX; AND DENNIS R. DIX,<br><br>   Defendant. | Case No. A05-156 CIV<br><br>ENTRY OF APPEARANCE |
|---|---|

Comes Now M. Gregory Oczkus of Greg Oczkus Law Offices and enters his appearance on behalf of Dix Masonry, Inc., Debra R. Dix and Dennis R. Dix in the above captioned case. All future pleadings may be served on the undersigned at the above stated address.

Dated this _11_ day of March, 2006.

                         M. Gregory Oczkus
                         Alaska Bar No. 7710145