M. Gregory Oczkus
Greg Oczkus Law Office
430 W 7th Ave., Suite 202
Anchorage, Alaska. 99501
Telephone: (907) 276-6506
Facsimile: (907) 258-6902



RECEIVED
MAR 1 0 2006
CLERK U.S. DISTRICT COURT
ANCHORAGE ALASKA

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

| STRAND HUNT CONSTRUCTION, INC., a Washington Corporation,<br><br>　　　　Plaintiff,<br>v<br><br>DIX MASONRY, INC., an Alaskan corporation; DEBRA R. DIX; AND DENNIS R. DIX,<br><br>　　　　Defendant. | Case No. A05-156 CIV |
|---|---|

MOTION FOR RELIEF FROM ENTRY OF DEFAULT

Comes Now defendants, Dix Masonry, Inc., Debra R. Dix and Dennis R. Dix, by and through their attorney of record, M. Gregory Oczkus, and request that this court, pursuant to FRCP 55(c) for good cause shown, set aside the Entry of Default entered by the clerk at docket entry 12 on December 8, 2005. The defendants can demonstrate a meritorious defense to this action and the plaintiff will

1

not be prejudiced by the reopening. This motion is supported by the Memorandum of Law, the affidavit of Dennis Dix submitted herewith, the pleadings on file and the defendants' proposed answer and counterclaim.

Dated this _____10_____ day of March, 2006.

_____
M. Gregory Oczkus
Alaska Bar No. 7710145