M. Gregory Oczkus
Greg Oczkus Law Office
430 W 7th Ave., Suite 202
Anchorage, Alaska. 99501
Telephone: (907) 276-6506
Facsimile: (907) 258-6902



IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| STRAND HUNT CONSTRUCTION, INC., a Washington Corporation,<br><br>Plaintiff,<br>v<br><br>DIX MASONRY, INC., an Alaskan corporation; DEBRA R. DIX; AND DENNIS R. DIX,<br><br>Defendant. | Case No. A05-156 CIV<br><br>AFFIDAVIT IN SUPPORT OF MOTION TO SET ASIDE DEFAULT |

STATE OF ALASKA      )
                     : 
THIRD JUDICIAL DISTRICT )

Dennis Dix, under oath, deposes and states:

1. My name is Dennis Dix and all facts stated herein are within my personal knowledge. I am competent and qualified to testify at trial or hearing.

2. I was released from Wildwood Correctional Facility on February 3, 2006. I attempted to the best of my ability to answer the complaint while incarcerated. I received the court's order allowing me until March 10, 2006 to retain an attorney to

move to set aside default.

3. I have been able to meet at my attorney's office on three occasions to attempt to explain the history of the project, explain the dispute and explain how Dix Masonry, Inc. was injured by Strand Hunt Construction.

4. Debra Dix is no longer involved with Dix Masonry, Inc. The superior court judge in our divorce proceedings awarded me ownership of the company.

5. I am the person responsible for conducting the business of Dix Masonry, Inc. defending the claims, and prosecuting the construction claims.

6. I have assisted my attorney in preparing the answer and counterclaim. I have reviewed the statements and representations made in the answer and counterclaim. The allegations can be supported by evidence.

7. I have made a Freedom of Information Act request to United States Army Corps of Engineers concerning the project. I was advised that it may take another month for those documents to be delivered.

8. I have been in contact with the two general foreman who worked on the project. They have both advised me that they are willing to cooperate in collecting evidence and information to help me prosecute the counterclaim. They are also willing to provide testimony.

9. Dix Masonry has worked on at least 40 government projects in Alaska in the last 15 years. Dix Masonry work was always acceptable to the owner.

10. In 2004 Dix Masonry, Inc. was actually requested by Strand Hunt to replace the Strand Hunt concrete crews on the Clear Air Force Base project and Eielsen Bag House facility to redo and complete Strand Hunt's concrete work to meet acceptable standards for the government.

FURTHER YOUR AFFIANT SAYETH NAUGHT:

Dated: _March 9th, 2006_  _Dennis Dix_
Dennis Dix

SUBSCRIBED AND SWORN to before me this _9_ day of March, 2006.

_[signature]_
Notary Public in and for Alaska
My Commission Expires: _12-6-06_

G:Dix/Docs/DixAff