| Total Float | Activity ID | Activity Description | Orig Dur | Rem Dur | Early Start | Early Finish |
|---|---|---|---|---|---|---|
| 0 | 510 | START STRUCTURAL WORK | 0 | 0 | 24MAY04 | |
| 0 | 700 | EXCAVATE FOOTINGS AREA 1 | 4 | 4 | 24MAY04 | 27MAY04 |
| 0 | 710 | FORM THICKENED EDGE AT SLAB | 10 | 10 | 28MAY04 | 10JUN04 |
| 253 | 770 | IN SLAB RI MECH/ELEC | 5 | 5 | 28MAY04 | 03JUN04 |
| 0 | 720 | PLACE REBAR AT PERIMETER | 6 | 6 | 01JUN04 | 08JUN04 |
| 0 | 1110 | INSTALL GROUND GRID | 8 | 8 | 01JUN04 | 10JUN04 |
| 6 | 730 | POUR AND STRIP AT PERIMETER | 5 | 5 | 04JUN04 | 10JUN04 |
| 0 | 740 | INSTALL INSULATION | 5 | 5 | 11JUN04 | 17JUN04 |
| 56 | 780 | PLACE REBAR SLAB ON GRADE | 5 | 5 | 11JUN04 | 17JUN04 |
| 0 | 750 | BACKFILL EDGE AT AREA 1 | 3 | 3 | 15JUN04 | 17JUN04 |
| 0 | 800 | START MASONRY AREA 1 | 0 | 0 | 17JUN04 | |
| 0 | 810 | MASONRY AREA 1 EXTERIOR AND INTERIOR | 17 | 17 | 17JUN04 | 09JUL04 |
| 56 | 790 | POUR AND STRIP SLAB ON GRADE | 4 | 4 | 18JUN04 | 23JUN04 |
| 0 | 820 | ERECT STEEL COLUMNS AREA 1 | 5 | 5 | 12JUL04 | 16JUL04 |
| 0 | 830 | ERECT STEEL TRUSSES | 5 | 5 | 19JUL04 | 23JUL04 |
| 0 | 840 | ERECT STEEL DECK | 5 | 5 | 26JUL04 | 30JUL04 |
| 0 | 1270 | INSTALL LIGHT GAGE ROOF FRAMING AREA 1 | 5 | 5 | 02AUG04 | 06AUG04 |
| 0 | 850 | INSTALL MTL ROOF AND SLEEPERS AREA 1 | 10 | 10 | 09AUG04 | 20AUG04 |
| 0 | 860 | RI DRAINS AND LEADERS | 3 | 3 | 23AUG04 | 25AUG04 |
| 0 | 870 | INSTALL BUILT UP ROOF | 8 | 8 | 26AUG04 | 06SEP04 |
| 0 | 890 | INSTALL FLASHING | 3 | 3 | 07SEP04 | 09SEP04 |
| 0 | 880 | INSTALL EXTERIOR WALL INSULATION BOARD | 10 | 10 | 10SEP04 | 23SEP04 |
| 78 | 1120 | INSTALL TRANSFORMER | 5 | 5 | 17SEP04 | 23SEP04 |
| 78 | 1150 | INSTALL GENERATOR | 5 | 5 | 17SEP04 | 23SEP04 |
| 78 | 1220 | INSTALL AHU | 5 | 5 | 17SEP04 | 23SEP04 |
| 0 | 900 | INTALL EXTERIOR FRAMING | 20 | 20 | 24SEP04 | 21OCT04 |
| 23 | 910 | INSTALL EXTERIOR DOORS AND WINDOWS | 5 | 5 | 22OCT04 | 28OCT04 |
| 48 | 1100 | ROUGH IN SPRINKLER | 10 | 10 | 22OCT04 | 04NOV04 |
| 53 | 1230 | INSTALL AIR COMPRESSOR | 5 | 5 | 22OCT04 | 28OCT04 |
| 63 | 990 | OVERHEAD ELECTRICAL ROUGH IN | 15 | 15 | 22OCT04 | 11NOV04 |
| 23 | 920 | INSTALL EXTERIOR INSULATION | 5 | 5 | 29OCT04 | 04NOV04 |
| 53 | 1010 | OVERHEAD MECHANIACAL ROUGHIN | 20 | 20 | 29OCT04 | 29NOV04 |
| 23 | 930 | INSTALL EXTERIOR WALL GWB AREA 1 | 20 | 20 | 05NOV04 | 06DEC04 |
| 48 | 1090 | INSTALL INTERIOR SOFFIT FRAMING | 20 | 20 | 05NOV04 | 06DEC04 |
| 23 | 940 | INSTALL INTERIOR FRAMING | 15 | 15 | 07DEC04 | 29DEC04 |
| 48 | 1000 | SOFFIT INSULATION AT MANSORD | 10 | 10 | 07DEC04 | 20DEC04 |
| 48 | 1020 | SOFFIT GWB AREA 1 | 15 | 15 | 21DEC04 | 14JAN05 |
| 23 | 950 | INTERIOR WALL ELEC ROUGH IN | 15 | 15 | 03JAN05 | 21JAN05 |
| 23 | 980 | INTERIOR WALL MECH ROUGH IN | 15 | 15 | 03JAN05 | 21JAN05 |
| 33 | 970 | SET DOOR FRAMES | 5 | 5 | 03JAN05 | 07JAN05 |
| 23 | 960 | INTERIOR GWB | 20 | 20 | 24JAN05 | 18FEB05 |

Start Date: 01MAR04
Finish Date: 01JUN05
Data Date: 01MAR04
Run Date: 29MAR04 16:17

Early Bar
Progress Bar
Critical Activity

SCF2    STRANDHUNT CONSTRUCTION
SECURITY FORCES COMPLEX BASELINE
Classic Sc   e Layout

Sheet 3 of 6

© Primavera Systems, Inc.

| ID | Description | Orig Dur | Rem Dur | Early Start | Early Finish |
|---|---|---|---|---|---|
| 1030 | PAINT AREA 1 | 15 | 15 | 21FEB05 | 11MAR05 |
| 1040 | INTERIOR ELECTRICAL FINISHES | 10 | 10 | 14MAR05 | 25MAR05 |
| 1060 | INTERIOR MECHANICAL FINISHES AREA 1 | 10 | 10 | 14MAR05 | 25MAR05 |
| 1070 | INTERIOR FLOOR FINISHES | 10 | 10 | 14MAR05 | 25MAR05 |
| 1080 | CABINETRY CASEWORK | 5 | 5 | 14MAR05 | 18MAR05 |
| 2020 | EXCAVATE FOOTINGS AREA 2 | 5 | 5 | 28MAY04 | 03JUN04 |
| 2410 | INSTALL GROUND GRID | 5 | 5 | 04JUN04 | 10JUN04 |
| 2030 | FORM THICKENED EDGE AT SLAB | 5 | 5 | 11JUN04 | 17JUN04 |
| 2040 | PLACE REBAR AT PERIMETER | 2 | 2 | 18JUN04 | 21JUN04 |
| 2050 | POUR AND STRIP AT PERIMETER | 3 | 3 | 22JUN04 | 24JUN04 |
| 2060 | INSTALL INSULATION | 4 | 4 | 25JUN04 | 30JUN04 |
| 2070 | BACKFILL EDGE AT AREA 2 | 3 | 3 | 01JUL04 | 05JUL04 |
| 2080 | FORM SLAB IN GRADE | 3 | 3 | 06JUL04 | 08JUL04 |
| 2090 | IN SLAB RI MECH/ELEC | 2 | 2 | 09JUL04 | 12JUL04 |
| 2120 | START MASONRY AREA 2 | 0 | 0 | 12JUL04 |  |
| 2130 | MASONRY AREA 2 INTERIOR AND EXTERIOR WALLS | 10 | 10 | 12JUL04 | 23JUL04 |
| 2100 | PLACE REBAR SLAB ON GRADE | 3 | 3 | 13JUL04 | 15JUL04 |
| 2110 | POUR AND STRIP SLAB ON GRADE | 3 | 3 | 16JUL04 | 20JUL04 |
| 2140 | ERECT STEEL COLUMNS AREA 2 | 3 | 3 | 26JUL04 | 28JUL04 |
| 2150 | ERECT STEEL TRUSSES | 2 | 2 | 29JUL04 | 30JUL04 |
| 2160 | ERECT STEEL DECK | 2 | 2 | 02AUG04 | 03AUG04 |
| 2420 | INSTALL LIGHT GAGE ROOF FRAMING AREA 2 | 5 | 5 | 04AUG04 | 10AUG04 |
| 2170 | INSTALL MTL ROOF AND SLEEPERS AREA 2 | 10 | 10 | 23AUG04 | 03SEP04 |
| 2180 | RI DRAINS AND LEADERS | 3 | 3 | 06SEP04 | 08SEP04 |
| 2190 | INSTALL BUILT UP ROOF | 5 | 5 | 09SEP04 | 15SEP04 |
| 2000 | INSTALL FLASHING | 3 | 3 | 16SEP04 | 20SEP04 |
| 2200 | INSTALL EXTERIOR WALL INSULATION BOARD | 3 | 3 | 16SEP04 | 20SEP04 |
| 2210 | INSTALL EXTERIOR FRAMING AREA 2 | 20 | 20 | 22OCT04 | 18NOV04 |
| 2220 | INSTALL EXTERIOR DOORS AND WINDOWS | 5 | 5 | 19NOV04 | 29NOV04 |
| 2390 | INSTALL SPRINKLER | 10 | 10 | 19NOV04 | 06DEC04 |
| 2270 | OVERHEAD ELECTRICAL ROUGH IN | 15 | 15 | 19NOV04 | 13DEC04 |
| 2280 | OVERHEAD MECHANIACAL ROUGHIN | 15 | 15 | 19NOV04 | 13DEC04 |
| 2230 | INSTALL EXTERIOR INSULATION | 5 | 5 | 30NOV04 | 06DEC04 |
| 2240 | INSTALL EXTERIOR WALL GWB AREA 2 | 20 | 20 | 07DEC04 | 07JAN05 |
| 2400 | INSTALL INTERIOR SOFFIT FRAMING | 20 | 20 | 07DEC04 | 07JAN05 |
| 2250 | INSTALL INTERIOR FRAMING | 15 | 15 | 10JAN05 | 28JAN05 |
| 2320 | SOFFIT INSULATION AT MANSORD | 2 | 2 | 10JAN05 | 11JAN05 |
| 2330 | SOFFIT GWB AREA 2 | 15 | 15 | 12JAN05 | 01FEB05 |
| 2260 | INTERIOR ELEC ROUGH IN | 15 | 15 | 31JAN05 | 18FEB05 |
| 2300 | INTERIOR WALL MECH ROUGH IN | 15 | 15 | 31JAN05 | 18FEB05 |
| 2290 | SET DOOR FRAMES | 5 | 5 | 31JAN05 | 04FEB05 |

STRANDHUNT CONSTRUCTION
SECURITY FORCES COMPLEX BASELINE
Classic Schedule Layout
Sheet 4 of 6

Start date: 01MAR04
Finish date: 01JUN05
Data date: 01MAR04
Run date: 29MAR04 16:17

Early Bar
Progress Bar
Critical Activity

SCF2

© Primavera Systems, Inc.

| Total Float | Activity ID | Activity Description | Orig Dur | Rem Dur | Early Start | Early Finish |
|---|---|---|---|---|---|---|
| 3 | 2310 | INTERIOR GWB | 20 | 20 | 21FEB05 | 18MAR05 |
| 3 | 2340 | PAINT AREA 2 | 15 | 15 | 21MAR05 | 08APR05 |
| 3 | 2350 | INTERIOR ELECTRICAL FINISHES | 10 | 10 | 11APR05 | 22APR05 |
| 8 | 2360 | INTERIOR MECHANICAL FINISHES AREA 2 | 10 | 10 | 11APR05 | 22APR05 |
| 8 | 2370 | INTERIOR FLOOR FINISHES | 10 | 10 | 11APR05 | 22APR05 |
| 13 | 2380 | CABINETRY CASEWORK | 5 | 5 | 11APR05 | 15APR05 |
| 84 | 3000 | EXCAVATE FOOTINGS AREA 3 | 5 | 5 | 04JUN04 | 10JUN04 |
| 86 | 3010 | INSTALL GROUND GRID | 5 | 5 | 11JUN04 | 17JUN04 |
| 64 | 3020 | FORM THICKENED EDGE AT PERIMETER | 5 | 5 | 09JUL04 | 15JUL04 |
| 64 | 3030 | PLACE REBAR AT PERIMETER | 2 | 2 | 16JUL04 | 19JUL04 |
| 64 | 3040 | POUR AND STRIP AT PERIMETER | 3 | 3 | 20JUL04 | 22JUL04 |
| 64 | 3050 | INSTALL INSULATION AT PERIMETER | 4 | 4 | 23JUL04 | 28JUL04 |
| 42 | 3110 | START MASONRY AREA 3 | 0 | 0 | 26JUL04 | |
| 42 | 3120 | MASONRY AREA 3 INTERIOR AND EXTERIOR WALLS | 10 | 10 | 26JUL04 | 06AUG04 |
| 64 | 3060 | BACKFILL EDGE AT AREA 3 | 3 | 3 | 29JUL04 | 02AUG04 |
| 64 | 3070 | FORM SLAB IN GRADE | 3 | 3 | 03AUG04 | 05AUG04 |
| 64 | 3080 | IN SLAB RI MECH/ELEC | 2 | 2 | 06AUG04 | 09AUG04 |
| 42 | 3130 | ERECT STEEL COLUMNS AREA 3 | 3 | 3 | 09AUG04 | 11AUG04 |
| 64 | 3090 | PLACE REBAR SLAB ON GRADE | 3 | 3 | 10AUG04 | 12AUG04 |
| 42 | 3140 | ERECT STEEL TRUSSES | 2 | 2 | 12AUG04 | 13AUG04 |
| 64 | 3100 | POUR AND STRIP SLAB ON GRADE | 3 | 3 | 13AUG04 | 17AUG04 |
| 42 | 3150 | ERECT STEEL DECK | 2 | 2 | 16AUG04 | 17AUG04 |
| 42 | 3410 | INSTALL LIGHT GAGE ROOF FRAMING AREA 3 | 5 | 5 | 18AUG04 | 24AUG04 |
| 42 | 3160 | INSTALL MTL ROOF AND SLEEPERS AREA 3 | 5 | 5 | 06SEP04 | 10SEP04 |
| 34 | 3170 | RI DRAINS AND LEADERS | 3 | 3 | 13SEP04 | 15SEP04 |
| 34 | 3180 | INSTALL BUILT UP ROOF | 5 | 5 | 16SEP04 | 22SEP04 |
| 34 | 3190 | INSTALL FLASHING | 3 | 3 | 23SEP04 | 27SEP04 |
| 34 | 3200 | INSTALL EXTERIOR WALL INSULATION BOARD | 3 | 3 | 29SEP04 | 01OCT04 |
| 0 | 3210 | INSTALL EXTERIOR FRAMING AREA 3 | 20 | 20 | 19NOV04 | 20DEC04 |
| 0 | 3220 | INSTALL EXTERIOR DOORS AND WINDOWS | 5 | 5 | 21DEC04 | 29DEC04 |
| 20 | 3250 | INSTALL SPRINKLER | 10 | 10 | 21DEC04 | 07JAN05 |
| 30 | 3230 | OVERHEAD ELECTRICAL ROUGH IN | 20 | 20 | 21DEC04 | 21JAN05 |
| 35 | 3240 | OVERHEAD MECHANIACAL ROUGHIN | 15 | 15 | 21DEC04 | 14JAN05 |
| 0 | 3260 | INSTALL EXTERIOR INSULATION | 5 | 5 | 03JAN05 | 07JAN05 |
| 0 | 3280 | INSTALL EXTERIOR WALL GWB AREA 3 | 10 | 10 | 10JAN05 | 21JAN05 |
| 20 | 3270 | INSTALL INTERIOR SOFFIT FRAMING | 20 | 20 | 10JAN05 | 04FEB05 |
| 0 | 3310 | INSTALL INTERIOR FRAMING | 17 | 17 | 24JAN05 | 15FEB05 |
| 20 | 3290 | SOFFIT INSULATION AT MANSORD | 2 | 2 | 07FEB05 | 08FEB05 |
| 20 | 3300 | SOFFIT GWB AREA 3 | 15 | 15 | 09FEB05 | 01MAR05 |
| 0 | 3320 | INTERIOR ELEC ROUGH IN | 10 | 10 | 16FEB05 | 01MAR05 |
| 0 | 3340 | INTERIOR WALL MECH ROUGH IN | 10 | 10 | 16FEB05 | 01MAR05 |

Start Date: 01MAR04
Finish Date: 01JUN05
Data Date: 01MAR04
Run Date: 29MAR04 16:17

STRANDHUNT CONSTRUCTION
SECURITY FORCES COMPLEX BASELINE
Classic Sc    ie Layout
Sheet 5 of 6
SCF2

© Primavera Systems, Inc.

| | | Description | Orig Dur | Rem Dur | Start | Finish | 2004 J J A S O N D | 2005 J F M A M J J A S O |
|---|---|---|---|---|---|---|---|---|
| 5 | 3330 | SET DOOR FRAMES | 5 | 5 | 16FEB05 | 22FEB05 | | SET DOOR FRAMES |
| 0 | 3350 | INTERIOR GWB | 20 | 20 | 02MAR05 | 29MAR05 | | INTERIOR GWB |
| 0 | 3360 | PAINT AREA 3 | 15 | 15 | 30MAR05 | 19APR05 | | PAINT AREA 3 |
| 0 | 3370 | INTERIOR ELECTRICAL FINISHES | 6 | 6 | 20APR05 | 27APR05 | | INTERIOR ELECTRICAL FINISHES |
| 5 | 3380 | INTERIOR MECHANICAL FINISHES AREA 3 | 6 | 6 | 20APR05 | 27APR05 | | INTERIOR MECHANICAL FINISHES AREA 3 |
| 5 | 3390 | INTERIOR FLOOR FINISHES | 6 | 6 | 20APR05 | 27APR05 | | INTERIOR FLOOR FINISHES |
| 5 | 3400 | CABINETRY CASEWORK | 6 | 6 | 20APR05 | 27APR05 | | CABINETRY CASEWORK |

| Date | 01MAR04 | Early Bar | SCF2 | STRANDHUNT CONSTRUCTION | Sheet 6 of 6 |
| Date | 01JUN05 | Progress Bar | | SECURITY FORCES COMPLEX BASELINE | |
| Date | 01MAR04 | Critical Activity | | Classic Sch_ _ Layout | |
| Date | 29MAR04 16:17 | | | | Date | Revision | Checked | Approved |

© Primavera Systems, Inc.

