M. Gregory Oczkus
Greg Oczkus Law Office
430 W 7th Ave., Suite 202
Anchorage, Alaska. 99501
Telephone: (907) 276-6506
Facsimile: (907) 258-6902


RECEIVED
MAR 10 2006
CLERK U.S. DISTRICT COURT
ANCHORAGE, ALASKA

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

| STRAND HUNT CONSTRUCTION, INC., a Washington Corporation, | |
|---|---|
| Plaintiff, | Case No. A05-156 CIV |
| v | |
| DIX MASONRY, INC., an Alaskan corporation; DEBRA R. DIX; AND DENNIS R. DIX, | CERTIFICATE OF SERVICE |
| Defendant. | |

The undersigned, being first duly sworn, on oath deposes and states:

1. I am over 21 years of age, not a party to nor creditor in this action, and have personal knowledge of the matters stated herein.

2. I am Greg Oczkus Law Offices, attorney for Dix Masonry, Inc. and Dennis R. Dix.

3. On March 10th, 2006, copies of Motion to set aside Default, Affidavit, Memorandum in Support and Answer and Counterclaim attached hereto were sent via US Mail, postage prepaid, properly addressed to Frank A. Pfiffner, 3900 C Street, Suite 1001, Anchorage, Alaska 99503.

4. I certify under penalty of perjury that the foregoing is true and correct to the best of my information and belief.

Dated: 3/10/06

GREG OCZKUS LAW OFFICES

By: _____
M. Gregory Oczkus, AK Bar #7710145

SUBSCRIBED AND SWORN to before me this 10th day of March, 2006.

_____
Notary Public in and for Alaska
My Commission Expires: 12-6-06

G:Dix/Docs/Service Aff