Frank A. Pfiffner
HUGHES BAUMAN PFIFFNER
GORSKI & SEEDORF, LLC
3900 C Street, Suite 1001
Anchorage, Alaska  99503
Telephone:  (907) 274-7522
Facsimile:  (907) 263-8320
FAP@hbplaw.net
ABA No. 7505032

Attorneys for Plaintiff
Strand Hunt Construction, Inc.

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| STRAND HUNT CONSTRUCTION, INC., a Washington corporation,<br><br>　　　　　　Plaintiff,<br><br>vs.<br><br>DIX MASONRY, INC., an Alaska corporation; DEBRA R. DIX; and DENNIS R. DIX,<br><br>　　　　　　Defendants. | 3:05-cv-00156 JWS |

**MOTION FOR  DEFAULT JUDGMENT**

COMES NOW Plaintiff, Strand Hunt Construction, Inc. ("Strand Hunt"), pursuant to

Fed. R. Civ. P. 55(b), after the court has already entered default against each Defendant, and

requests that the court enter a default judgment against Defendants as stated in the Affidavit of Rollie Hunt attached hereto.

DATED at Anchorage, Alaska, this 13th day of March, 2006.

HUGHES BAUMAN PFIFFNER
GORSKI & SEEDORF, LLC
Attorneys for Plaintiff
Strand Hunt Construction, Inc.

By: s/Frank A. Pfiffner
Frank A. Pfiffner
3900 C Street, Suite 1001
Anchorage, Alaska 99503
Telephone: (907) 274-7522
Facsimile: (907) 263-8320
FAP@hbplaw.net
ABA No. 7505032

Certificate of Service

I hereby certify that on March 13, 2006, a copy of the Motion for Default Judgment was served via electronically on:

M. Gregory Oczkus
Greg Oczkus Law Office
430 W. 7th Avenue, Suite 202
Anchorage, AK 99501

s/Frank A. Pfiffner