Frank A. Pfiffner
HUGHES BAUMAN PFIFFNER
GORSKI & SEEDORF, LLC
3900 C Street, Suite 1001
Anchorage, Alaska 99503
Telephone: (907) 274-7522
Facsimile: (907) 263-8320
FAP@hbplaw.net
ABA No. 7505032

Attorneys for Plaintiff
Strand Hunt Construction, Inc.

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| STRAND HUNT CONSTRUCTION, INC., a Washington corporation,<br><br>                    Plaintiff,<br><br>vs.<br><br>DIX MASONRY, INC., an Alaska corporation; DEBRA R. DIX; and DENNIS R. DIX,<br><br>                    Defendants. | <br><br><br><br><br><br><br><br>3:05-cv-00156 JWS |

### PROPOSED ORDER FOR MOTION FOR DEFAULT JUDGMENT

Having reviewed the Motion for Default Judgment dated March 13, 2006, and being otherwise fully advised in the premises.

IT IS SO ORDERED that the Motion for Default Judgment is granted.

Proposed Order for Motion for Default Judgment
*Strand Hunt Construction, Inc. v. Dix Masonry, Inc., et al.*
Case No. 3:05-cv-00156 JWS
(1187-3022/244201)                     Page 1 of 3

DATED at Anchorage, Alaska, this ___ day of March, 2006.

_____
John W. Sedwick
Judge of the U.S. District Court

Proposed Order for Motion for Default Judgment
*Strand Hunt Construction, Inc. v. Dix Masonry, Inc., et al.*
Case No. 3:05-cv-00156 JWS
(1187-3022/244201)                    Page 2 of 3

Certificate of Service

      I hereby certify that on March 13, 2006, a copy of the Proposed Order for Motion for Default Judgment was served via electronically on:

M. Gregory Oczkus
Greg Oczkus Law Office
430 W. 7th Avenue, Suite 202
Anchorage, AK  99501

s/Frank A. Pfiffner

Proposed Order for Motion for Default Judgment
*Strand Hunt Construction, Inc. v. Dix Masonry, Inc., et al.*
Case No. 3:05-cv-00156 JWS
(1187-3022/244201)					Page 3 of 3