Frank A. Pfiffner
HUGHES BAUMAN PFIFFNER
GORSKI & SEEDORF, LLC
3900 C Street, Suite 1001
Anchorage, Alaska 99503
Telephone: (907) 274-7522
Facsimile: (907) 263-8320
FAP@hbplaw.net
ABA No. 7505032

Attorneys for Plaintiff
Strand Hunt Construction, Inc.

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| STRAND HUNT CONSTRUCTION, INC., a Washington corporation,<br><br>　　　　　　Plaintiff,<br><br>vs.<br><br>DIX MASONRY, INC., an Alaska corporation; DEBRA R. DIX; and DENNIS R. DIX,<br><br>　　　　　　Defendants. | <br><br><br><br><br><br><br><br><br><br><br>3:05-cv-00156 JWS |

**AFFIDAVIT OF ROLLIE HUNT**

| | |
|---|---|
| STATE OF ALASKA<br><br>THIRD JUDICIAL DISTRICT | ss. |

Rollie Hunt, being duly sworn, states that he is the President of Plaintiff Strand Hunt Construction, Inc. ("Strand Hunt") and is competent to testify in the matters herein after stated:

1. That the amount justly due and owing Plaintiff Strand Hunt from the Defendants for damages as a result of the Defendants' conduct is the principal sum of $1,403,414 together with pre-judgment interest from and after March 1, 2005, plus court costs and attorneys' fees.

2. The amount of Strand Hunt's claim is fully explained in Exhibit 1 that is attached hereto. I prepared or supervised the preparation of Exhibit 1 and have personal knowledge of all details of the claim.

3. Exhibit 1 consists of a change proposal summary that itemizes the claim; a cost detail and a work schedule summary schedule; and a cost computation narrative with Exhibits A through N attached to the narrative, which is a true and accurate narrative setting forth the basis of the claim.

4. The last damages caused by the Defendants were incurred in February, 2005. For ease of calculation, I have requested that interest commence on March 1, 2005.

DATED at Anchorage, Alaska this 13th day of March, 2006.

_____
Rollie Hunt

SUBSCRIBED AND SWORN to before me this 13th day of March, 2006.

_Frank A. Pfiffner_
NOTARY PUBLIC in and for the State of Alaska
My Commission Expires: 4/12/7

### Certificate of Service

I hereby certify that on March 13, 2006, a copy of the Motion for Default Judgment was served via electronically on:

M. Gregory Oczkus
Greg Oczkus Law Office
430 W. 7th Avenue, Suite 202
Anchorage, AK 99501


s/Frank A. Pfiffner