# STRAND HUNT
### CONSTRUCTION

**12900 NE 180TH STREET, SUITE 220**
**BOTHELL, WASHINGTON 98011-5773**
**(425) 488-1954  FAX (425) 488-0757**

**REGISTRATION NO:**
**STRANHC071BA**

## CHANGE PROPOSAL SUMMARY

| PROJECT: | CHPP Upgrades & Baghouse-Eielson AFB | PREP BY: | Philip Dearing |
|---|---|---|---|
| CONTRACT #: | DACA85-03-C-0007 | DATE: | 2/17 |
| CHANGE ITEM | 1 | P/C #: | 0 |
| DESCRIPTION: | DIX Costs | PR NO: | 0 |
| REF DRWGS: |  | CCD NO: | 0 |
| REF SPECS: |  | R.FILE NO: | 219 |

### SUMMARY - SEE FOLLOWING PAGE FOR ESTIMATE DETAIL

| LINE | CHANGE CATEGORIES | RATE | APPLIED TO | TOTALS |
|---|---|---|---|---|
| 1 | LABOR COST |  | FROM PAGE 2 | 597,485 |
| 2 | INSURANCE, TAXES, AND FRINGE BENEFITS | 0.00% | LINE 1 X RATE | 0 |
| 3 | DIRECT LABOR |  |  | 597,485 |
| 4 | SMALL TOOLS & CONSUMABLES | 3.00% | LINE 3 X RATE | 17,925 |
| 5 | MATERIAL COST |  | FROM PAGE 2 | 0 |
| 6 | SALES TAX ON MATERIALS | 0.00% | LINE 5 X RATE | 0 |
| 7 | RENTAL EQUIPMENT |  | FROM PAGE 2 | 0 |
| 8 | USE TAX ON EQUIPMENT | 0.00% | LINE 7 X RATE | 0 |
| 9 | SUBCONTRACTOR COSTS |  | FROM PAGE 2 | 634,119 |
| 10 | SUBTOTAL OF PRIME CONTRACTOR'S DIRECT COSTS |  | SUBTOTAL | 1,249,529 |
| 11 | FIELD OVERHEAD | 0.00% | LINE 10 x RATE | 0 |
| 12 | TOTAL OF FIELD COSTS |  |  | 1,249,529 |
| 13 | DESIGN COSTS | 0.00% | LINE 12xRATE | 0 |
| 14 | TOTAL FIELD & DESIGN COSTS |  |  | 1,249,529 |
| 15 | HOME OFFICE OVERHEAD (does not include items in line 20) | 0.00% | LINE14 X RATE | 0 |
| 16 | SUBTOTAL |  |  | 1,249,529 |
| 17 | PROFIT | 10.00% | LINE16 X RATE | 124,953 |
| 18 | EXTENDED OVERHEAD   (Extended Overhead Calcs attached if applicable) |  |  | $0 |
| 19 | SUBTOTAL |  |  | 1,374,481 |
| 20 | PAYMENT & PERFORMANCE BOND, ALL RISK, START UP | 2.105% | LINE19 X RATE | 28,933 |
|  | INSURANCE AND CONTRACTORS E&O INSURANCE |  | GRAND TOTAL ⟶ | $1,403,414 |

THE ABOVE PRICES ARE SUBJECT TO REVISION IF NOT ACCEPTED BY (DATE): 3/3/2006

| ESTIMATED EFFECT ON PROJECT DURATION (TIME): | AFFECTED ACTIVITIES: | LOST DAYS |
|---|---|---|
|  |  | 0 |
|  |  |  |
|  |  |  |

**TO INCORPORATE THIS ADDITIONAL WORK, PLEASE ALLOW A TIME EXTENSION OF (DAYS):** 0

THIS PROPOSAL IS BASED ON THE INFORMATION PROVIDED PRIOR TO THE DATE OF THIS ESTIMATE. SUBSEQUENT REVISIONS CLARIFICATIONS, DELAY IN ACCEPTANCE, OR THE COMPOUND EFFECT OF MULTIPLE OR SUBSEQUENT CHANGES IS NOT INCLUDED. THIS PROPOSAL IS BASED SOLELY ON USUAL COST ELEMENTS SUCH AS LABOR, MATERIAL AND NORMAL MARKUP. UNLESS SPECIFICALLY IDENTIFIED ON THE ATTACHED COST DETAIL, IMPACT COSTS, SUCH AS CHANGES IN SEQUENCE, DELAYS, DISRUPTION, RESCHEDULING, CROWDING OR STACKING OF TRADES, OVERMANING, ACCELERATION, OR OTHER COSTS WHICH CANNOT BE FULLY ASSESSED AT THIS TIME, ARE NOT INCLUDED IN THIS PROPOSAL. ACCORDINGLY, WE EXPRESSLY RESERVE THE RIGHT TO MAKE CLAIM FOR ANY AND ALL OF THESE RELATED COST ITEMS, PRIOR TO ANY FINAL SETTLEMENT OF THIS CONTRACT.

SHC*1015(10/92)

Ex. 1, p. 1 of 56

# STRAND HUNT
## CONSTRUCTION

Date of preparation: 2/17/2006

ESTIMATE FOR CHANGE ORDER - COST DETAIL

| | P/C # | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | 0 | COST BREAKDOWN FOR: | | | CHPP Upgrades & Baghouse-Eielson AFB | | | | | | |
| | | | | | DIX Costs | | | | | | |
| Pay Item | Cost Code | ITEM DESCRIPTION | Qty | unit | LABOR$ /UNIT | LABOR TOTAL | MAT'L$/ UNIT | MAT'L TOTAL | EQUIP$ /UNIT | EQUIP TOTAL | SUBS$/ UNIT | SUB TOTAL |
| | | Delay Costs | | | | | | | | | | |
| | | day for day delay to blockwork | | | | | | | 0 | 0.00 | 0 | 0 |
| | | per the as-planned and as-built schedule | | | | | | | | | | 0 |
| | | Home Office | 92 | cd | | | | | | | 2,846 | 261,832 |
| | | Field Office | 92 | cd | 0.00 | 0 | 0.00 | 0 | 0.00 | 0 | 3435.00 | 316,020 |
| | | | | | 0.00 | 0 | 0.00 | 0 | 0.00 | 0 | | 0 |
| | | Driving the project into Winter | | | 0.00 | 0 | 0.00 | 0 | 0.00 | 0 | 0.00 | 0 |
| | | | | | | | | | | | 0.00 | 0 |
| | | It was at the end of January 2005 that SHC was finally able to get enough of the roof on over the blockwork to install temporary heat | | | | | | | | | | |
| | | and keep the building warm to work in | | | | | | | | | | |
| | | cost of heating fuel thru Feb 2005 | 1 | ls | 71,169 | 71,169 | | | | | | |
| | | cost to maintain heaters, install temp partitions etc as the whole building could not be heated. Ie the bay areas and area 5 had to be | | | | | | | | | | |
| | | blanked off and lft unheated. | | | | | | | | | | |
| | | see labor report | 1 | ls | 19,684 | 19,684 | | | | | | |
| | | materials | 1 | ls | 21,388 | 21,388 | | | | | | |
| | | the cold months went from 10/1/2004 through 1/31/2005 with a 50% average productivity loss on labor | | | | | | | | | | |
| | | from 2/1/05-3/16/05, the mansords were continuing to be built outside in cold weather as we had not been able to heat | | | | | | | | | | |
| | | the bays of the building therefore not giving us a place to build the mansords | | | | | | | | | | |
| | | labor from 10/3/04-2/5/05 at 50% | 1 | ls | 359,268 | 359,268 | | | | | | |
| | | see labor unit cost reports | | | | | | | | | | |
| | | lost 50% productivity on mansards after 2/5/05, see labor unit cost reports | | | | | | | 0 | 0.00 | 0 | 0.00 | 0 |
| | | | 1 | ls | 26910.00 | 26,910 | 0 | 0.00 | 0 | 0.00 | | 0 |
| | | Direct Costs from Dix not showing up at work and SHC having to finish the Masonry scope or fix masonry problems thru our own hires or thru other subs | | | | | | | | | | |
| | | Shc hired Masons | | | | | | | | | 0 | 0.00 | 0 |
| | | see labor unit cost report codes 999-08007-L, 08008, 09016, 09018, 80000 | | | | | | | | | | 0 |
| | | | 1 | ls | 33064.00 | 33,064 | | | | | | 0 |
| | | Western Masonry | 1 | ls | | | | | | | 21797.00 | 21,797 |
| | | SHC and our subcontractors fix to floor slabs that were not correct by Dix when they abandoned the project | | | | | | | | | | 0 |
| | | see labor unit cost repots codes, 999-03001-L, 08009, 09017, 08006 | | | | | | | | | | 0 |
| | | | 1 | ls | 66002.00 | 66,002 | | | | | | 0 |
| | | Westwind Construction to overlay the floors that were so poorly laid we could not apply VCT | | | | | | | | | | 0 |
| | | | 1 | ls | | | | | | | 34470.00 | 34,470 |
| | | | | | | 0 | 0 | 0 | 0 | | | 0 |
| | | | | | | 0 | 0 | 0 | 0 | | | 0 |
| | | | | | | 0 | 0 | 0 | 0 | | | 0 |
| | | | | | | 0 | 0 | 0 | 0 | | | 0 |
| | | | | | | 0 | 0 | 0 | 0 | | | 0 |
| | | | | | | 0 | 0 | 0 | 0 | | | 0 |
| | | | | | | 0 | | 0 | | 0 | | 0 |
| | | | | | | 0 | | 0 | | 0 | | 0 |
| | | | | | | 0 | | 0 | | 0 | | 0 |
| | | | | | | 0 | | 0 | | 0 | | 0 |
| | | SUBTOTALS | | | | 597,485 | | 0 | | 0 | | 634,119 |
| | | | | | | | | | | | | 0 |
| | | TOTALS | | | | 597,485 | | 0 | | 0 | | 634,119 |

Ex. 1, p. 2 of 56

Dix Masonry Work Schedule from Daily Reports
Joint Security Forces Complex, Eielson AFB, AK

| Date | Description | |
|---|---|---|
| 7/9/04 | Dix laying out CMU wall dowels | |
| 7/12/04 | Dix laying out CMU wall dowels | |
| 7/13/04 | Dix laying out CMU wall dowels | |
| 7/14/04 | Dix laying out CMU wall dowels | |
| 7/15/04 | Dix laying out CMU wall dowels | |
| 7/16/04 | Dix laying out CMU wall dowels | |
| 7/17/04 | Dix laying out CMU wall dowels | |
| 7/19/04 | Dix laying out CMU wall dowels | |
| 7/29/04 | Dix Masonry is shut down for rain | |
| 7/30/04 | Dix laying out CMU wall dowels | |
| 8/2/04 | Dix installed masonry Area 1 | |
| 8/3/04 | Dix installed masonry Area 1 | |
| 8/4/04 | Dix installed masonry Area 1 | |
| 8/6/04 | Dix installed masonry Area 1 | |
| 8/7/04 | Dix installed masonry Area 1 | |
| 8/9/04 | Dix installed masonry Area 1 | |
| 8/10/04 | Dix installed masonry Area 1 and Area 2 | |
| 8/11/04 | Dix installed masonry Area 1 and Area 2 | |
| 8/12/04 | Dix installed masonry Area 1 and Area 2 | |
| 8/13/04 | Dix installed masonry Area 1 and Area 2 | |
| 8/14/04 | Dix installed masonry Area 1 and Area 2 | |
| 8/16/04 | Dix installed masonry Area 1 and Area 2 | |
| 8/17/04 | Masonry in Area 1, 2 & 3 | |
| 8/18/04 | Masonry in Area 1, 2 & 3 | |
| 8/19/04 | Areas 2 & 3 | |
| 8/20/04 | Areas 1 & 2 | |
| 8/21/04 | Areas 1 & 2 | |
| 8/23/04 | Areas 1 & 2 | |
| 8/24/04 | Areas 1 & 2 | A1 Finish |
| 8/25/04 | Areas 2 & 3 | |
| 8/26/04 | Areas 2 & 3 | |
| 8/27/04 | Areas 2 & 3 and Also Area 4 | |
| 8/28/04 | Areas 2 & 3 and Also Area 4 | |
| 8/30/04 | Areas 2 & 3 and Also Area 4 | |
| 8/31/04 | Areas 2 & 3 and Also Area 4 | |
| 9/1/04 | Areas 2 & 3 and Also Area 4 | |
| 9/3/04 | Areas 2 & 3 and Also Area 4 | |
| 9/7/04 | Areas 2 & 3 and Also Area 4 | |
| 9/8/04 | CMU in 2, 3, 4 | |
| 9/9/04 | CMU in 2, 3, 4 | |
| 9/10/04 | CMU in 2, 3, 4 | |

**Ex. 1, p. 3 of 56**

| Date | Activity | Finish |
|---|---|---|
| 9/11/04 | CMU in 2, 3, 4 | |
| 9/13/04 | CMU in 2, 3, 4 | |
| 9/14/04 | CMU in 2, 3, 4 | |
| 9/15/04 | CMU in 2, 3, 4 | |
| 9/16/04 | CMU in 2, 3, 4 | |
| 9/17/04 | CMU in 2, 3, 4 | |
| 9/20/04 | Areas 2 & 3 | |
| 9/21/04 | Cleaning | |
| 9/22/04 | Areas 2, 3 & 4 | |
| 9/23/04 | Areas 2, 3 & 4 | |
| 9/24/04 | Areas 2, 3 & 4 | |
| 9/25/04 | Areas 2, 3 & 4 | |
| 9/27/04 | Areas 2, 3 & 4 | |
| 9/28/04 | Areas 2, 3 & 4 | A4 Finish |
| 9/29/04 | Areas 2 & 3 | |
| 9/30/04 | Areas 2 & 3 | |
| 10/1/04 | Areas 2 & 3 | |
| 10/2/04 | Areas 2 & 3 | |
| 10/4/04 | Areas 2 only | |
| 10/5/04 | Areas 2 only | A2 Finish |
| 10/6/04 | No action | |
| 10/7/04 | Grout | |
| 10/21/04 | CMU Grid D/3 to 5 Area 3 | |
| 10/22/04 | CMU Grid D/3 to 5 Area 3 | |
| 10/25/04 | CMU Grid D/3 to 5 Area 3 | |
| 10/26/04 | CMU Grid D/3 to 5 Area 3 | |
| 10/27/04 | CMU Grid D/3 to 5 Area 3 | |
| 10/28/04 | CMU Grid D/3 to 5 Area 3 | |
| 10/29/04 | CMU Grid D/3 to 5 Area 3 | |
| 11/1/04 | CMU Grid D/3 to 5 Area 3 | A3 Finish |
| 11/8/04 | Scaffold Area 5 | |
| 11/18/04 | CMU Grid 1/D to F.5 & F.5/1 & 2 – Area 5 | |
| 11/19/04 | CMU Grid 1/D to F.5 & F.5/1 & 2 – Area 5 | |
| 11/22/04 | CMU Grid 1/D to F.5 & F.5/1 & 2 – Area 5 | |
| 11/23/04 | CMU Grid 1/D to F.5 & F.5/1 & 2 – Area 5 | |
| 11/24/04 | CMU Grid 1/D to F.5 & F.5/1 & 2 – Area 5 | |
| 12/17/04 | Area 5 | |
| 12/21/04 | Area 5 | |
| 12/23/04 | Dix Completed Area 5 | |

Dix Masonry
Cost Computation Narrative
Joint Security Forces Complex

On January 2, 2004, Dix Masonry sent their proposal to Strand Hunt Construction to complete the CMU installation on the Joint Security Forces Complex. In that proposal was the offered duration to install the CMU in 37 work days. (See Exhibit A).

Strand Hunt issued a contract to Dix and was signed by Dix on May 10, 2004 and subsequently by Strand Hunt on June 10, 2004. Within the scope of work under the specific inclusions it states "work to be complete in 37 work days. Dix to work 6 days a week, as necessary to meet the schedule". (See Exhibit B)

On July 19, 2004 we wrote a letter to Dix Masonry stating they were falling behind schedule. Dix scope of work included the concrete that the CMU sat on and the concrete work was indeed falling behind schedule which would affect the CMU installation schedule. We directed Dix under the contract to have at least a minimum of 8 men or more if needed to install block starting July 26, 2004 and continuing with this crew size until the scope of work was complete. (See Exhibit C)

Dix Masonry began physically laying block on August 2, 2004 in Area 1 of the building. They finished Area 1 on August 24, 2004. They started laying block in Area 2 on August 10, 2004 and completed on October 5, 2004. They started laying block in Area 3 on August 17, 2004 and finished laying block in this area on November 1, 2004. They started laying block in Area 4 of the building on August 27, 2004 and finished this area on September 28, 2004. They started laying block in the final building area (5) on November 18, 2004 and finished this area on December 23, 2004. (See the as-built schedule - Exhibit D)

This is in stark contrast to the As Planned schedule that they had agreed to that included the 37 work days for masonry installation. They were meant to start the CMU installation on Area 1 on July 27, 2004 and finish on August 10, 2004. (13 work days). Their start was delayed due to their concrete placement for this area falling behind schedule. They took longer because they were undermanned. They were meant to start CMU installation on Area 2 on August 11, 2004 and complete this on August 25, 2004 (13 work days). The delays were for the same reasons as above. They were meant to start Area 3 installation on August 26, 2004 and complete on August 30, 2004 (4 work days). The delays were for the same reasons as above. They were meant to start Area 4 installation on September 1, 2004 and complete on September 4, 2004. (4 work day). The delays were for the same reasons as above. They were meant to start Area 5 installation on September 6, 2004 and finish on September 8, 2004 (3 work days). The delays were for the same reasons as above. (See the As Planned schedule – Exhibit E)

**Ex. 1, p. 5 of 56**

Another important point is that Dix also stopped manning the project in its entirety on a daily basis starting around mid October 2004 through to December 23, 2004. After December 23, 2004 they completely abandoned the project.

Strand Hunt Construction incurred 92 calendars days of delay to critical path when the As Planned schedule and the As-built schedule are compared. Area 5 (the last area) was meant to finish on September 8, 2004 and was actually completed on December 23, 2004. We incurred home office overhead costs $2,846 per day as calculated by the Eichleay Calculation (See Exhibit F). We also incurred field office overhead costs of $3,435 per day per the attached Job Overhead Calculation (See Exhibit G)

The delay to the structural CMU installation prevented Strand Hunt from closing up the building with doors and roofing before the harsh Alaska winter occurred. The winter weather for this year started at the beginning of October 2004. Strand Hunt Construction incurred numerous costs for being pushed into winter by Dix Masonry. These are

1. Cost of heating fuel from October 1, 2004 thru February 2005 to heat not only the late CMU installation but also parts of the building that were necessary to allow some interior work to continue in this winter period. This amount is $71,169 for the fuel. (See Exhibit H)
2. We also incurred additional Labor and Materials to maintain the heaters and install temporary partitions and weather enclosures/protection that was necessary. The labor for this time period is $19,684 and the materials were $21,388. (See Exhibit I).
3. From October 1, 2004 thru January 31, 2005 Strand Hunt had to continue to have our manpower work through this period in very cold conditions due to the lack of being able to enclose the building. We estimate a 50% loss in productivity on all production in this time period. The actual costs for the field labor were $718,536. At a 50% productivity loss, this amount is $359,268. (See Exhibit J).
4. After the February 5, 2005 thru March 26, 2005 Strand Hunt Construction continued to have to work outside to build the mansard roof structure as Dix's delay had caused the mobility bays in the building to be unfinished and unheated which was where we planned to build the trusses. Therefore, there was a continued 50% loss on this labor also. The mansard roof structure labor cost for this period $53,820. A 50% productivity loss equals $26,910. (See Exhibit K).
5. After Dix abandoned the project, Strand Hunt Construction had to employ our own forces and those of other Subcontractors to either complete the masonry installation or repair work that the Government had found deficient that Dix had installed. Western Masonry was hired to complete much of the missing scope for a cost of $21,797. (See Exhibit L).
6. Westwind Construction was hired to overlay deficient floor slabs that Dix had installed for the amount of $34,470. (See Exhibit M). Strand Hunt employed masons on our payroll to complete missing scopes, such as the precast sills in the amount of $33,064. (See Exhibit N). Strand Hunt also

Ex. 1, p. 6 of 56

employed laborers to fix the floor slabs and trench drains which the Government had rejected that Dix installed. These slabs were ones not covered by the overlayment. This amounted to $66,002. (Also See Exhibit N).

With markups on all the above costs shown the Strand Hunt Construction Change Proposal Summary sheet, Dix Masonry damaged our company in direct costs $1,403,414. This does not include the damage to our reputation of quality work and the possibility of future work with the Government. These have been damaged beyond repair by Dix Masonry's delays and deficient work on this project.

**Ex. 1, p. 7 of 56**



# Proposal

## Dix Masonry, Inc.

PO Box 533  
Soldotna, AK. 99669

Phone (907) 262-5745  
Fax (907) 262-9452

| Submitted To: STRAND HUNT CONSTRUCTION | Phone: 1-425-488-1954 | Date: January 22, 2004 |
|---|---|---|
| Address: 12900 N.E. 180th STREET, SUITE 220 | | Job Name: DESIGN/CONSTRUCT JOINT SECURITY FORCES COMPLEX |
| City: BOTHELL | St: WA. | Zip: 98011 | Job Location: EIELSON AIR FORCE BASE |
| Attention: MR. CHUCK McCormack | | Quote by: Dennis Dix | Fax: 1-425-488-0757 |

**PLEASE NOTE THAT DIX MASONRY, INC. IS A CCR REGISTERED, WBE, SBA AND HUBZONE QUALIFIED SUB-CONTRACTOR.**

Dix Masonry, Inc. hereby proposes to complete the following Scope of Work on the above referenced project with the exception of the exclusions that will follow our Scope of Work:

### SCOPE OF WORK
### CMU

Dix Masonry, Inc. hereby states that we are aware that this is a design build project and that our scope of work is subject to change. Dix, however, to the best of its abilities, has prepared the following proposal based upon the not for construction drawings and clarifications by the general contractor or its representatives. All known costs to perform the work have been included and no cost increase is expected unless quantities are increased.

Dix has utilized 8" standard gray CMU at all interior locations. Approximate square footage used was 9386 square feet.

Dix has utilized 8" and 10" at the exterior of the structure. All exterior CMU shall be either colored smooth or split face units in a normal running bond pattern. All CMU and mortar shall contain an integral water repellent admixture. All exterior mortar shall contain color to match the main body of CMU.

All CMU shall be solid grouted. Dix shall place the (provide by others) rebar. No pre-cast sills have been included in our estimate, however, if there are sills to be provided by Dix the contractor should use a cost of $85.00 per lineal foot for sills F.O.B. the jobsite and installed.

EXCLUSIONS: Dix Masonry hereby excludes the following items: All heat and cover and associated costs, temporary lighting/power, surveying, testing, inspections and permits, demolition, shoring and/or bracing, engineering, building corner layout, shop drawings, bonding, flashing, sealers/sealant and installation thereof, carpentry, rebar, rebar caps, and all other embedded (Dix shall install rebar), caulking, backer rod, and trash removal from site.

Dix acknowledges no addenda on this project.



**DURATION OF PROJECT: Approximately 37 CMU installation working days excluding weekends, holidays and or lost weather days.**

Ex. 1, p. 8 of 56

TOTAL BASE BID: FOUR HUNDRED SIXTY FIVE THOUSAND DOLLARS ($465,000.00)

Dix Masonry, Inc. hereby requests notification from the general contractor on any bid received from Dix Masonry, Inc., which is more than 10% below the next lowest bidder prior to using Dix Masonry's bid.

Payment to be made as follows: As agreed upon by both parties.

All materials are guaranteed to be as specified. All work to be completed in a workmanlike manner according to standard practices. Any alteration or deviation from above specifications involving extra costs will be executed only upon written orders, and will become an extra charge over and above this estimate. All agreements contingent upon strikes, accidents, or delays beyond our control. *Owner or General Contractor to carry Fire, Tornado, Builders Risk and other necessary insurance.* Our workers are fully covered by Workmen's Compensation Insurance.

Authorized Signature _Dennis Dix, Vice President_____

Note: This Proposal may be withdrawn by us if not accepted within (14) days from the bid date.
*Acceptance of Proposal* - The above price's, specifications and conditions are satisfactory and are hereby accepted. You are authorized to do the work as specified. Payment will be made as outlined above.

_____
Signature                                                    Date

DESIGN/BUILD JOINT SECURITY FORCES COMPLEX, EIELSON AFB, AK, W911KB-04-C-0008

# STRAND HUNT CONSTRUCTION, INC.
## SUBCONTRACT

RECEIVED FILED MAY 17 2004 STRAND HUNT CONSTRUCTION

Project #: **04-007**   Cost Code: **040-04220-S**   Contract: **DENNIS DIX** Retention: **10%**

**ARTICLE 1. AGREEMENT:**

THIS AGREEMENT made this **31ST** day of **MARCH, 2004**, was prepared to fairly allocate responsibilities, risks, and expenses arising from the performance of this work, by and between **STRAND HUNT CONSTRUCTION, INC. 12900 N.E. 180TH Street, Suite 220, Bothell, Washington 98011, Phone (425) 488-1954, Fax (425) 488-0757** (hereinafter called Contractor), and Subcontractor,

**DIX MASONRY, INC. P.O. BOX 128, STERLING, AK 99672 Telephone: (907) 262-5745 Fax: (907) 262-9452** (hereinafter called Subcontractor), to perform part of the work on the following Project (as to which Contractor and Owner have entered what is sometimes referred to as the Main Contract).

PROJECT: **DESIGN/BUILD JOINT SECURITY COMPLEX, EIELSON AFB, ALASKA, CONTRACT NO. W911KB-04-C-0008**

**ARTICLE 2. SCOPE OF WORK**

2.1 **Scope of Work.** Subcontractor agrees to furnish and perform, to the extent set forth herein, all work as described herein and in the Contract Documents, for the construction of the Project set forth in Article 1 for the Owner, in accordance with the Main Contract dated the **27TH** day of **FEBRUARY, 2004** between Owner and Contractor, and the general and special conditions of that Contract, and in accordance with the drawings, specifications, addenda, and all other Contract Documents as described in that contract, all of which documents in their entirety are hereinafter referred to as the Main Contract and have been and remain available to Subcontractor. Subcontractor agrees to provide all supervision, materials, labor, supplies, services, and equipment to fully perform all work described in section(s): **MASONRY BEARING AND NON BEARING WALLS COMPLETE, CONCRETE FOUNDATIONS, SLABS AND SOFFITS/LIPS COMPLETE TO MEET THE RFP REQUIREMENTS IN VOLUMES 1 AND 2 AND SHC DESIGN REQUIREMENTS.** This work is to include, but is not limited to, all items listed on Attachments 1, 2, and 3 to this Agreement.

2.1.1 **Exclusions.** Exclusions, if any, are specified on Attachment 1 to this Agreement.

2.2 **Contract Documents.** The Contract Documents which are binding on Subcontractor are Attachments 1, 2, & 3 and the documents as set forth in Article 2.1.

2.3 **Conflicts.** In the event of a conflict between this Agreement and the Contract Documents or the Main Contract, this Agreement shall govern unless the Contract Documents or Main Contract require otherwise.

**ARTICLE 3. CONTRACT PRICE**

3.1 Contractor, for full, complete, and faithful performance of this Subcontract, agrees to pay to Subcontractor:

(a) Lump Sum in the amount of **FOUR HUNDRED NINETY FIVE THOUSAND Dollars and No One Hundredths** (**$495,000.00**) or ✓CMU only cost — D. Dix Masonry scope

(b) Unit Prices as set forth on Attachment No. 1 which on the basis of Owner's estimated quantities will yield a gross Contract Price of approximately: **SEE ATTACHED FOR CONCRETE** and No One Hundredths — Dollars (**$100,000**), in accordance with Article 5, subject to additions or deductions per Article 6. Attachment 1 → D. Dix concrete scope

Subcontractor agrees to be bound by all laws, government regulations, and orders, and all provisions are incorporated by reference and to be bound by Articles 1 through 7 attached hereto. Including Attachment "1", "2", & "3" attached hereto and by this reference incorporated herein.

IN WITNESS WHEREOF, the parties hereto have executed this Agreement the day and year below written.

**STRAND HUNT CONSTRUCTION, INC.**
BY: _[signature]_
Philip T. A. Dearing, Sr. Project Manager
Registration Number: 21967
Date: 5/10/04

Subcontractor: **DIX MASONRY, INC.**
By: _Debbie Dix, President_
Contractor's Registration: 21277
Date: 5/10/04
Fed. Tax ID: 92-0141017
L & I Acct No. or WC Acct No.: _____
Unemployment Acct No.: 0001193856
UBI Acct No.: _____

Subcon - Dix Masonry - Joint Security - KN

Robin: FYI, please ✓ over and, if you are ok with everything, please sign and send back