ATTACHMENT 5

Joint Security Complex 04-007

**Dix Masonry - Masonry**

Using drawing included in this Contract

Total                              $495,000

*[Handwritten top right: Scope per Paragraph Masony Section part (F) → DDM  PY  DIX  SHC]*

Inclusions:

Coordinate with mechanical and electrical for block outs for thru wall penetrations
Submittals, shop drawings (by others) and or mock ups required as it is called for in the RFP and as it pertains to your scope by others.
Need block samples by 3/26/04 (or color samples)
Delivery to Fairbanks office.
Temporary draped visqueen protection if needed.
Block outs for windows and doors. (Dix to set door frames for blockouts for your walls)
Including window sills and CMU lintels
Block type – per drawing elevations (split face/sooth face)
Including placing rebar and ledgers and misc. embeds as needed, and sills.
Including layout of masonry walls and openings (supplied by contractor) embeds for roof laid out by others. *Layout of wall location to carry joists to be √'d by Strand Hunt* — *DDM PY DIX SH*
Solid grout.
Rebar protection as needed for safety.
Work to be complete in 37 work days. Dix to work 6 days a week as necessary to meet the schedule.
Level ground to scaffold erection.
Control lines on architectural drawing – masonry left clean for sealants.

Excludes:

Heat/Cover
Temp power to area
Surveying
Testing inspections permits
Demolition
Engineering
Bonding
Flashing
Sealants caulking (included cleaning joints)
Furnishing rebar (Dix to install)
? Furnishing ledgers (Dix to install) *only ledgers that are not drilled and installed after CMU is erected.  PY*

*[Handwritten bottom: Sub Initials DDM  G.C Initials PY  DIX  S.H.]*

# STRAND HUNT
## CONSTRUCTION

July 19, 2004



VIA FAX (907) 262-9452



Dennis Dix
Dix Masonry, Inc.
P. O. Box 128
Sterling, AK 99672

Re:  Design/Construct Joint Security Complex, Eielson AFB, Alaska
     Contract No. W911KB-04-C-0008

Subj: Schedule

As both Tim Jauhola and I have not been able contact you at the end of last week and today, we wish to notify you of our concerns related to the schedule for the masonry installation.

Per our subcontract you have agreed to install ALL of the masonry block work on this project within 37 working days. This is affected by your concrete work on the project. As of today we have agreed to the following pour dates with Wade who represents the concrete division of your company:

| Area | Date |
|---|---|
| Area 1 | July 20, 2004 |
| Area 2 | July 30, 2004 |
| Area 3 | August 10, 2004 |
| Area 4 | August 20, 2004 |
| Area 5 | August 24, 2004 |

To date per discussion with Wade and Tim there have been schedule issues on both sides of this contract for the concrete work. Dix has experienced some re-do work and Strand Hunt Construction has supplemented workforce to correct our grade problems as well as make up the inadequate concrete crew that Dix has supplied. However, we have agreed to let by-gones be by-gones and not charge each other for the work needed to get the first pour completed on July 20th. This is the last day SHC will add manpower to Dix concrete crew. From now on you have to man up and meet the above dates on your own.

Strand Hunt Construction accepts the dates listed for concrete pouring above, however we cannot tolerate impacts from the follow on masonry construction. It is imperative that Dix begins to set up for masonry work this week with the actual in place work starting on July 26, 2004. You then have 37 work days from this date to complete your work which will give you a finish date of September 6, 2004.

Ex. 1, p. 12 of 56

12900 N.E. 180TH STREET, SUITE 220, BOTHELL, WASHINGTON 98011-5773 (425) 488-1954 FAX (425) 488-0757

Dix Masonry, Inc.
July 19, 2004
Page two

To man up the project later than July 26 in order to complete the project in less time than the 37 days will not help us. Delays in completing PHASES of the work in a timely manner will simply delay follow on activities, such as, roofing, insulation and stud work. This will impact the closing-in date for winter which would not be acceptable. We are therefore requesting, and in fact directing you to please have a minimum of 8 men (or more if needed) installing block on July 26, 2004 and continuing with this crew size until it is complete. If you do not intend to comply with this request, please contact me immediately.

Very truly yours,

STRAND HUNT CONSTRUCTION, INC.

Philip T. A. Dearing
Sr. Project Manager

kn

c/ Rollie E. Hunt
   Jobsite

FAXED

| Activity ID | Activity Description | Orig Dur | Rem Dur | % | Early Start | Early Finish | Total Float | 2004 / 2005 Gantt |
|---|---|---|---|---|---|---|---|---|
| | **PROJECT** | | | | | | | |
| 100 | PROJECT AWARD | 0 | 0 | 100 | 27FEB04A | | | ◆ PROJECT AWARD |
| 110 | NOTICE TO PROCEED | 0 | 0 | 100 | 03MAR04A | | | ◆ NOTICE TO PROCEED |
| 350 | PREPARE O&M MANUALS | 250 | 0 | 100 | 03MAR04A | 31AUG05A | | PREPARE O&M |
| 410 | PREPARE ASBUILTS | 250 | 0 | 100 | 03MAR04A | 31AUG05A | | PREPARE AS |
| 320 | SUBMIT 4288 FORM | 30 | 0 | 100 | 04MAR04A | 14MAY04A | | SUBMIT 4288 FORM |
| 380 | SUBMIT QC PLAN | 30 | 0 | 100 | 04MAR04A | 13APR04A | | SUBMIT QC PLAN |
| 1400 | SUBMIT ENVIRONMENTAL PLAN | 30 | 0 | 100 | 04MAR04A | 23APR04A | | SUBMIT ENVIRONMENTAL PLAN |
| 1420 | SUBMIT ACCIDENT PREVENTION PLAN | 30 | 0 | 100 | 04MAR04A | 11MAY04A | | SUBMIT ACCIDENT PREVENTION PLAN |
| 1440 | SUBMIT SOIL SAMPLING PLAN | 30 | 0 | 100 | 04MAR04A | 26MAY04A | | SUBMIT SOIL SAMPLING PLAN |
| 1520 | SUBMIT TEMP ELECTRICAL PLAN | 30 | 0 | 100 | 04MAR04A | 23APR04A | | SUBMIT TEMP ELECTRICAL PLAN |
| 1580 | SUBMIT SITE PLAN | 30 | 0 | 100 | 04MAR04A | 23APR04A | | SUBMIT SITE PLAN |
| 390 | GOV REVIEW AND APPROVE QC PLAN | 22 | 0 | 100 | 14APR04A | 09JUN04A | | GOV REVIEW AND APPROVE QC PLAN |
| 1610 | PRECONSTRUCTION MEETING | 1 | 0 | 100 | 19APR04A | 19APR04A | | PRECONSTRUCTION MEETING |
| 1410 | GOV REVIEW AND APPROVE ENVIRONMENTAL PLAN | 0 | 0 | 100 | 24APR04A | 08JUL04A | | GOV REVIEW AND APPROVE ENVIRONMENTAL PLAN |
| 1530 | GOV REVIEW AND APPROVE TEMP ELECTRICAL PLAN | 22 | 0 | 100 | 24APR04A | 08JUN04A | | GOV REVIEW AND APPROVE TEMP ELECTRICAL PLAN |
| 1590 | GOV REVIEW AND APPROVE SITE PLAN | 22 | 0 | 100 | 24APR04A | 08JUN04A | | GOV REVIEW AND APPROVE SITE PLAN |
| 1430 | GOV REVIEW AND APPROVE ACCIDENT PRVTN TLN | 22 | 0 | 100 | 12MAY04A | 19MAY04A | | GOV REVIEW AND APPROVE ACCIDENT PRVTN TLN |
| 340 | GOV REVIEW SUBMITTAL REGISTER | 30 | 0 | 100 | 15MAY04A | 23MAY05A | | GOV REVIEW SUBMITTAL |
| 1450 | GOV REVIEW AND APPROVE SOIL SAMPLING PLAN | 22 | 0 | 100 | 27MAY04A | 02JUN04A | | GOV REVIEW AND APPROVE SOIL SAMPLING PLAN |
| 1620 | ALL PRECONSTRUCTION SUBMITTALS APPROVED | 0 | 0 | 100 | | 09JUN04A | | ◆ ALL PRECONSTRUCTION SUBMITTALS APPROVED |
| 1600 | CQC COORDINATION MEETING | 1 | 0 | 100 | 23JUN04A | 23JUN04A | | CQC COORDINATION MEETING |
| 450 | SUBMIT AND APPROVE MECH/ELEC LAYOUT DRAWINGS | 20 | 0 | 100 | 04AUG04A | 04AUG04A | | SUBMIT AND APPROVE MECH/ELEC LAYOUT DRAWINGS |
| 1500 | SUBMIT COLOR BOARDS | 30 | 0 | 100 | 12AUG04A | 12AUG04A | | SUBMIT COLOR BOARDS |
| 1510 | GOV REVIEW AND APPROVE COLOR BOARDS | 22 | 0 | 100 | 13AUG04A | 01SEP04A | | GOV REVIEW AND APPROVE COLOR BOARDS |
| 1250 | DESIGN COMPLETION | 0 | 0 | 100 | | 22SEP04A | | ◆ DESIGN COMPLETION |
| 1310 | SUBMIT AND APPROVE FIRE PROTECTION SPECIALIST | 30 | 0 | 100 | 01NOV04A | 01NOV04A | | SUBMIT AND APPROVE FIRE PROTECTION SP |
| 1540 | SUBMIT FIRE PROTECTION SYSTEM | 30 | 0 | 100 | 01NOV04A | 01NOV04A | | SUBMIT FIRE PROTECTION SYSTEM |
| 1550 | GOV REVIEW AND APPROVE FIRE PROTECN SUBMITTAL | 22 | 0 | 100 | 01NOV04A | 08JUL05A | | GOV REVIEW AND A |
| 1460 | SUBMIT FORM 1354 | 30 | 0 | 100 | 24JAN05A | 26JAN05A | | SUBMIT FORM 1354 |
| 1470 | GOV REVIEW AND APPROVE FOR 1354 | 22 | 0 | 100 | 24JAN05A | 26JAN05A | | GOV REVIEW AND APPROVE FOR 1354 |
| 1360 | CONTROLS TESTING SUBMITTAL | 30 | 0 | 100 | 24FEB05A | 10MAR05A | | CONTROLS TESTING SUBMITTAL |
| 490 | SUBMIT ELETRICAL TESTING PLAN | 1 | 0 | 100 | 01JUN05A | 01JUL05A | | SUBMIT ELETRICAL TESTING PLAN |
| 910 | CONTRACTORS PUNCHLIST | 10 | 0 | 100 | 20JUN05A | 12SEP05A | | CONTRACTORS PUNCHLIST |
| 1330 | SUBMIT COMMISSIONING PLANS | 10 | 0 | 100 | 23JUN05A | 23JUN05A | | SUBMIT COMMISSIONING PLANS |
| 1370 | PRECOMMISSIONING | 10 | 0 | 100 | 27JUN05A | 31AUG05A | | PRECOMMISSIONING |
| 1050 | ELECTRICAL TESTING - COMS IN AUGUST | 20 | 0 | 100 | 05JUL05A | 08AUG05A | | ELECTRICAL TESTING - COMS IN AUGUS |
| 1260 | ******BUILDING 100% CLOSED IN****** | 0 | 0 | 100 | | 14JUL05A | | ◆ ******BUILDING 100% CLOSED IN****** |

| | |
|---|---|
| Start Date | 27FEB04 |
| Finish Date | 31JUL06 |
| Data Date | 22JAN06 |
| Run Date | 17FEB06 16:02 |

SF19

STRANDHUNT CONSTRUCTION

AS BUILT SCHEDULE

Classic Schedule Layout

Sheet 1 of 11

Ex. 1, p. 14 of 56

© Primavera Systems, Inc.

*(handwritten annotation: "AS BUILT Schedule")*

| Activity ID | Activity Description | Orig Dur | Rem Dur | % | Early Start | Early Finish | Total Float |
|---|---|---|---|---|---|---|---|
| 1380 | PREFINAL INSPECTION | 5 | 0 | 100 | 18AUG05A | 25OCT05A | |
| 1560 | SUBMIT VIDEO TRAINING PLAN - NOT REQUIRED OR SUB | 1 | 0 | 100 | 22AUG05A | 22AUG05A | |
| 1570 | GOV R&A VIDEO PLAN NOT REQ'D OR SUBMITTED | 5 | 0 | 100 | 22AUG05A | 22AUG05A | |
| 1390 | CORRECTION OF PUNCHLIST FROM PREFINAL INSPECTION | 5 | 0 | 100 | 26AUG05A | 31OCT05A | |
| 360 | GOV REVIEW O&M MANUALS | 15 | 0 | 100 | 01SEP05A | 08NOV05A | |
| 420 | GOVERNMENT REVIEW AS-BUILTS | 15 | 0 | 100 | 01SEP05A | 13OCT05A | |
| 850 | SUBMIT WATER T&B REPORT | 1 | 0 | 100 | 09SEP05A | 09SEP05A | |
| 1320 | SUBMIT AIR T&B REPORT | 1 | 0 | 100 | 09SEP05A | 09SEP05A | |
| 1340 | T&B REPORT SUBMIT TO GOV | 22 | 0 | 100 | 09SEP05A | 09SEP05A | |
| 1480 | FUNCTIONAL INSPECTION | 8 | 0 | 100 | 12SEP05A | 16SEP05A | |
| 1490 | EQUIPMENT TAGGING | 2 | 0 | 100 | 19SEP05A | 19SEP05A | |
| 1630 | VIDEO TRAINING | 3 | 0 | 100 | 26SEP05A | 30SEP05A | |
| 1670 | RE-SUBMIT/APPROVE AS BUILTS-ONGOING | 100 | 0 | 100 | 24OCT05A | 20JAN06A | |
| 1350 | FINAL INSPECTION | 3 | 0 | 100 | 01NOV05A | 07NOV05A | |
| 470 | FIX NON CRITICAL FINAL INSPECTION ITEMS-ONGOING | 30 | 0 | 100 | 08NOV05A | 20JAN06A | |
| 480 | NEW ITEM-FIX CRITICAL FINAL INSPECTION ITEMS | 1 | 0 | 100 | 08NOV05A | 19JAN06A | |
| 1690 | FINAL INSP ITEMS AFFECTED BY WEATHER-ONGOING | 160 | 0 | 100 | 08NOV05A | 20JAN06A | |
| 1680 | RE-SUBMIT/APPROVE O&M'S - ONGOING | 100 | 0 | 100 | 10NOV05A | 20JAN06A | |
| 330 | ADMINISTRATION ITEMS COMPLETION- ONGOING | 0 | 0 | 100 | | 20JAN06A | |
| 370 | SUBSTANTIAL COMPLETION TO ALLOW USER MOVE IN | 0 | 0 | 100 | | 20JAN06A | |
| 400 | PROJ CMPLTE-ADMIN/NON CRITICAL ITEMS MET-ONGOING | 0 | 0 | 100 | | 20JAN06A | |
| EARLY REVIEW PACKAGE | | | | | | | |
| 290 | SUBMIT EARLY REVIEW PACKAGE | 0 | 0 | 100 | | 03MAR04A | |
| 440 | GOVERNMENT EARLY REVIEW CIVIL/STRUCUTRAL | 10 | 0 | 100 | 04MAR04A | 12MAR04A | |
| 500 | EARLY REVIEW MEETING | 1 | 0 | 100 | 16MAR04A | 16MAR04A | |
| 65% DESIGN PACKAGE | | | | | | | |
| 140 | 65% DRAFT SPECIFICATION | 24 | 0 | 100 | 04MAR04A | 30APR04A | |
| 150 | 65% DRAFT DRAWINGS | 24 | 0 | 100 | 04MAR04A | 30APR04A | |
| 160 | SUBMIT 65% REVIEW PACKAGE | 0 | 0 | 100 | 30APR04A | | |
| 170 | GOVERNMENT REVIEW 65% SUBMITTAL | 15 | 0 | 100 | 03MAY04A | 19MAY04A | |
| 180 | 65% REVIEW MEETING | 1 | 0 | 100 | 21MAY04A | 21MAY04A | |
| 95% DESIGN PACKAGE | | | | | | | |
| 190 | 95% DRAFT SPECIFICATION | 32 | 0 | 100 | 24MAY04A | 29JUN04A | |
| 200 | 95% DESIGN DRAWINGS | 15 | 0 | 100 | 24MAY04A | 29JUN04A | |
| P0004 | ANG MOBILITY SUPPLY DESIGN | 1 | 0 | 100 | 24MAY04A | 29JUN04A | |
| 210 | SUBMIT 95% DESIGN PACKAGE | 0 | 0 | 100 | 29JUN04A | | |
| 220 | GOVERNMENT REVIEW 95% SUBMITTAL | 14 | 0 | 100 | 30JUN04A | 10AUG04A | |
| 230 | 95% REVIEW MEETING | 0 | 0 | 100 | 12AUG04A | | |

Start Date: 27FEB04
Finish Date: 31JUL06
Run Date: 17FEB06 16:02

STRANDHUNT CONSTRUCTION
AS BUILT SCHEDULE
Classic Schedule Layout

Sheet 2 of 11

Early Bar / Float Bar / Progress Bar / Critical Activity

Ex. 1, p. 15 of 56

© Primavera Systems, Inc.

| Activity ID | Activity Description | Orig Dur | Rem Dur | % | Early Start | Early Finish |
|---|---|---|---|---|---|---|
| **100% DESIGN PACKAGE** | | | | | | |
| 240 | 100% DRAFT SPECIFICATION | 20 | 0 | 100 | 13AUG04A | 30AUG04A |
| 250 | 100% DESIGN DRAWINGS | 20 | 0 | 100 | 13AUG04A | 30AUG04A |
| 270 | GOVERNMENT REVIEW 100% SUBMITTAL | 5 | 0 | 100 | 31AUG04A | 09SEP04A |
| 260 | SUBMIT 100% DESIGN PACKAGE | 0 | 0 | 100 | | 31AUG04A |
| 280 | 100% BACKCHECK COMPLETED | 0 | 0 | 100 | 09SEP04A | |
| 1240 | 100% FINAL PICK UPS | 1 | 0 | 100 | 10SEP04A | 22SEP04A |
| **CIVIL** | | | | | | |
| 310 | BREAK GROUND | 0 | 0 | 100 | 24MAY04A | |
| 460 | CLEAR AND GRUB | 3 | 0 | 100 | 24MAY04A | 28MAY04A |
| 760 | EXCAVATION OF UNSUITABLES | 13 | 0 | 100 | 28MAY04A | 11JUN04A |
| 610 | FILL AT SITE | 10 | 0 | 100 | 11JUN04A | 28JUN04A |
| 630 | RUN NEW UTILIDOR FOR UTILITIES | 20 | 0 | 100 | 04AUG04A | 16JUL05A |
| P00015 | UNSUITABLE SOILS AT THE UTILIDOR | 5 | 0 | 100 | 04AUG04A | 08AUG04A |
| 520 | GRADE PARKING | 3 | 0 | 100 | 30AUG04A | 01SEP04A |
| 685 | ROUGH IN DUCTS MH #2-4 | 5 | 0 | 100 | 31AUG04A | 23APR05A |
| 690 | ROUGH IN DUCTS MH #4-4 | 5 | 0 | 100 | 06SEP04A | 25APR05A |
| 430 | CAP OFF EXISTING UTILITIES AND MAKE SAFE | 3 | 0 | 100 | 07SEP04A | 30SEP04A |
| 580 | SITE LIGHTING/ PAVEMENT CHALK LINES FOR PARKING | 10 | 0 | 100 | 07SEP04A | 19AUG05A |
| 640 | INSTALL NEW MANHOLE | 2 | 0 | 100 | 07SEP04A | 21APR05A |
| 650 | RUN NEW UNDERGROUND ELECTRICAL SERVICE | 20 | 0 | 100 | 07SEP04A | 26AUG05A |
| 620 | DUMPSTER ENCLOSURE | 5 | 0 | 100 | 09SEP04A | 16JUL05A |
| 695 | DUCTBANK TO BLDG 3180 | 5 | 0 | 100 | 11SEP04A | 16SEP04A |
| P0009 | UNSUITABLE SOILS AT UTILIDOR | 1 | 0 | 100 | 16SEP04A | 17SEP04A |
| 698 | FIBER OPTIC TO BLDG 3180 & 3112 | 5 | 0 | 100 | 17SEP04A | 22SEP04A |
| P00012 | DISCONNECT SWITCH | 1 | 0 | 100 | 17MAY05A | 26AUG05A |
| P00010 | OVEREXCAVATION OF BUILDING PAD | 1 | 0 | 100 | 28MAY05A | 11JUN05A |
| 590 | SITE CONCRETE WORK | 5 | 0 | 100 | 10JUN05A | 16JUL05A |
| P00011 | CHANGE FIBER OPTIC CABLE SERVICE | 1 | 0 | 100 | 29JUN05A | 26AUG05A |
| 530 | FIRST LIFT CRUSHED ROCK | 5 | 0 | 100 | 05JUL05A | 11JUL05A |
| 560 | SITE FENCING | 8 | 0 | 100 | 11JUL05A | 26JUL05A |
| 550 | ASPHALT | 5 | 0 | 100 | 12JUL05A | 14JUL05A |
| 540 | ELECTRICAL FIBRE OPTICS TERMINATIONS | 5 | 0 | 100 | 16JUL05A | 30AUG05A |
| 660 | GRADE LANDSCAPE AREAS | 3 | 0 | 100 | 25JUL05A | 27JUL05A |
| 680 | SITE TOPSOIL | 4 | 0 | 100 | 25JUL05A | 28JUL05A |
| 670 | SEED LANDSCAPE AREAS FOR FALL | 2 | 0 | 100 | 29JUL05A | 30JUL05A |
| 570 | SITE MARKING - ASPHALT NEEDS TO CURE FIRST | 3 | 0 | 100 | 19AUG05A | 19AUG05A |
| 600 | SITE COMPLETE | 0 | 0 | 100 | | 19AUG05A |

Start Date: 27FEB04
Finish Date: 31JUL06
Data Date: 22JAN06
Run Date: 17FEB06 16:02

STRANDHUNT CONSTRUCTION
AS BUILT SCHEDULE
Classic Schedule Layout

SF19   Sheet 3 of 11

Ex. 1, p. 16 of 56

Early Bar / Float Bar / Progress Bar / Critical Activity

© Primavera Systems, Inc.

| Activity ID | Activity Description | Orig Dur | Rem Dur | % | Early Start | Early Finish | Total Float |
|---|---|---|---|---|---|---|---|
| **FIRST AREA OF CONSTRUCTION** | | | | | | | |
| 510 | START STRUCTURAL WORK - AREA 1 | 0 | 0 | 100 | 28JUN04A | | |
| 700 | EXCAVATE FOOTINGS - AREA 1 | 10 | 0 | 100 | 28JUN04A | 01JUL04A | |
| 710 | FORM THICKENED EDGE AT SLAB - AREA 1 | 10 | 0 | 100 | 28JUN04A | 19JUL04A | |
| 752 | FORM SLAB IN GRADE - AREA 1 | 10 | 0 | 100 | 28JUN04A | 19JUL04A | |
| 770 | IN SLAB RI MECH - AREA 1 | 10 | 0 | 100 | 28JUN04A | 14JUL04A | |
| 1110 | IN SLAB ELEC - AREA 1 | 10 | 0 | 100 | 28JUN04A | 14JUL04A | |
| 1650 | CONTRACT JUNE REQ'D ADVERSE WEATHER DAYS | 2 | 0 | 100 | 28JUN04A | 28JUN04A | |
| P0007 | FOREST FIRES TIME EXTENSION | 7 | 0 | 100 | 28JUN04A | 07JUL04A | |
| 720 | PLACE REBAR AT FOOTINGS - AREA 1 | 10 | 0 | 100 | 06JUL04A | 20JUL04A | |
| 780 | PLACE REBAR SLAB ON GRADE - AREA 1 | 10 | 0 | 100 | 06JUL04A | 20JUL04A | |
| 1640 | CONTRACT JULY REQ'D ADVERSE WEATHER DAYS | 7 | 0 | 100 | 06JUL04A | 06JUL04A | |
| 730 | POUR AND STRIP FOOTINGS - AREA 1 | 4 | 0 | 100 | 21JUL04A | 23JUL04A | |
| 790 | POUR AND STRIP SLAB ON GRADE - AREA 1 | 4 | 0 | 100 | 21JUL04A | 23JUL04A | |
| 740 | INSTALL INSULATION - AREA 1 | 5 | 0 | 100 | 24JUL04A | 27JUL04A | |
| 750 | BACKFILL EDGE AT FOOTINGS - AREA 1 | 3 | 0 | 100 | 28JUL04A | 29JUL04A | |
| 800 | START MASONRY - AREA 1 | 0 | 0 | 100 | 02AUG04A | | |
| 810 | MASONRY EXTERIOR & INTERIOR - AREA 1 | 13 | 0 | 100 | 02AUG04A | 24AUG04A | |
| 820 | ERECT STEEL COLUMNS - AREA 1 | 5 | 0 | 100 | 14AUG04A | 30SEP04A | |
| 830 | ERECT STEEL TRUSSES - AREA 1 | 8 | 0 | 100 | 20AUG04A | 30SEP04A | |
| 840 | ERECT STEEL DECK - AREA 1 | 5 | 0 | 100 | 30AUG04A | 30SEP04A | |
| P0006 | TEST CONTAMINATED SOIL | 1 | 0 | 100 | 01SEP04A | 01SEP04A | |
| P0008 | TEST CONTAMINATED SOIL | 1 | 0 | 100 | 01SEP04A | 01SEP04A | |
| 870 | INSTALL BUILT UP ROOF - AREA 1 | 8 | 0 | 100 | 09SEP04A | 12NOV04A | |
| 1270 | INSTL LIGHT GAGE ROOF FRAMING - AREA 1 | 5 | 0 | 100 | 11SEP04A | 10DEC04A | |
| 860 | RI DRAINS AND LEADERS - AREA 1 | 3 | 0 | 100 | 18SEP04A | 21SEP04A | |
| 990 | OVERHEAD ELECTRICAL ROUGH IN - AREA 1 | 15 | 0 | 100 | 18SEP04A | 24MAR05A | |
| 1000 | SOFFIT INSULATION AT MANSARD - AREA 1 | 10 | 0 | 100 | 22SEP04A | 20DEC04A | |
| 1010 | OVERHEAD MECH ROUGHIN - AREA 1 | 20 | 0 | 100 | 22SEP04A | 16MAR05A | |
| 1100 | SPRINKLER ROUGH IN - AREA 1 | 10 | 0 | 100 | 22SEP04A | 22APR05A | |
| 1020 | SOFFIT GWB - AREA 1 | 15 | 0 | 100 | 24SEP04A | 30NOV04A | |
| 1160 | SUBMIT GENERATOR | 1 | 0 | 100 | 29SEP04A | 29SEP04A | |
| 1180 | SUBMIT AHU'S | 1 | 0 | 100 | 29SEP04A | 29SEP04A | |
| 1190 | SUBMIT AIR COMPRESSOR | 1 | 0 | 100 | 29SEP04A | 29SEP04A | |
| 1130 | SUBMIT TRANSFORMER | 1 | 0 | 100 | 30SEP04A | 30SEP04A | |
| 1140 | PROCURE TRANSFORMER | 90 | 0 | 100 | 30SEP04A | 30SEP04A | |
| 1170 | PROCURE GENERATOR | 90 | 0 | 100 | 30SEP04A | 30SEP04A | |
| 1200 | PROCURE AHU'S | 90 | 0 | 100 | 30SEP04A | 30SEP04A | |

Start Date: 27FEB04  
Finish Date: 31JUL06  
Data Date: 22JAN06  
Run Date: 17FEB06 16:02  

STRANDHUNT CONSTRUCTION  
AS BUILT SCHEDULE  
Classic Schedule Layout  

Sheet 4 of 11  
SF19  

Ex. 1, p. 17 of 56

© Primavera Systems, Inc.

| Activity ID | Activity Description | Orig Dur | Rem Dur | % | Early Start | Early Finish | 2004 / 2005 Schedule Bar |
|---|---|---|---|---|---|---|---|
| 1210 | PROCURE AIR COMPRESSOR | 90 | 0 | 100 | 30SEP04A | 30SEP04A | |
| 880 | INSTL EXT WALL INSULATION BOARD - AREA 1 | 10 | 0 | 100 | 08OCT04A | 03DEC04A | |
| 900 | INSTALL EXTERIOR FRAMING - AREA 1 | 20 | 0 | 100 | 22OCT04A | 18JAN05A | |
| 970 | SET DOOR FRAMES - AREA 1 | 5 | 0 | 100 | 15DEC04A | 30MAR05A | |
| 1090 | INSTL INT FRAMING OF WALLS - AREA 1 | 20 | 0 | 100 | 15DEC04A | 11FEB05A | |
| 920 | INSTALL GWB CEILINGS - AREA 1 | 5 | 0 | 100 | 20DEC04A | 05APR05A | |
| 950 | INTERIOR WALL ELEC ROUGH IN - AREA 1 | 15 | 0 | 100 | 20DEC04A | 24MAR05A | |
| 940 | INSTL INTERIOR FRAMING AT SOFFIT - AREA 1 | 5 | 0 | 100 | 11JAN05A | 16FEB05A | |
| 1065 | MECHANICAL CONTROLS ROUGH IN- AREA 1 | 15 | 0 | 100 | 17JAN05A | 07MAR05A | |
| 892 | INSTALL BATT AND VAPR BRRIER- AREA 1 | 3 | 0 | 100 | 14FEB05A | 01APR05A | |
| 980 | INTERIOR WALL MECH ROUGH IN - AREA 1 | 5 | 0 | 100 | 18FEB05A | 22MAR05A | |
| 930 | INSTALL EXTERIOR WALL GWB - AREA 1 | 5 | 0 | 100 | 07MAR05A | 06APR05A | |
| 960 | INTERIOR GWB ON WALLS - AREA 1 | 15 | 0 | 100 | 07MAR05A | 11APR05A | |
| 890 | INSTALL FLASHING - AREA 1 | 3 | 0 | 100 | 09MAR05A | 18APR05A | |
| 1030 | PAINT,TAPE AND TEXTURE - AREA 1 | 15 | 0 | 100 | 04APR05A | 27APR05A | |
| 1040 | INTERIOR ELECTRICAL FINISHES - AREA 1 | 20 | 0 | 100 | 27APR05A | 15OCT05A | |
| 1285 | AC CEILING - AREA 1 | 10 | 0 | 100 | 28APR05A | 12MAY05A | |
| 1060 | INT MECH FINSH A1 (ALL CONTROLS COMPLTE 5/31) | 20 | 0 | 100 | 10MAY05A | 15OCT05A | |
| 902 | INSTALL EXT DOORS & WINDOWS - AREA 1 | 5 | 0 | 100 | 11MAY05A | 16JUL05A | |
| 942 | INSTALL OIL/WATER SEPERATOR - AREA 1 | 5 | 0 | 100 | 11MAY05A | 27JUN05A | |
| 1290 | INSTALL DOOR HARDWARE - AREA 1 | 5 | 0 | 100 | 11MAY05A | 29AUG05A | |
| 1275 | INSTALL CEILING FANS - AREA 1 | 6 | 0 | 100 | 13MAY05A | 01JUL05A | |
| 1280 | OVERHEAD DOORS - AREA 1 | 4 | 0 | 100 | 13JUN05A | 16JUN05A | |
| 1070 | INT FLOOR FINISHES AREA 1 INCLUDES EPOXY | 40 | 0 | 100 | 23JUN05A | 26SEP05A | |
| 1080 | CABINETRY CASEWORK INCL WALL PANELS - AREA 1 | 5 | 0 | 100 | 07JUL05A | 13OCT05A | |
| 1660 | STOP WORK ON EPOXY INSTALLATION | 1 | 0 | 100 | 31AUG05A | 19SEP05A | |
| 1300 | CLEAN UP - AREA 1 | 2 | 0 | 100 | 15OCT05A | 15OCT05A | |
| **SECOND AREA OF CONSTRUCTION** | | | | | | | |
| 2020 | EXCAVATE FOOTINGS - AREA 2 | 5 | 0 | 100 | 02JUL04A | 08JUL04A | |
| 2030 | FORM FOOTINGS AT SLAB - AREA 2 | 3 | 0 | 100 | 12JUL04A | 29JUL04A | |
| 2040 | PLACE REBAR AT FOOTINGS - AREA 2 | 3 | 0 | 100 | 12JUL04A | 29JUL04A | |
| 2080 | FORM SLAB IN GRADE - AREA 2 | 3 | 0 | 100 | 12JUL04A | 29JUL04A | |
| 2090 | IN SLAB RI MECH - AREA 2 | 3 | 0 | 100 | 12JUL04A | 29JUL04A | |
| 2100 | PLACE REBAR SLAB ON GRADE - AREA 2 | 3 | 0 | 100 | 12JUL04A | 29JUL04A | |
| 2410 | SAWCUT/CURE/SEAL - ALL AREAS | 5 | 0 | 100 | 12JUL04A | 11AUG04A | |
| 2050 | POUR AND STRIP AT FOOTINGS - AREA 2 | 3 | 0 | 100 | 30JUL04A | 03AUG04A | |
| 2110 | POUR AND STRIP SLAB ON GRADE - AREA 2 | 3 | 0 | 100 | 30JUL04A | 03AUG04A | |
| 2060 | INSTALL INSULATION - AREA 2 | 4 | 0 | 100 | 04AUG04A | 06AUG04A | |

Start Date 27FEB04
Finish Date 31JUL06
Data Date 22JAN06
Run Date 17FEB06 16:02

STRANDHUNT CONSTRUCTION
AS BUILT SCHEDULE
Classic Schedule Layout

Sheet 5 of 11
SF19

Ex. 1, p. 18 of 56

© Primavera Systems, Inc.

Early Bar / Float Bar / Progress Bar / Critical Activity

| Activity ID | Activity Description | Orig Dur | Rem Dur | % | Early Start | Early Finish |
|---|---|---|---|---|---|---|
| 2120 | START MASONRY - AREA 2 | 0 | 0 | 100 | 06AUG04A | |
| 2070 | BACKFILL EDGE AT - AREA 2 | 3 | 0 | 100 | 07AUG04A | 09AUG04A |
| 2190 | CONTRACT AUG REQ'D ADVERSE WEATHER DAYS | 2 | 0 | 100 | 09AUG04A | 31AUG04A |
| 2130 | MASONRY INTERIOR & EXTERIOR WALLS - AREA 2 | 13 | 0 | 100 | 10AUG04A | 31AUG04A |
| 2140 | ERECT STEEL COLUMNS - AREA 2 | 3 | 0 | 100 | 30AUG04A | 01SEP04A |
| 2150 | ERECT STEEL TRUSSES - AREA 2 | 2 | 0 | 100 | 02SEP04A | 13JAN05A |
| 2160 | ERECT STEEL DECK - AREA 2 | 2 | 0 | 100 | 04SEP04A | 03NOV04A |
| 2420 | INSTALL LIGHT GAGE ROOF FRAMING - AREA 2 | 5 | 0 | 100 | 07SEP04A | 25FEB05A |
| 2170 | INSTALL MTL ROOF & SLEEPERS - AREA 2 | 8 | 0 | 100 | 13SEP04A | 19APR05A |
| 2270 | OVERHEAD ELECTRICAL ROUGH IN - AREA 2 | 15 | 0 | 100 | 20SEP04A | 30APR05A |
| 2390 | INSTALL SPRINKLER ROUGH IN - AREA 2 | 10 | 0 | 100 | 20SEP04A | 27APR05A |
| 2280 | OVERHEAD MECHANICAL ROUGHIN - AREA 2 | 15 | 0 | 100 | 22SEP04A | 11JUN05A |
| 2200 | INSTL EXT WALL INSULATION BOARD - AREA 2 | 3 | 0 | 100 | 17NOV04A | 20DEC04A |
| 2210 | INSTALL EXTERIOR FRAMING - AREA 2 | 10 | 0 | 100 | 06DEC04A | 20DEC04A |
| 2250 | INSTALL INTERIOR FRAMING - AREA 2 | 15 | 0 | 100 | 13DEC04A | 03MAY05A |
| 2290 | SET DOOR FRAMES - AREA 2 | 5 | 0 | 100 | 15MAR05A | 13APR05A |
| 2400 | INSTALL INTERIOR SOFFIT FRAMING - AREA 2 | 20 | 0 | 100 | 21MAR05A | 25MAR05A |
| 2000 | INSTALL FLASHING - AREA 2 | 3 | 0 | 100 | 25MAR05A | 21APR05A |
| 2300 | INTERIOR WALL MECH ROUGH IN - AREA 2 | 15 | 0 | 100 | 28MAR05A | 03JUN05A |
| 2365 | MECHANICAL CONTROLS ROUGH IN - AREA 2 | 15 | 0 | 100 | 29MAR05A | 01APR05A |
| 2230 | INSTL EXTERIOR BATT AND VPR BARRER - AREA 2 | 5 | 0 | 100 | 01APR05A | 21MAY05A |
| 2180 | WEAPONS RACKS FOR THE PROJECT | 10 | 0 | 100 | 15APR05A | 21JUL05A |
| 1120 | INSTALL TRANSFORMER | 5 | 0 | 100 | 11MAY05A | 01JUL05A |
| 2240 | INSTALL EXTERIOR WALL GWB - AREA 2 | 15 | 0 | 100 | 16MAY05A | 10JUN05A |
| 2260 | INTERIOR ELEC ROUGH IN - AREA 2 | 15 | 0 | 100 | 24MAY05A | 01APR05A |
| 2220 | INSTL EXTERIOR DOORS & WINDOWS - AREA 2 | 2 | 0 | 100 | 02JUN05A | 27JUN05A |
| 2310 | INTERIOR GWB ON WALLS - AREA 2 | 10 | 0 | 100 | 03JUN05A | 11JUN05A |
| 2330 | SOFFIT GWB - AREA 2 | 6 | 0 | 100 | 03JUN05A | 11JUN05A |
| 2340 | PAINT - AREA 2 | 10 | 0 | 100 | 12JUN05A | 16JUL05A |
| 2425 | INSTALL CEILING FANS - AREA 2 | 6 | 0 | 100 | 14JUN05A | 16JUL05A |
| 2435 | AC CEILING - AREA 2 | 10 | 0 | 100 | 16JUN05A | 16JUL05A |
| 2445 | INSTALL DOOR HARDWARE - AREA 2 | 5 | 0 | 100 | 01JUL05A | 28JUL05A |
| 2360 | INTERIOR MECH FINISHES (NOT CONTROLS) - AREA 2 | 5 | 0 | 100 | 08JUL05A | 25OCT05A |
| 2320 | SOFFIT INSULATION AT MANSARD - AREA 2 | 2 | 0 | 100 | 12JUL05A | 12JUL05A |
| 2350 | INTERIOR ELEC FINISHES - AREA 2 | 15 | 0 | 100 | 16JUL05A | 25OCT05A |
| 2380 | CABINETRY CASEWORK - AREA 2 | 5 | 0 | 100 | 16JUL05A | 20JUL05A |
| 2370 | INTERIOR FLOOR FINISHES INCLUDES EPOXY - AREA 2 | 10 | 0 | 100 | 03AUG05A | 11OCT05A |
| 2450 | MURADIC ACID STOP WORK | 32 | 0 | 100 | 25AUG05A | 27SEP05A |

Start Date: 27FEB04
Finish Date: 31JUL06
Data Date: 22JAN06
Run Date: 17FEB06 16:02

STRANDHUNT CONSTRUCTION
AS BUILT SCHEDULE
Classic Schedule Layout

Sheet 6 of 11
SF19

Ex. 1, p. 19 of 56

© Primavera Systems, Inc.

Early Bar / Float Bar / Progress Bar / Critical Activity

Date | Revision | Checked | Approved

| Activity ID | Activity Description | Orig Dur | Rem Dur | % | Early Start | Early Finish | Total Float |
|---|---|---|---|---|---|---|---|
| 2430 | INTERIOR WALL PANELS - AREA 2 | 3 | 0 | 100 | 14OCT05A | 22OCT05A | |
| 2440 | PALLET RACKS IN ANG MOBILITY BAY - AREA 2 | 6 | 0 | 100 | 24OCT05A | 27OCT05A | |
| 3480 | INSTALL PALLET RACKS IN AD MOBILITY BAY | 6 | 0 | 100 | 24OCT05A | 27OCT05A | |
| 2500 | CLEAN UP - AREA 2 | 2 | 0 | 100 | 26OCT05A | 26OCT05A | |
| **THIRD AREA OF CONSTRUCTION** | | | | | | | |
| 3000 | EXCAVATE FOOTINGS - AREA 3 | 5 | 0 | 100 | 09JUL04A | 16JUL04A | |
| 3010 | INSTALL GROUND GRID - AREA 3 | 3 | 0 | 100 | 30JUL04A | 05AUG04A | |
| 3080 | IN SLAB RI MECH/ELEC - AREA 3 | 2 | 0 | 100 | 30JUL04A | 05AUG04A | |
| 3020 | FORM THICKENED EDGE AT PERIMETER - AREA 3 | 3 | 0 | 100 | 04AUG04A | 07AUG04A | |
| 3030 | PLACE REBAR AT PERIMETER - AREA 3 | 2 | 0 | 100 | 04AUG04A | 07AUG04A | |
| 3070 | FORM SLAB IN GRADE - AREA 3 | 3 | 0 | 100 | 04AUG04A | 07AUG04A | |
| 3090 | PLACE REBAR SLAB ON GRADE - AREA 3 | 3 | 0 | 100 | 04AUG04A | 07AUG04A | |
| 3040 | POUR AND STRIP AT PERIMETER - AREA 3 | 3 | 0 | 100 | 09AUG04A | 11AUG04A | |
| 3050 | INSTALL INSULATION AT PERIMETER - AREA 3 | 4 | 0 | 100 | 12AUG04A | 16AUG04A | |
| 3060 | BACKFILL EDGE AT - AREA 3 | 3 | 0 | 100 | 17AUG04A | 19AUG04A | |
| 3110 | START MASONRY - AREA 3 | 0 | 0 | 100 | 30AUG04A | | |
| 3120 | MASONRY INT & EXT WALLS - AREA 3 | 4 | 0 | 100 | 17AUG04A | 01NOV04A | |
| 3130 | ERECT STEEL COLUMNS - AREA 3 | 3 | 0 | 100 | 03SEP04A | 06SEP04A | |
| 3140 | ERECT STEEL TRUSSES - AREA 3 | 2 | 0 | 100 | 07SEP04A | 08SEP04A | |
| 3150 | ERECT STEEL DECK - AREA 3 | 2 | 0 | 100 | 09SEP04A | 10SEP04A | |
| 3170 | RI DRAINS AND LEADERS - AREA 3 | 5 | 0 | 100 | 14SEP04A | 16SEP04A | |
| 3250 | INSTALL SPRINKLER ROUGH IN- AREA 3 | 10 | 0 | 100 | 15SEP04A | 11MAR05A | |
| 3190 | INSTALL FLASHING - AREA 3 | 3 | 0 | 100 | 18SEP04A | 30SEP04A | |
| 3290 | SOFFIT INSULATION AT MANSARD - AREA 3 | 15 | 0 | 100 | 20SEP04A | 12JUL05A | |
| 3410 | CONTRACTOR SEPT ASSUMED WEATHER DAYS | 12 | 0 | 100 | 20SEP04A | 30SEP04A | |
| 3160 | INSTALL MTL ROOF AND SLEEPERS - AREA 3 | 5 | 0 | 100 | 22SEP04A | 20APR05A | |
| 3180 | INSTALL BUILT UP ROOF - AREA 3 | 5 | 0 | 100 | 23SEP04A | 21APR05A | |
| 3230 | INSTALL OVERHEAD ELECTRICAL ROUGH IN - AREA 3 | 20 | 0 | 100 | 25SEP04A | 19APR05A | |
| 3240 | OVERHEAD MECHANICAL ROUGHIN - AREA 3 | 15 | 0 | 100 | 25SEP04A | 17JUN05A | |
| 3490 | CONTRACTOR OCT CONTRACT REQ'D WEATHER DAYS | 12 | 0 | 100 | 01OCT04A | 30OCT04A | |
| 3100 | POUR AND STRIP SLAB ON GRADE - AREA 3 | 3 | 0 | 100 | 30OCT04A | 11NOV04A | |
| 3310 | INSTALL INTERIOR WALL FRAMING - AREA 3 | 17 | 0 | 100 | 04JAN05A | 18APR05A | |
| 3320 | INTERIOR WALL ELEC ROUGH IN - AREA 3 | 10 | 0 | 100 | 31JAN05A | 20APR05A | |
| 3270 | INSTALL INTERIOR SOFFIT FRAMING - AREA 3 | 15 | 0 | 100 | 01FEB05A | 27MAY05A | |
| 3330 | SET DOOR FRAMES - AREA 3 | 5 | 0 | 100 | 01FEB05A | 15MAR05A | |
| P0001 | DOORS AND DORMA CHANGES | 1 | 0 | 100 | 01MAR05A | 23JUN05A | |
| P0002 | ROOM CHANGES | 1 | 0 | 100 | 01MAR05A | 16JUN05A | |
| P0005 | ADD DOORS AND DORMERS | 1 | 0 | 100 | 01MAR05A | 23JUN05A | |

Start Date: 27FEB04
Finish Date: 31JUL06
Data Date: 22JAN06
Run Date: 17FEB06 16:02

STRANDHUNT CONSTRUCTION
AS BUILT SCHEDULE
Classic Schedule Layout

Sheet 7 of 11

Ex. 1, p. 20 of 56

© Primavera Systems, Inc.