| Activity ID | Activity Description | Orig Dur | Rem Dur | % | Early Start | Early Finish |
|---|---|---|---|---|---|---|
| P00013 | ROOM CHANGE PART 2 | 1 | 0 | 100 | 01MAR05A | 16JUN05A |
| 3340 | INTERIOR WALL MECH ROUGH IN - AREA 3 | 10 | 0 | 100 | 21MAR05A | 21APR05A |
| 3385 | MECHANICAL CONTROLS ROUGH IN - AREA 3 | 15 | 0 | 100 | 30MAR05A | 31MAR05A |
| 3300 | SOFFIT GWB - AREA 3 | 15 | 0 | 100 | 04APR05A | 06JUN05A |
| 3260 | INSTALL INTERIOR INSULATION - AREA 3 | 5 | 0 | 100 | 19APR05A | 23APR05A |
| 3350 | INTERIOR GWB ON WALLS - AREA 3 | 13 | 0 | 100 | 29APR05A | 17JUN05A |
| 3360 | PAINT WALLS - AREA 3 | 10 | 0 | 100 | 06MAY05A | 09JUN05A |
| 3220 | INSTALL INT DOORS - AREA 3 | 5 | 0 | 100 | 11MAY05A | 16JUL05A |
| 3200 | INSTALL DOOR HARDWARE - AREA 3 | 3 | 0 | 100 | 17MAY05A | 18JUL05A |
| 3280 | INSTALL GLAZING IN DOORS | 2 | 0 | 100 | 17MAY05A | 18MAY05A |
| 3370 | INTERIOR ELEC FINISHES - AREA 3 | 15 | 0 | 100 | 06JUN05A | 22JUL05A |
| 3445 | AC CEILING - AREA 3 | 10 | 0 | 100 | 10JUN05A | 16JUN05A |
| 3435 | INSTALL CEILING FANS - AREA 3 | 6 | 0 | 100 | 13JUN05A | 16JUL05A |
| 3460 | LOCKERS - AREA 3 | 6 | 0 | 100 | 20JUN05A | 19JUL05A |
| 3380 | INTERIOR MECH FINISHES (NOT CONTROLS) - AREA 3 | 13 | 0 | 100 | 22JUN05A | 29AUG05A |
| 3390 | INTERIOR FLOOR FINISHES - AREA 3 | 15 | 0 | 100 | 16JUL05A | 08AUG05A |
| 3420 | INSTALL TOILET ACCESSORIES - AREA 3 | 2 | 0 | 100 | 16JUL05A | 30SEP05A |
| 3400 | CABINETRY CASEWORK - AREA 3 | 6 | 0 | 100 | 18JUL05A | 23JUL05A |
| 3440 | CERAMIC TILE - AREA 3 | 3 | 0 | 100 | 18JUL05A | 23SEP05A |
| 3470 | INSTALL CCTV CAMERAS | 5 | 0 | 100 | 18JUL05A | 22JUL05A |
| 3210 | INSTALL LOCKER BENCHES - AREA 3 | 1 | 0 | 100 | 20JUL05A | 30SEP05A |
| 3450 | TOILET PARTITIONS & ACCESSORIES - AREA 3 | 3 | 0 | 100 | 23JUL05A | 30SEP05A |
| 3500 | CLEAN UP - AREA 3 | 3 | 0 | 100 | 29JUL05A | 30SEP05A |
| 3430 | TEST & BALANCE - AREA 3 | 10 | 0 | 100 | 08AUG05A | 23AUG05A |
| 3455 | INTERIOR SIGNAGE | 1 | 0 | 100 | 10OCT05A | 14OCT05A |
| **FOURTH AREA OF CONSTRUCTION** | | | | | | |
| 4000 | EXCAVATE FOOTINGS - AREA 4 | 5 | 0 | 100 | 17JUL04A | 20JUL04A |
| P0004A | ANG MOBILITY SUPPLY CONSTRUCTION | 150 | 0 | 100 | 17JUL04A | 31AUG05A |
| 4050 | IN SLAB RI MECH/ELEC - AREA 4 | 3 | 0 | 100 | 30JUL04A | 07AUG04A |
| 4010 | FORM THICKENED EDGE AT PERIMETER - AREA 4 | 3 | 0 | 100 | 07AUG04A | 10AUG04A |
| 4045 | FORM SLAB IN GRADE - AREA 4 | 3 | 0 | 100 | 07AUG04A | 10AUG04A |
| 4060 | PLACE REBAR SLAB ON GRADE - AREA 4 | 3 | 0 | 100 | 07AUG04A | 10AUG04A |
| 4015 | PLACE REBAR AT PERIMETER - AREA 4 | 2 | 0 | 100 | 11AUG04A | 12AUG04A |
| 4070 | POUR AND STRIP SLAB ON GRADE - AREA 4 | 3 | 0 | 100 | 23AUG04A | 25AUG04A |
| 4020 | POUR AND STRIP AT PERIMETER - AREA 4 | 3 | 0 | 100 | 26AUG04A | 28AUG04A |
| 4025 | INSTALL INSULATION AT PERIMETER - AREA 4 | 4 | 0 | 100 | 30AUG04A | 02SEP04A |
| 4040 | BACKFILL EDGE AT - AREA 4 | 3 | 0 | 100 | 03SEP04A | 06SEP04A |
| 4005 | INSTALL GROUND GRID - AREA 4 | 3 | 0 | 100 | 07SEP04A | 10SEP04A |

Start Date: 27FEB04
Finish Date: 31JUL06
Data Date: 22JAN06
Run Date: 17FEB06 16:02

STRANDHUNT CONSTRUCTION
AS BUILT SCHEDULE
Classic Schedule Layout

Sheet 8 of 11
SF19

© Primavera Systems, Inc.

Ex. 1, p. 21 of 56

| Activity ID | Activity Description | Orig Dur | Rem Dur | % | Early Start | Early Finish |
|---|---|---|---|---|---|---|
| 4030 | START MASONRY - AREA 4 | 0 | 0 | 100 | 07SEP04A | |
| 4035 | MASONRY INT & EXT WALLS - AREA 4 | 4 | 0 | 100 | 27AUG04A | 28SEP04A |
| 4155 | INSTALL SPRINKLER ROUGH IN - AREA 4 | 15 | 0 | 100 | 08SEP04A | 07MAR05A |
| 4055 | ERECT STEEL COLUMNS - AREA 4 | 3 | 0 | 100 | 11SEP04A | 14SEP04A |
| 4065 | ERECT STEEL TRUSSES - AREA 4 | 2 | 0 | 100 | 15SEP04A | 16SEP04A |
| 4075 | ERECT STEEL DECK - AREA 4 | 2 | 0 | 100 | 17SEP04A | 18SEP04A |
| 4130 | INTERIOR ELEC ROUGH IN - AREA 4 | 10 | 0 | 100 | 20SEP04A | 15MAR05A |
| 4090 | RI DRAINS AND LEADERS - AREA 4 | 3 | 0 | 100 | 01NOV04A | 18APR05A |
| 4080 | INSTALL LIGHT GAGE ROOF FRAMING - AREA 4 | 5 | 0 | 100 | 02NOV04A | 07MAR05A |
| 4095 | INSTALL BUILT UP ROOF - AREA 4 | 5 | 0 | 100 | 05NOV04A | 19APR05A |
| 4145 | INSTALL EXTERIOR FRAMING - AREA 4 | 10 | 0 | 100 | 07DEC04A | 17MAR05A |
| 4085 | INSTALL MTL ROOF AND SLEEPERS - AREA 4 | 5 | 0 | 100 | 11DEC04A | 16APR05A |
| 4105 | INSTALL EXT WALL INSULATION BOARD - AREA 4 | 3 | 0 | 100 | 13DEC04A | 08MAR05A |
| 4120 | INSTALL INTERIOR FRAMING - AREA 4 | 17 | 0 | 100 | 03JAN05A | 10MAR05A |
| 4180 | SOFFIT INSULATION AT MANSARD - AREA 4 | 2 | 0 | 100 | 04JAN05A | 04MAY05A |
| 4175 | INSTALL INTERIOR SOFFIT FRAMING - AREA 4 | 10 | 0 | 100 | 13JAN05A | 04MAY05A |
| 4165 | OVERHEAD MECHANICAL ROUGHIN - AREA 4 | 25 | 0 | 100 | 19JAN05A | 16MAR05A |
| 4125 | SET DOOR FRAMES - AREA 4 | 5 | 0 | 100 | 26JAN05A | 31MAR05A |
| 4135 | INTERIOR WALL MECH ROUGH IN - AREA 4 | 10 | 0 | 100 | 01FEB05A | 28MAR05A |
| 4140 | MECHANICAL CONTROLS ROUGH IN - AREA 4 | 15 | 0 | 100 | 01FEB05A | 01MAR05A |
| 4170 | OVERHEAD ELECTRICAL ROUGH IN - AREA 4 | 25 | 0 | 100 | 01FEB05A | 22MAR05A |
| 4100 | INSTALL FLASHING - AREA 4 | 3 | 0 | 100 | 14MAR05A | 21APR05A |
| 4110 | INSTALL EXTERIOR BATT AND VAPR BRRER - AREA 4 | 5 | 0 | 100 | 17MAR05A | 30MAR05A |
| 4115 | INSTALL EXTERIOR WALL GWB - AREA 4 | 15 | 0 | 100 | 07APR05A | 28APR05A |
| 4150 | INTERIOR GWB ON WALLS - AREA 4 | 15 | 0 | 100 | 07APR05A | 09MAY05A |
| 4185 | SOFFIT GWB - AREA 4 | 5 | 0 | 100 | 07APR05A | 11MAY05A |
| 4210 | AC CEILING - AREA 4 | 10 | 0 | 100 | 21APR05A | 23MAY05A |
| 4190 | PAINT - AREA 4 | 10 | 0 | 100 | 26APR05A | 06MAY05A |
| 4160 | INSTALL EXT DOORS & WINDOWS - AREA 4 | 5 | 0 | 100 | 11MAY05A | 16JUL05A |
| 4215 | GLASS - AREA 4 | 1 | 0 | 100 | 24MAY05A | 24MAY05A |
| 4230 | INTERIOR ELEC FINISHES - AREA 4 | 10 | 0 | 100 | 24MAY05A | 29AUG05A |
| 4235 | INTERIOR MECH FINISHES (NOT CONTROLS) - AREA 4 | 10 | 0 | 100 | 24MAY05A | 29AUG05A |
| 4225 | INSTALL DOOR HARDWARE - AREA 4 | 10 | 0 | 100 | 16JUN05A | 19JUL05A |
| 4195 | INSTALL COMMS FOR ALL AREAS (FINISH IN AUG) | 40 | 0 | 100 | 20JUN05A | 31AUG05A |
| 4200 | CABINETRY CASEWORK - AREA 4 | 6 | 0 | 100 | 07JUL05A | 22JUL05A |
| 4255 | INTERIOR FLOOR FINISHES - AREA 4 | 15 | 0 | 100 | 13JUL05A | 26AUG05A |
| 4260 | TEST & BALANCE - AREA 4 | 9 | 0 | 100 | 08AUG05A | 22AUG05A |
| 4265 | CLEAN UP - AREA 4 | 5 | 0 | 100 | 25AUG05A | 29AUG05A |

Start Date: 27FEB04
Finish Date: 31JUL06
Data Date: 22JAN06
Run Date: 17FEB06 16:02

STRANDHUNT CONSTRUCTION
AS BUILT SCHEDULE
Classic Schedule Layout
Sheet 9 of 11
SF19

Ex. 1, p. 22 of 56

© Primavera Systems, Inc.

| Activity ID | Activity Description | Orig Dur | Rem Dur | % | Early Start | Early Finish |
|---|---|---|---|---|---|---|
| **FIFTH AREA OF CONSTRUCTION** | | | | | | |
| 5000 | EXCAVATE FOOTINGS - AREA 5 | 5 | 0 | 100 | 07AUG04A | 12AUG04A |
| 5005 | INSTALL GROUND GRID - AREA 5 | 3 | 0 | 100 | 13SEP04A | 16SEP04A |
| 5010 | FORM THICKENED EDGE AT PERIMETER - AREA 5 | 3 | 0 | 100 | 13SEP04A | 16SEP04A |
| 5015 | PLACE REBAR AT PERIMETER - AREA 5 | 2 | 0 | 100 | 17SEP04A | 18SEP04A |
| 5020 | POUR AND STRIP AT PERIMETER - AREA 5 | 3 | 0 | 100 | 20SEP04A | 21SEP04A |
| 5025 | INSTALL INSULATION AT PERIMETER - AREA 5 | 4 | 0 | 100 | 22SEP04A | 23SEP04A |
| 5030 | START MASONRY - AREA 5 | 0 | 0 | 100 | 24SEP04A | |
| 5045 | FORM SLAB IN GRADE - AREA 5 | 3 | 0 | 100 | 24SEP04A | 25SEP04A |
| 5050 | IN SLAB RI MECH/ELEC - AREA 5 | 3 | 0 | 100 | 24SEP04A | 25SEP04A |
| 5035 | MASONRY INT & EXT WALLS - AREA 5 | 3 | 0 | 100 | 08NOV04A | 15DEC04A |
| 5040 | BACKFILL EDGE AT - AREA 5 | 3 | 0 | 100 | 27SEP04A | 28SEP04A |
| 5055 | ERECT STEEL COLUMNS - AREA 5 | 3 | 0 | 100 | 27SEP04A | 28SEP04A |
| 5060 | PLACE REBAR SLAB ON GRADE - AREA 5 | 3 | 0 | 100 | 27SEP04A | 28SEP04A |
| 5065 | ERECT STEEL TRUSSES - AREA 5 | 2 | 0 | 100 | 28SEP04A | 29SEP04A |
| 5070 | POUR AND STRIP SLAB ON GRADE - AREA 5 | 3 | 0 | 100 | 29SEP04A | 29SEP04A |
| 5075 | ERECT STEEL DECK - AREA 5 | 2 | 0 | 100 | 30SEP04A | 30SEP04A |
| 5155 | INSTALL SPRINKLER ROUGH IN - AREA 5 | 15 | 0 | 100 | 30SEP04A | 29APR05A |
| P0003 | CONSTANT AIR VOLUME MODIFICATION | 1 | 0 | 100 | 30NOV04A | 26FEB05A |
| 1150 | INSTALL GENERATOR DELAYED BY FINAL INSPECTION | 5 | 0 | 100 | 04JAN05A | 12JAN06A |
| 5080 | INSTALL LIGHT GAGE ROOF FRAMING - AREA 5 | 5 | 0 | 100 | 14JAN05A | 09MAR05A |
| 5105 | INSTALL EXT WALL INSULATION BOARD - AREA 5 | 3 | 0 | 100 | 19JAN05A | 31MAR05A |
| 5145 | INSTALL EXTERIOR WALL FRAMING - AREA 5 | 10 | 0 | 100 | 01FEB05A | 31MAR05A |
| 5165 | OVERHEAD MECHANICAL ROUGHIN - AREA 5 | 25 | 0 | 100 | 01FEB05A | 19JUL05A |
| P00014 | CONSTANT AIR VOLUME MODIFICATION PRT 2 | 1 | 0 | 100 | 26FEB05A | 26FEB05A |
| 5085 | INSTALL MTL ROOF AND SLEEPERS - AREA 5 | 5 | 0 | 100 | 07MAR05A | 18APR05A |
| 5100 | INSTALL FLASHING - AREA 5 | 3 | 0 | 100 | 07MAR05A | 20APR05A |
| 5120 | INSTALL INTERIOR FRAMING - AREA 5 | 5 | 0 | 100 | 07MAR05A | 01APR05A |
| 5175 | INSTALL INTERIOR SOFFIT FRAMING - AREA 5 | 10 | 0 | 100 | 08MAR05A | 11MAY05A |
| 5110 | INSTALL EXTERIOR BATT AND VPR BARRER - AREA 5 | 3 | 0 | 100 | 16MAR05A | 04APR05A |
| 5125 | SET DOOR FRAMES - AREA 5 | 5 | 0 | 100 | 22MAR05A | 12APR05A |
| 5140 | MECHANICAL CONTROLS ROUGH IN - AREA 5 | 25 | 0 | 100 | 30MAR05A | 19APR05A |
| 5115 | INSTALL EXTERIOR WALL GWB - AREA 5 | 5 | 0 | 100 | 01APR05A | 15JUL05A |
| 5130 | INTERIOR WALL ELEC ROUGH IN - AREA 5 | 5 | 0 | 100 | 01APR05A | 11APR05A |
| 5150 | INTERIOR GWB ON WALLS - AREA 5 | 20 | 0 | 100 | 01APR05A | 26APR05A |
| 5185 | SOFFIT GWB - AREA 5 | 5 | 0 | 100 | 01APR05A | 26APR05A |
| 5135 | INTERIOR WALL MECH ROUGH IN - AREA 5 | 5 | 0 | 100 | 04APR05A | 13JUN05A |
| 5090 | RI DRAINS AND LEADERS - AREA 5 | 3 | 0 | 100 | 07APR05A | 20APR05A |

Start Date: 27FEB04
Finish Date: 31JUL06
Data Date: 22JAN06
Run Date: 17FEB06 16:02

STRANDHUNT CONSTRUCTION
AS BUILT SCHEDULE
Classic Schedule Layout

Sheet 10 of 11

© Primavera Systems, Inc.

Ex. 1, p. 23 of 56

| Activity ID | Activity Description | Orig Dur | Rem Dur | % | Early Start | Early Finish |
|---|---|---|---|---|---|---|
| 5170 | OVERHEAD ELECTRICAL ROUGH IN - AREA 5 | 15 | 0 | 100 | 13APR05A | 06MAY05A |
| 5190 | PAINT - AREA 5 | 6 | 0 | 100 | 27APR05A | 19AUG05A |
| 1220 | INSTALL AHU - AREA 5 | 5 | 0 | 100 | 11MAY05A | 17JUN05A |
| 1230 | INSTALL AIR COMPRESSOR - AREA 5 | 5 | 0 | 100 | 11MAY05A | 16MAY05A |
| 5160 | INSTALL EXT DOORS & WINDOWS - AREA 5 | 5 | 0 | 100 | 11MAY05A | 16JUL05A |
| 5230 | INTERIOR ELEC FINISHES - AREA 5 | 20 | 0 | 100 | 24MAY05A | 29AUG05A |
| 5235 | INTERIOR MECH FINISHES - AREA 5 | 7 | 0 | 100 | 24MAY05A | 29AUG05A |
| 5200 | INSTALL CONCRETE SEALER- AREA 5 | 2 | 0 | 100 | 05JUL05A | 16JUL05A |
| 5225 | CONTROLS START UP AND CHECK OUT ALL AREAS | 8 | 0 | 100 | 05JUL05A | 22AUG05A |
| 5180 | SOFFIT INSULATION AT MANSARD - AREA 5 | 5 | 0 | 100 | 12JUL05A | 12JUL05A |
| 5255 | FRAME IN OPENING - AREA 5 | 2 | 0 | 100 | 14JUL05A | 16JUL05A |
| 5210 | INSTALL EXTERIOR LOUVERS- AREA 5 | 2 | 0 | 100 | 15JUL05A | 19AUG05A |
| 5260 | TEST & BALANCE - ALL AREAS | 10 | 0 | 100 | 08AUG05A | 23AUG05A |
| 5215 | INSTALL STEEL HANDRAILS - AREA 5 | 3 | 0 | 100 | 18AUG05A | 31AUG05A |
| 5265 | CLEAN UP - AREA 5 | 2 | 0 | 100 | 21AUG05A | 22AUG05A |

Start Date: 27FEB04
Finish Date: 31JUL06
Data Date: 22JAN06
Run Date: 17FEB06 16:02

STRANDHUNT CONSTRUCTION
AS BUILT SCHEDULE
Classic Schedule Layout
Sheet 11 of 11

Early Bar / Float Bar / Progress Bar / Critical Activity

Ex. 1, p. 24 of 56

© Primavera Systems, Inc.

| Activity ID | Activity Description | Orig Dur | Rem Dur | Early Start | Early Finish |
|---|---|---|---|---|---|
| PROJECT | | | | | |
| 100 | PROJECT AWARD | 0 | 0 | 27FEB04A | |
| 110 | NOTICE TO PROCEED | 0 | 0 | 03MAR04A | |
| 350 | PREPARE O&M MANUALS | 250 | 170 | 03MAR04A | 04FEB05 |
| 410 | PREPARE ASBUILTS | 250 | 170 | 03MAR04A | 04FEB05 |
| 320 | SUBMIT 4288 FORM | 30 | 30 | 15JUL04 | 18AUG04 |
| 450 | SUBMIT AND APPROVE MECH/ELEC LAYOUT DRAWINGS | 10 | 10 | 27JUL04 | 06AUG04 |
| 470 | SUBMIT AND APPROVE 1354 DATA | 30 | 30 | 27JUL04 | 30AUG04 |
| 480 | SUBMIT AND APPROVE INSTALLED EQUIPMENT LIST | 30 | 30 | 27JUL04 | 30AUG04 |
| 850 | SUBMIT AND APPROVE TESTING AND AIR BALANCING | 30 | 30 | 27JUL04 | 30AUG04 |
| 910 | SUBMIT TAB SPECIALIST REVIEW REPORT | 30 | 30 | 27JUL04 | 30AUG04 |
| 1310 | SUBMIT AND APPROVE FIRE PROTECTION SPECIALIST | 30 | 30 | 27JUL04 | 30AUG04 |
| 1320 | SUBMIT AND APPROVE TESTING AND BALANCE OF HVAC | 30 | 30 | 27JUL04 | 30AUG04 |
| 1330 | SUBMIT AND APPROVE COMMISSIONING PLANS | 30 | 30 | 27JUL04 | 30AUG04 |
| 1360 | CONTROLS TESTING PLAN | 30 | 30 | 27JUL04 | 30AUG04 |
| 340 | GOV REVIEW 4288 FORM | 30 | 30 | 19AUG04 | 22SEP04 |
| 1250 | DESIGN COMPLETION | 0 | 0 | | 29SEP04 |
| 1260 | BUILDING 100% CLOSED IN | 0 | 0 | | 08OCT04 |
| 360 | GOV REVIEW O&M MANUALS | 30 | 30 | 05FEB05 | 11MAR05 |
| 420 | GOVERNMENT REVIEW AS-BUILTS | 30 | 30 | 05FEB05 | 11MAR05 |
| 1380 | PREFINAL INSPECTION | 2 | 2 | 01MAR05 | 02MAR05 |
| 490 | GOVERNMENT TRAINING | 5 | 5 | 01MAR05 | 05MAR05 |
| 1340 | AIR AND WATER BALANCING | 10 | 10 | 01MAR05 | 11MAR05 |
| 1350 | HVAC COMMISSIONING | 10 | 10 | 01MAR05 | 11MAR05 |
| 1390 | CORRECTION OF PUNCHLIST FROM PREFINAL | 10 | 10 | 03MAR05 | 14MAR05 |
| 1050 | ELECTRICAL TESTING | 10 | 10 | 18MAR05 | 29MAR05 |
| 1370 | PERFORMANCE VERIFICATION TESTING | 10 | 10 | 30MAR05 | 09APR05 |
| 370 | CONSTRUCTION COMPLETE | 0 | 0 | | 05APR05 |
| 330 | PROJECT COMPLETION | 0 | 0 | | 09APR05 |
| 400 | TURNOVER PROJECT | 0 | 0 | | 09APR05 |
| EARLY REVIEW PACKAGE | | | | | |
| 290 | SUBMIT EARLY REVIEW PACKAGE | 0 | 0 | | 03MAR04A |
| 440 | GOVERNMENT EARLY REVIEW CIVIL/STRUCUTRAL | 10 | 0 | 04MAR04A | 12MAR04A |
| 500 | EARLY REVIEW MEETING | 1 | 0 | 16MAR04A | 16MAR04A |
| 65% DESIGN PACKAGE | | | | | |
| 140 | 65% DRAFT SPECIFICATION | 24 | 0 | 04MAR04A | 30APR04A |
| 150 | 65% DRAFT DRAWINGS | 24 | 0 | 04MAR04A | 30APR04A |
| 160 | SUBMIT 65% REVIEW PACKAGE | 0 | 0 | 30APR04A | |
| 170 | GOVERNMENT REVIEW 65% SUBMITTAL | 15 | 0 | 03MAY04A | 19MAY04A |
| 180 | 65% REVIEW MEETING | 1 | 0 | 21MAY04A | 21MAY04A |
| 95% DESIGN PACKAGE | | | | | |
| 190 | 95% DRAFT SPECIFICATION | 32 | 0 | 24MAY04A | 29JUN04A |

Strand Hunt Construction
12900 NE 180th Street, Suite 220
Bothell, Washington 98011-5773

Security Forces Complex
Eielson AFB, Alaska

Baseline Schedule

Start Date 01MAR04
Finish Date 09APR05
Data Date 15JUL04
Run Date 16FEB06 17:33

© Primavera Systems, Inc.

Sheet 1 of 8

Ex. 1, p. 25 of 56

(AS-PLANNED) 37 Work Day Schedule

| Activity ID | Activity Description | Orig Dur | Rem Dur | Early Start | Early Finish |
|---|---|---|---|---|---|
| **95% DESIGN PACKAGE** | | | | | |
| 200 | 95% DESIGN DRAWINGS | 15 | 0 | 24MAY04A | 29JUN04A |
| P0004 | ANG MOBILITY SUPPLY DESIGN | 1 | 0 | 24MAY04A | 29JUN04A |
| 210 | SUBMIT 95% DESIGN PACKAGE | 0 | 0 | | 29JUN04A |
| 220 | GOVERNMENT REVIEW 95% SUBMITTAL | 14 | 12 | 30JUN04A | 28JUL04 |
| 230 | 95% REVIEW MEETING | 0 | 0 | 11AUG04* | |
| **100% DESIGN PACKAGE** | | | | | |
| 240 | 100% DRAFT SPECIFICATION | 20 | 20 | 12AUG04 | 03SEP04 |
| 250 | 100% DESIGN DRAWINGS | 20 | 20 | 12AUG04 | 03SEP04 |
| 260 | SUBMIT 100% DESIGN PACKAGE | 0 | 0 | | 03SEP04 |
| 270 | GOVERNMENT REVIEW 100% SUBMITTAL | 15 | 15 | 04SEP04 | 21SEP04 |
| 280 | 100% REVIEW MEETING | 0 | 0 | 29SEP04* | |
| 1240 | 100% FINAL PICK UPS | 1 | 1 | 29SEP04 | 29SEP04 |
| **CIVIL** | | | | | |
| 310 | BREAK GROUND | 0 | 0 | 24MAY04A | |
| 430 | CAP OFF EXISTING UTILITIES AND MAKE SAFE | 3 | 0 | 24MAY04A | 25MAY04A |
| 460 | CLEAR AND GRUB | 3 | 0 | 24MAY04A | 28MAY04A |
| 760 | EXCAVATION OF UNSUITABLES | 10 | 0 | 28MAY04A | 11JUN04A |
| 610 | FILL AT SITE | 10 | 0 | 11JUN04A | 28JUN04A |
| 680 | NEW TOPSOIL | 4 | 4 | 15JUL04 | 19JUL04 |
| 630 | RUN NEW UTLIDOR FOR UTILITIES | 20 | 20 | 15JUL04 | 06AUG04 |
| 650 | RUN NEW ELECTRICAL SERVICE | 20 | 20 | 15JUL04 | 06AUG04 |
| 640 | INSTALL NEW MANHOLE | 2 | 2 | 07AUG04 | 09AUG04 |
| 685 | DUCTBANK TO MH #2-4 | 5 | 5 | 07AUG04 | 12AUG04 |
| 690 | DUCTBANK TO MH #4-4 | 10 | 10 | 11JUN04A | 28JUN04A |
| 695 | DUCTBANK TO BLDG 3180 | 5 | 5 | 13AUG04 | 18AUG04 |
| 698 | FIBER OPTIC TO BLDG 3180 & 3112 | 5 | 5 | 19AUG04 | 24AUG04 |
| 520 | GRADE PARKING | 5 | 5 | 25AUG04 | 30AUG04 |
| 530 | FIRST LIFT CRUSHED ROCK | 3 | 3 | 26AUG04 | 28AUG04 |
| 540 | SECOND LIFT CRUSHED ROCK | 2 | 2 | 30AUG04 | 31AUG04 |
| 550 | ASPHALT | 2 | 2 | 01SEP04 | 02SEP04 |
| 570 | SITE MARKING | 2 | 2 | 03SEP04 | 04SEP04 |
| 560 | SITE FENCING | 2 | 2 | 03SEP04 | 04SEP04 |
| 580 | SITE LIGHTING | 3 | 3 | 03SEP04 | 06SEP04 |
| 590 | SITE CONCRETE WORK | 5 | 5 | 03SEP04 | 08SEP04 |
| 620 | DUMPSTER ENCLOSURE | 5 | 5 | 03SEP04 | 08SEP04 |
| 660 | GRADE LANDSCAPE AREAS | 5 | 5 | 06SEP04 | 10SEP04 |
| 670 | SEED LANDSCAPE AREAS FOR FALL | 3 | 3 | 08SEP04* | 10SEP04 |
| 600 | SITE COMPLETE | 2 | 2 | 11SEP04 | 13SEP04 |
| | | 0 | 0 | | 13SEP04 |
| **FIRST AREA OF CONSTRUCTION** | | | | | |
| 510 | START STRUCTURAL WORK - AREA 1 | 0 | 0 | 28JUN04A | |
| 700 | EXCAVATE FOOTINGS - AREA 1 | 4 | 0 | 28JUN04A | 01JUL04A |
| 770 | IN SLAB RI MECH/ELEC - AREA 1 | 5 | 0 | 28JUN04A | 14JUL04A |
| 710 | FORM THICKENED EDGE AT SLAB - AREA 1 | 10 | 10 | 28JUN04A | 16JUL04 |
| 752 | FORM SLAB IN GRADE - AREA 1 | 3 | 2 | 28JUN04A | 16JUL04 |
| 720 | PLACE REBAR AT FOOTINGS - AREA 1 | 6 | 2 | 06JUL04A | 16JUL04 |
| 780 | PLACE REBAR SLAB ON GRADE - AREA 1 | 6 | 2 | 06JUL04A | 16JUL04 |
| 1130 | SUBMIT TRANSFORMER | 1 | 1 | 15JUL04 | 15JUL04 |
| 1160 | SUBMIT GENERATOR | 1 | 1 | 15JUL04 | 15JUL04 |

Ex. 1, p. 26 of 56   Sheet 2 of 8

| Activity ID | Activity Description | Orig. Dur | Rem Dur | Early Start | Early Finish |
|---|---|---|---|---|---|
| | FIRST AREA OF CONSTRUCTION | | | | |
| 1180 | SUBMIT AHU'S | 1 | 1 | 15JUL04 | 15JUL04 |
| 1190 | SUBMIT AIR COMPRESSOR | 1 | 1 | 15JUL04 | 15JUL04 |
| 1110 | INSTALL GROUND GRID - AREA 1 | 8 | 8 | 15JUL04 | 23JUL04 |
| 1140 | PROCURE TRANSFORMER | 90 | 90 | 16JUL04 | 28OCT04 |
| 1170 | PROCURE GENERATOR | 90 | 90 | 16JUL04 | 28OCT04 |
| 1200 | PROCURE AHU'S | 90 | 90 | 16JUL04 | 28OCT04 |
| 1210 | PROCURE AIR COMPRESSOR | 90 | 90 | 16JUL04 | 28OCT04 |
| 730 | POUR AND STRIP FOOTINGS - AREA 1 | 4 | 4 | 20JUL04 | 23JUL04 |
| 790 | POUR AND STRIP SLAB ON GRADE - AREA 1 | 4 | 4 | 20JUL04 | 23JUL04 |
| 740 | INSTALL INSULATION - AREA 1 | 5 | 5 | 20JUL04 | 24JUL04 |
| 750 | BACKFILL EDGE AT FOOTINGS - AREA 1 | 3 | 3 | 22JUL04 | 24JUL04 |
| 800 | START MASONRY - AREA 1 | 0 | 0 | 27JUL04 | |
| 810 | MASONRY EXTERIOR & INTERIOR - AREA 1 | 13 | 13 | 27JUL04 | 10AUG04 |
| 820 | ERECT STEEL COLUMNS - AREA 1 | 5 | 5 | 11AUG04 | 16AUG04 |
| 880 | INSTL EXT WALL INSULATION BOARD - AREA 1 | 10 | 10 | 11AUG04 | 21AUG04 |
| 830 | ERECT STEEL TRUSSES - AREA 1 | 8 | 8 | 17AUG04 | 25AUG04 |
| 900 | INSTALL EXTERIOR FRAMING - AREA 1 | 20 | 20 | 23AUG04 | 14SEP04 |
| 840 | ERECT STEEL DECK - AREA 1 | 5 | 5 | 26AUG04 | 31AUG04 |
| 1270 | INSTL LIGHT GAGE ROOF FRAMING - AREA 1 | 5 | 5 | 01SEP04 | 06SEP04 |
| 860 | RI DRAINS AND LEADERS - AREA 1 | 3 | 3 | 15SEP04 | 17SEP04 |
| 920 | INSTALL EXTERIOR INSULATION - AREA 1 | 5 | 5 | 15SEP04 | 20SEP04 |
| 1100 | ROUGH IN SPRINKLER - AREA 1 | 10 | 10 | 15SEP04 | 25SEP04 |
| 990 | OVERHEAD ELECTRICAL ROUGH IN - AREA 1 | 15 | 15 | 15SEP04 | 01OCT04 |
| 870 | INSTALL BUILT UP ROOF - AREA 1 | 8 | 8 | 18SEP04 | 27SEP04 |
| 970 | SET DOOR FRAMES - AREA 1 | 5 | 5 | 21SEP04 | 25SEP04 |
| 930 | INSTALL EXTERIOR WALL GWB - AREA 1 | 20 | 20 | 21SEP04 | 13OCT04 |
| 890 | INSTALL FLASHING - AREA 1 | 3 | 3 | 28SEP04 | 30SEP04 |
| 892 | INSTALL EXT WALL INSULATION BOARD - AREA 1 | 3 | 3 | 01OCT04 | 04OCT04 |
| 940 | INSTL INTERIOR FRAMING AT SOFFIT - AREA 1 | 15 | 15 | 02OCT04 | 19OCT04 |
| 1090 | INSTL INT FRAMING OF WALLS - AREA 1 | 20 | 20 | 05OCT04 | 27OCT04 |
| 902 | INSTALL EXT DOORS & WINDOWS - AREA 1 | 5 | 5 | 14OCT04 | 19OCT04 |
| 942 | INSTALL INTERIOR FRAMING - AREA 1 | 16 | 16 | 14OCT04 | 01NOV04 |
| 950 | INTERIOR WALL ELEC ROUGH IN - AREA 1 | 15 | 15 | 26OCT04 | 11NOV04 |
| 980 | INTERIOR WALL MECH ROUGH IN - AREA 1 | 15 | 15 | 26OCT04 | 11NOV04 |
| 1065 | MECHANICAL CONTROLS - AREA 1 | 15 | 15 | 02NOV04 | 18NOV04 |
| 1010 | OVERHEAD MECH ROUGHIN - AREA 1 | 20 | 20 | 04NOV04 | 29NOV04 |
| 960 | INTERIOR GWB ON WALLS - AREA 1 | 20 | 20 | 12NOV04 | 07DEC04 |
| 1000 | SOFFIT INSULATION AT MANSARD - AREA 1 | 10 | 10 | 30NOV04 | 10DEC04 |
| 1280 | OVERHEAD DOORS - AREA 1 | 4 | 4 | 08DEC04 | 11DEC04 |
| 1020 | SOFFIT GWB - AREA 1 | 15 | 15 | 11DEC04 | 01JAN05 |
| 1030 | PAINT - AREA 1 | 15 | 15 | 03JAN05 | 19JAN05 |
| 1080 | CABINETRY CASEWORK - AREA 1 | 5 | 5 | 20JAN05 | 25JAN05 |
| 1290 | MISC FINISHES - AREA 1 | 5 | 5 | 20JAN05 | 25JAN05 |
| 1285 | AC CEILING - AREA 1 | 10 | 10 | 20JAN05 | 31JAN05 |
| 1275 | INSTALL CEILING FANS - AREA 1 | 6 | 6 | 01FEB05 | 07FEB05 |
| 1040 | INTERIOR ELECTRICAL FINISHES - AREA 1 | 10 | 10 | 01FEB05 | 11FEB05 |
| 1060 | INTERIOR MECH FINISHES - AREA 1 | 10 | 10 | 01FEB05 | 11FEB05 |
| 1070 | INTERIOR FLOOR FINISHES - AREA 1 | 10 | 10 | 12FEB05 | 23FEB05 |
| 1300 | CLEAN UP - AREA 1 | 5 | 5 | 24FEB05 | 01MAR05 |

| Activity ID | Activity Description | Orig Dur | Rem Dur | Early Start | Early Finish |
|---|---|---|---|---|---|
| | SECOND AREA OF CONSTRUCTION | | | | |
| 2020 | EXCAVATE FOOTINGS - AREA 2 | 5 | 5 | 15JUL04 | 20JUL04 |
| 2030 | FORM FOOTINGS AT SLAB - AREA 2 | 3 | 3 | 21JUL04 | 23JUL04 |
| 2080 | FORM SLAB IN GRADE - AREA 2 | 3 | 3 | 21JUL04 | 23JUL04 |
| 2090 | IN SLAB RI MECH/ELEC - AREA 2 | 3 | 3 | 21JUL04 | 23JUL04 |
| 2410 | INSTALL GROUND GRID - AREA 2 | 5 | 5 | 21JUL04 | 26JUL04 |
| 2040 | PLACE REBAR AT FOOTINGS - AREA 2 | 3 | 3 | 24JUL04 | 27JUL04 |
| 2100 | PLACE REBAR SLAB ON GRADE - AREA 2 | 3 | 3 | 24JUL04 | 27JUL04 |
| 2050 | POUR AND STRIP AT FOOTINGS - AREA 2 | 3 | 3 | 30JUL04 | 02AUG04 |
| 2110 | POUR AND STRIP SLAB ON GRADE - AREA 2 | 3 | 3 | 30JUL04 | 02AUG04 |
| 2060 | INSTALL INSULATION - AREA 2 | 4 | 4 | 03AUG04 | 06AUG04 |
| 2070 | BACKFILL EDGE AT - AREA 2 | 3 | 3 | 07AUG04 | 10AUG04 |
| 2120 | START MASONRY - AREA 2 | 0 | 0 | 01AUG04 | |
| 2130 | MASONRY INTERIOR & EXTERIOR WALLS - AREA 2 | 13 | 13 | 11AUG04 | 25AUG04 |
| 2140 | ERECT STEEL COLUMNS - AREA 2 | 3 | 3 | 26AUG04 | 28AUG04 |
| 2200 | INSTL EXT WALL INSULATION BOARD - AREA 2 | 3 | 3 | 26AUG04 | 28AUG04 |
| 2150 | ERECT STEEL TRUSSES - AREA 2 | 2 | 2 | 30AUG04 | 31AUG04 |
| 2160 | ERECT STEEL DECK - AREA 2 | 2 | 2 | 01SEP04 | 02SEP04 |
| 2420 | INSTALL LIGHT GAGE ROOF FRAMING - AREA 2 | 5 | 5 | 03SEP04 | 08SEP04 |
| 2170 | INSTALL MTL ROOF & SLEEPERS - AREA 2 | 10 | 10 | 09SEP04 | 20SEP04 |
| 2000 | INSTALL FLASHING - AREA 2 | 3 | 3 | 21SEP04 | 23SEP04 |
| 2180 | RI DRAINS AND LEADERS - AREA 2 | 3 | 3 | 21SEP04 | 23SEP04 |
| 2210 | INSTALL EXTERIOR FRAMING - AREA 2 | 20 | 20 | 24SEP04 | 16OCT04 |
| 2230 | INSTALL EXTERIOR INSULATION - AREA 2 | 5 | 5 | 18OCT04 | 22OCT04 |
| 2390 | INSTALL SPRINKLER - AREA 2 | 10 | 10 | 18OCT04 | 28OCT04 |
| 2270 | OVERHEAD ELECTRICAL ROUGH IN - AREA 2 | 15 | 15 | 18OCT04 | 03NOV04 |
| 2280 | OVERHEAD MECHANICAL ROUGHIN - AREA 2 | 15 | 15 | 18OCT04 | 03NOV04 |
| 2240 | INSTALL EXTERIOR WALL GWB - AREA 2 | 20 | 20 | 23OCT04 | 15NOV04 |
| 1120 | INSTALL TRANSFORMER - AREA 2 | 5 | 5 | 29OCT04 | 03NOV04 |
| 2400 | INSTALL INTERIOR SOFFIT FRAMING - AREA 2 | 20 | 20 | 29OCT04 | 20NOV04 |
| 2220 | INSTL EXTERIOR DOORS & WINDOWS - AREA 2 | 5 | 5 | 16NOV04 | 20NOV04 |
| 2250 | INSTALL INTERIOR FRAMING - AREA 2 | 15 | 15 | 16NOV04 | 04DEC04 |
| 2320 | SOFFIT INSULATION AT MANSARD - AREA 2 | 2 | 2 | 22NOV04 | 23NOV04 |
| 2330 | SOFFIT GWB - AREA 2 | 15 | 15 | 24NOV04 | 13DEC04 |
| 2290 | SET DOOR FRAMES - AREA 2 | 5 | 5 | 06DEC04 | 10DEC04 |
| 2260 | INTERIOR ELEC ROUGH IN - AREA 2 | 15 | 15 | 06DEC04 | 22DEC04 |
| 2300 | INTERIOR WALL MECH ROUGH IN - AREA 2 | 15 | 15 | 06DEC04 | 22DEC04 |
| 2365 | MECHANICAL CONTROLS - AREA 2 | 15 | 15 | 06DEC04 | 22DEC04 |
| 2310 | INTERIOR GWB ON WALLS - AREA 2 | 20 | 20 | 25DEC04 | 19JAN05 |
| 2340 | PAINT - AREA 2 | 15 | 15 | 20JAN05 | 05FEB05 |
| 2380 | CABINETRY CASEWORK - AREA 2 | 5 | 5 | 07FEB05 | 11FEB05 |
| 2350 | INTERIOR ELEC FINISHES - AREA 2 | 10 | 10 | 07FEB05 | 17FEB05 |
| 2360 | INTERIOR MECH FINISHES - AREA 2 | 10 | 10 | 07FEB05 | 17FEB05 |
| 2435 | AC CEILING - AREA 2 | 10 | 10 | 07FEB05 | 17FEB05 |
| 2430 | CERAMIC TILE - AREA 2 | 18 | 18 | 07FEB05 | 26FEB05 |
| 2425 | INSTALL CEILING FANS - AREA 2 | 6 | 6 | 18FEB05 | 24FEB05 |
| 2370 | INTERIOR FLOOR FINISHES - AREA 2 | 10 | 10 | 18FEB05 | 01MAR05 |
| 2440 | TOILET PARTITIONS & ACCESSORIES - AREA 2 | 4 | 4 | 28FEB05 | 03MAR05 |
| 2445 | MISC FINISHES - AREA 2 | 5 | 5 | 02MAR05 | 07MAR05 |
| 2500 | CLEAN UP - AREA 2 | 5 | 5 | 08MAR05 | 12MAR05 |

Ex. 1, p. 28 of 56

Sheet 4 of 8

| Activity ID | Activity Description | Orig Dur | Rem Dur | Early Start | Early Finish |
|---|---|---|---|---|---|
| THIRD AREA OF CONSTRUCTION | | | | | |
| 3000 | EXCAVATE FOOTINGS - AREA 3 | 5 | 5 | 21JUL04 | 26JUL04 |
| 3080 | IN SLAB RI MECH/ELEC - AREA 3 | 2 | 2 | 27JUL04 | 28JUL04 |
| 3010 | INSTALL GROUND GRID - AREA 3 | 3 | 3 | 27JUL04 | 29JUL04 |
| 3020 | FORM FOOTINGS - AREA 3 | 3 | 3 | 27JUL04 | 29JUL04 |
| 3070 | FORM SLAB IN GRADE - AREA 3 | 3 | 3 | 27JUL04 | 29JUL04 |
| 3090 | PLACE REBAR SLAB ON GRADE - AREA 3 | 3 | 3 | 29JUL04 | 31JUL04 |
| 3030 | PLACE REBAR AT FOOTINGS - AREA 3 | 2 | 2 | 30JUL04 | 31JUL04 |
| 3040 | POUR AND STRIP AT FOOTINGS - AREA 3 | 3 | 3 | 10AUG04 | 12AUG04 |
| 3100 | POUR AND STRIP SLAB ON GRADE - AREA 3 | 3 | 3 | 10AUG04 | 12AUG04 |
| 3050 | INSTALL INSULATION AT PERIMETER - AREA 3 | 4 | 4 | 13AUG04 | 17AUG04 |
| 3060 | BACKFILL FOOTINGS - AREA 3 | 3 | 3 | 18AUG04 | 20AUG04 |
| 3110 | START MASONRY - AREA 3 | 0 | 0 | 26AUG04 | |
| 3120 | MASONRY INT & EXT WALLS - AREA 3 | 4 | 4 | 26AUG04 | 30AUG04 |
| 3130 | ERECT STEEL COLUMNS - AREA 3 | 3 | 3 | 31AUG04 | 02SEP04 |
| 3140 | ERECT STEEL TRUSSES - AREA 3 | 2 | 2 | 03SEP04 | 04SEP04 |
| 3150 | ERECT STEEL DECK - AREA 3 | 2 | 2 | 06SEP04 | 07SEP04 |
| 3160 | INSTALL MTL ROOF AND SLEEPERS - AREA 3 | 5 | 5 | 21SEP04 | 25SEP04 |
| P0001 | DOORS AND DORMA CHANGES | 1 | 1 | 27SEP04 | 27SEP04 |
| P0002 | ROOM CHANGES | 1 | 1 | 27SEP04 | 27SEP04 |
| P0005 | ADD DOORS AND DORMERS | 1 | 1 | 27SEP04 | 27SEP04 |
| 3170 | RI DRAINS AND LEADERS - AREA 3 | 3 | 3 | 27SEP04 | 29SEP04 |
| 3180 | INSTALL BUILT UP ROOF - AREA 3 | 5 | 5 | 30SEP04 | 05OCT04 |
| 3190 | INSTALL FLASHING - AREA 3 | 3 | 3 | 06OCT04 | 08OCT04 |
| 3200 | INSTALL EXT WALL INSULATION BOARD - AREA 3 | 3 | 3 | 09OCT04 | 12OCT04 |
| 3260 | INSTALL EXTERIOR INSULATION - AREA 3 | 5 | 5 | 13OCT04 | 18OCT04 |
| 3280 | INSTALL EXTERIOR WALL GWB - AREA 3 | 10 | 10 | 19OCT04 | 29OCT04 |
| 3310 | INSTALL INTERIOR FRAMING - AREA 3 | 17 | 17 | 30OCT04 | 18NOV04 |
| 3330 | SET DOOR FRAMES - AREA 3 | 5 | 5 | 19NOV04 | 24NOV04 |
| 3320 | INTERIOR ELEC ROUGH IN - AREA 3 | 10 | 10 | 19NOV04 | 02DEC04 |
| 3340 | INTERIOR WALL MECH ROUGH IN - AREA 3 | 10 | 10 | 19NOV04 | 02DEC04 |
| 3385 | MECHANICAL CONTROLS - AREA 3 | 15 | 15 | 19NOV04 | 08DEC04 |
| 3210 | INSTALL EXTERIOR FRAMING - AREA 3 | 20 | 20 | 19NOV04 | 14DEC04 |
| 3350 | INTERIOR GWB ON WALLS - AREA 3 | 20 | 20 | 03DEC04 | 28DEC04 |
| 3250 | INSTALL SPRINKLER - AREA 3 | 15 | 15 | 07DEC04 | 25DEC04 |
| 3220 | INSTALL EXT DOORS & WINDOWS - AREA 3 | 5 | 5 | 15DEC04 | 20DEC04 |
| 3240 | OVERHEAD MECHANICAL ROUGHIN - AREA 3 | 15 | 15 | 15DEC04 | 05JAN05 |
| 3230 | OVERHEAD ELECTRICAL ROUGH IN - AREA 3 | 20 | 20 | 15DEC04 | 11JAN05 |
| 3270 | INSTALL INTERIOR SOFFIT FRAMING - AREA 3 | 20 | 20 | 27DEC04 | 20JAN05 |
| 3290 | SOFFIT INSULATION AT MANSARD - AREA 3 | 2 | 2 | 21JAN05 | 22JAN05 |
| 3300 | SOFFIT GWB - AREA 3 | 15 | 15 | 24JAN05 | 09FEB05 |
| 3360 | PAINT - AREA 3 | 15 | 15 | 10FEB05 | 26FEB05 |
| 3440 | CERAMIC TILE - AREA 3 | 18 | 18 | 22FEB05 | 14MAR05 |
| 3460 | CABINETRY CASEWORK - AREA 3 | 6 | 6 | 28FEB05 | 05MAR05 |
| 3400 | LOCKERS - AREA 3 | 6 | 6 | 28FEB05 | 05MAR05 |
| 3445 | AC CEILING - AREA 3 | 10 | 10 | 28FEB05 | 10MAR05 |
| 3420 | GLASS & GLAZING STOREFRONT - AREA 3 | 1 | 1 | 07MAR05 | 07MAR05 |
| 3480 | INSTALL PALLET RACKS IN AD MOBILITY BAY | 4 | 4 | 11MAR05 | 15MAR05 |
| 3455 | MISC FINISHES - AREA 3 | 5 | 5 | 11MAR05 | 16MAR05 |
| 3370 | INTERIOR ELEC FINISHES - AREA 3 | 6 | 6 | 11MAR05 | 17MAR05 |

Sheet 5 of 8

Ex. 1, p. 29 of 56

| Activity ID | Activity Description | Orig Dur | Rem Dur | Early Start | Early Finish |
|---|---|---|---|---|---|
| THIRD AREA OF CONSTRUCTION | | | | | |
| 3380 | INTERIOR MECH FINISHES - AREA 3 | 6 | 6 | 11MAR05 | 17MAR05 |
| 3435 | INSTALL CEILING FANS - AREA 3 | 6 | 6 | 11MAR05 | 17MAR05 |
| 3470 | INSTALL CCTV CAMERAS | 10 | 10 | 11MAR05 | 22MAR05 |
| 3450 | TOILET PARTITIONS & ACCESSORIES - AREA 3 | 4 | 4 | 15MAR05 | 18MAR05 |
| 3390 | INTERIOR FLOOR FINISHES - AREA 3 | 6 | 6 | 18MAR05 | 24MAR05 |
| 3430 | TEST & BALANCE - AREA 3 | 5 | 5 | 25MAR05 | 30MAR05 |
| 3500 | CLEAN UP - AREA 3 | 5 | 5 | 31MAR05 | 05APR05 |
| FOURTH AREA OF CONSTRUCTION | | | | | |
| 4000 | EXCAVATE FOOTINGS - AREA 4 | 5 | 5 | 27JUL04 | 31JUL04 |
| 4005 | INSTALL GROUND GRID - AREA 4 | 3 | 3 | 02AUG04 | 04AUG04 |
| 4010 | FORM FOOTINGS - AREA 4 | 3 | 3 | 02AUG04 | 04AUG04 |
| 4045 | FORM SLAB IN GRADE - AREA 4 | 3 | 3 | 02AUG04 | 04AUG04 |
| 4050 | IN SLAB RI MECH/ELEC - AREA 4 | 3 | 3 | 02AUG04 | 04AUG04 |
| P0004A | ANG MOBILITY SUPPLY CONSTRUCTION | 150 | 150 | 02AUG04 | 29JAN05 |
| 4015 | PLACE REBAR AT FOOTINGS - AREA 4 | 2 | 2 | 05AUG04 | 06AUG04 |
| 4060 | PLACE REBAR SLAB ON GRADE - AREA 4 | 3 | 3 | 05AUG04 | 07AUG04 |
| 4020 | POUR AND STRIP AT FOOTINGS - AREA 4 | 3 | 3 | 20AUG04 | 23AUG04 |
| 4070 | POUR AND STRIP SLAB ON GRADE - AREA 4 | 3 | 3 | 20AUG04 | 23AUG04 |
| 4025 | INSTALL INSULATION AT PERIMETER - AREA 4 | 4 | 4 | 24AUG04 | 27AUG04 |
| 4040 | BACKFILL EDGE AT - AREA 4 | 3 | 3 | 28AUG04 | 31AUG04 |
| 4030 | START MASONRY - AREA 4 | 0 | 0 | 01SEP04 | |
| 4035 | MASONRY INT & EXT WALLS - AREA 4 | 4 | 4 | 01SEP04 | 04SEP04 |
| 4055 | ERECT STEEL COLUMNS - AREA 4 | 3 | 3 | 06SEP04 | 08SEP04 |
| 4065 | ERECT STEEL TRUSSES - AREA 4 | 2 | 2 | 09SEP04 | 10SEP04 |
| 4075 | ERECT STEEL DECK - AREA 4 | 2 | 2 | 11SEP04 | 13SEP04 |
| 4080 | INSTALL LIGHT GAGE ROOF FRAMING - AREA 4 | 5 | 5 | 14SEP04 | 18SEP04 |
| 4085 | INSTALL MTL ROOF AND SLEEPERS - AREA 4 | 5 | 5 | 20SEP04 | 24SEP04 |
| 4090 | RI DRAINS AND LEADERS - AREA 4 | 3 | 3 | 25SEP04 | 28SEP04 |
| 4095 | INSTALL BUILT UP ROOF - AREA 4 | 5 | 5 | 29SEP04 | 04OCT04 |
| 4100 | INSTALL FLASHING - AREA 4 | 3 | 3 | 05OCT04 | 07OCT04 |
| 4105 | INSTALL EXT WALL INSULATION BOARD - AREA 4 | 3 | 3 | 05OCT04 | 07OCT04 |
| 4110 | INSTALL EXTERIOR INSULATION - AREA 4 | 5 | 5 | 08OCT04 | 13OCT04 |
| 4115 | INSTALL EXTERIOR WALL GWB - AREA 4 | 10 | 10 | 14OCT04 | 25OCT04 |
| 4120 | INSTALL INTERIOR FRAMING - AREA 4 | 17 | 17 | 26OCT04 | 13NOV04 |
| 4125 | SET DOOR FRAMES - AREA 4 | 5 | 5 | 29OCT04 | 19NOV04 |
| 4130 | INTERIOR ELEC ROUGH IN - AREA 4 | 10 | 10 | 15NOV04 | 27NOV04 |
| 4135 | INTERIOR WALL MECH ROUGH IN - AREA 4 | 10 | 10 | 15NOV04 | 27NOV04 |
| 4140 | MECHANICAL CONTROLS - AREA 4 | 15 | 15 | 15NOV04 | 03DEC04 |
| 4145 | INSTALL EXTERIOR FRAMING - AREA 4 | 20 | 20 | 15NOV04 | 09DEC04 |
| 4150 | INTERIOR GWB ON WALLS - AREA 4 | 20 | 20 | 29NOV04 | 21DEC04 |
| 4155 | INSTALL SPRINKLER - AREA 4 | 15 | 15 | 02DEC04 | 18DEC04 |
| 4160 | INSTALL EXT DOORS & WINDOWS - AREA 4 | 5 | 5 | 10DEC04 | 15DEC04 |
| 4165 | OVERHEAD MECHANICAL ROUGHIN - AREA 4 | 15 | 15 | 10DEC04 | 29DEC04 |
| 4170 | OVERHEAD ELECTRICAL ROUGH IN - AREA 4 | 20 | 20 | 10DEC04 | 06JAN05 |
| 4175 | INSTALL INTERIOR SOFFIT FRAMING - AREA 4 | 20 | 20 | 20DEC04 | 15JAN05 |
| 4180 | SOFFIT INSULATION AT MANSARD - AREA 4 | 2 | 2 | 17JAN05 | 18JAN05 |
| 4185 | SOFFIT GWB - AREA 4 | 15 | 15 | 19JAN05 | 04FEB05 |
| 4190 | PAINT - AREA 4 | 15 | 15 | 05FEB05 | 22FEB05 |
| 4195 | CERAMIC TILE - AREA 4 | 18 | 18 | 17FEB05 | 09MAR05 |

Ex. 1, p. 30 of 56

Sheet 6 of 8