| Activity ID | Activity Description | Orig. Dur. | Rem. Dur. | Early Start | Early Finish |
|---|---|---|---|---|---|
| | **FOURTH AREA OF CONSTRUCTION** | | | | |
| 4200 | CABINETRY CASEWORK - AREA 4 | 6 | 6 | 23FEB05 | 01MAR05 |
| 4210 | AC CEILING - AREA 4 | 10 | 10 | 23FEB05 | 05MAR05 |
| 4215 | GLASS & GLAZING STOREFRONT - AREA 4 | 1 | 1 | 02MAR05 | 02MAR05 |
| 4230 | INTERIOR ELEC FINISHES - AREA 4 | 6 | 6 | 07MAR05 | 12MAR05 |
| 4235 | INTERIOR MECH FINISHES - AREA 4 | 6 | 6 | 07MAR05 | 12MAR05 |
| 4225 | MISC FINISHES - AREA 4 | 5 | 5 | 14MAR05 | 18MAR05 |
| 4255 | INTERIOR FLOOR FINISHES - AREA 4 | 6 | 6 | 14MAR05 | 19MAR05 |
| 4260 | TEST & BALANCE - AREA 4 | 5 | 5 | 21MAR05 | 25MAR05 |
| 4265 | CLEAN UP - AREA 4 | 5 | 5 | 26MAR05 | 31MAR05 |
| | **FIFTH AREA OF CONSTRUCTION** | | | | |
| 5000 | EXCAVATE FOOTINGS - AREA 5 | 5 | 5 | 02AUG04 | 06AUG04 |
| 5005 | INSTALL GROUND GRID - AREA 5 | 3 | 3 | 07AUG04 | 10AUG04 |
| 5010 | FORM FOOTINGS - AREA 5 | 3 | 3 | 07AUG04 | 10AUG04 |
| 5045 | FORM SLAB IN GRADE - AREA 5 | 3 | 3 | 07AUG04 | 10AUG04 |
| 5050 | IN SLAB RI MECH/ELEC - AREA 5 | 3 | 3 | 07AUG04 | 10AUG04 |
| 5015 | PLACE REBAR AT FOOTINGS - AREA 5 | 2 | 2 | 11AUG04 | 12AUG04 |
| 5060 | PLACE REBAR SLAB ON GRADE - AREA 5 | 3 | 3 | 11AUG04 | 13AUG04 |
| 5020 | POUR AND STRIP FOOTINGS - AREA 5 | 3 | 3 | 24AUG04 | 26AUG04 |
| 5070 | POUR AND STRIP SLAB ON GRADE - AREA 5 | 3 | 3 | 24AUG04 | 26AUG04 |
| 5025 | INSTALL INSULATION AT PERIMETER - AREA 5 | 4 | 4 | 27AUG04 | 31AUG04 |
| 5040 | BACKFILL EDGE AT - AREA 5 | 3 | 3 | 01SEP04 | 03SEP04 |
| 5030 | START MASONRY - AREA 5 | 0 | 0 | 06SEP04 | 08SEP04 |
| 5035 | MASONRY INT & EXT WALLS - AREA 5 | 3 | 3 | 06SEP04 | 08SEP04 |
| 5055 | ERECT STEEL COLUMNS - AREA 5 | 3 | 3 | 09SEP04 | 11SEP04 |
| 5105 | INSTALL EXT WALL INSULATION BOARD - AREA 5 | 3 | 3 | 09SEP04 | 11SEP04 |
| 5065 | ERECT STEEL TRUSSES - AREA 5 | 2 | 2 | 13SEP04 | 14SEP04 |
| 5110 | INSTALL EXTERIOR INSULATION - AREA 5 | 5 | 5 | 13SEP04 | 17SEP04 |
| 5075 | ERECT STEEL DECK - AREA 5 | 2 | 2 | 15SEP04 | 16SEP04 |
| 5080 | INSTALL LIGHT GAGE ROOF FRAMING - AREA 5 | 5 | 5 | 17SEP04 | 22SEP04 |
| 5115 | INSTALL EXTERIOR WALL GWB - AREA 5 | 10 | 10 | 18SEP04 | 29SEP04 |
| 5085 | INSTALL MTL ROOF AND SLEEPERS - AREA 5 | 5 | 5 | 23SEP04 | 28SEP04 |
| 5090 | RI DRAINS AND LEADERS - AREA 5 | 3 | 3 | 29SEP04 | 01OCT04 |
| 5100 | INSTALL FLASHING - AREA 5 | 3 | 3 | 29SEP04 | 01OCT04 |
| 5120 | INSTALL INTERIOR FRAMING - AREA 5 | 17 | 17 | 30SEP04 | 19OCT04 |
| 5125 | SET DOOR FRAMES - AREA 5 | 5 | 5 | 20OCT04 | 25OCT04 |
| 5130 | INTERIOR ELEC ROUGH IN - AREA 5 | 10 | 10 | 20OCT04 | 30OCT04 |
| 5135 | INTERIOR WALL MECH ROUGH IN - AREA 5 | 10 | 10 | 20OCT04 | 30OCT04 |
| 5140 | MECHANICAL CONTROLS - AREA 5 | 15 | 15 | 20OCT04 | 05NOV04 |
| 5145 | INSTALL EXTERIOR FRAMING - AREA 5 | 20 | 20 | 20OCT04 | 11NOV04 |
| 1150 | INSTALL GENERATOR - AREA 5 | 5 | 5 | 29OCT04 | 03NOV04 |
| 1220 | INSTALL AHU - AREA 5 | 5 | 5 | 29OCT04 | 03NOV04 |
| 1230 | INSTALL AIR COMPRESSOR - AREA 5 | 5 | 5 | 29OCT04 | 03NOV04 |
| 5150 | INTERIOR GWB ON WALLS - AREA 5 | 20 | 20 | 01NOV04 | 23NOV04 |
| 5155 | INSTALL SPRINKLER - AREA 5 | 15 | 15 | 04NOV04 | 20NOV04 |
| 5160 | INSTALL EXT DOORS & WINDOWS - AREA 5 | 5 | 5 | 12NOV04 | 17NOV04 |
| 5165 | OVERHEAD MECHANICAL ROUGHIN - AREA 5 | 15 | 15 | 12NOV04 | 01DEC04 |
| 5170 | OVERHEAD ELECTRICAL ROUGH IN - AREA 5 | 20 | 20 | 12NOV04 | 07DEC04 |
| 5175 | INSTALL INTERIOR SOFFIT FRAMING - AREA 5 | 20 | 20 | 22NOV04 | 16DEC04 |
| P0003 | CONSTANT AIR VOLUME MODIFICATION | 1 | 1 | 30NOV04 | 30NOV04 |

Sheet 7 of 8

Ex. 1, p. 31 of 56

| Activity ID | Activity Description | Orig Dur | Rem Dur | Early Start | Early Finish | 2004 F M A M J J A S O N D | 2005 J F M A M J J A S O |
|---|---|---|---|---|---|---|---|
| | **FIFTH AREA OF CONSTRUCTION** | | | | | | |
| 5180 | SOFFIT INSULATION AT MANSARD - AREA 5 | 2 | 2 | 17DEC04 | 18DEC04 | | ■SOFFIT INSULATION AT MANSARD - AREA 5 |
| 5185 | SOFFIT GWB - AREA 5 | 15 | 15 | 20DEC04 | 10JAN05 | | ■■SOFFIT GWB - AREA 5 |
| 5190 | PAINT - AREA 5 | 15 | 15 | 11JAN05 | 27JAN05 | | ■■PAINT - AREA 5 |
| 5200 | CABINETRY CASEWORK - AREA 5 | 6 | 6 | 28JAN05 | 03FEB05 | | ■CABINETRY CASEWORK - AREA 5 |
| 5210 | AC CEILING - AREA 5 | 10 | 10 | 28JAN05 | 08FEB05 | | ■AC CEILING - AREA 5 |
| 5215 | GLASS & GLAZING - AREA 5 | 1 | 1 | 04FEB05 | 04FEB05 | | ┆GLASS & GLAZING - AREA 5 |
| 5225 | MISC FINISHES - AREA 5 | 5 | 5 | 09FEB05 | 14FEB05 | | ■MISC FINISHES - AREA 5 |
| 5230 | INTERIOR ELEC FINISHES - AREA 5 | 6 | 6 | 09FEB05 | 15FEB05 | | ■INTERIOR ELEC FINISHES - AREA 5 |
| 5235 | INTERIOR MECH FINISHES - AREA 5 | 6 | 6 | 09FEB05 | 15FEB05 | | ■INTERIOR MECH FINISHES - AREA 5 |
| 5255 | INTERIOR FLOOR FINISHES - AREA 5 | 6 | 6 | 16FEB05 | 22FEB05 | | ■INTERIOR FLOOR FINISHES - AREA 5 |
| 5260 | TEST & BALANCE - AREA 5 | 5 | 5 | 23FEB05 | 28FEB05 | | ■TEST & BALANCE - AREA 5 |
| 5265 | CLEAN UP - AREA 5 | 5 | 5 | 01MAR05 | 05MAR05 | | ■CLEAN UP - AREA 5 |

*Home Office Overhead Calculation* (handwritten)

**JOINT SECURITY COMPLEX**
**EICHLEAY CALCULATION**

Eichleay Formula:

A.  $\dfrac{\text{Total Contract Billings}}{\text{Total company billing for actual contract performance period}}$  X  Home office overhead for actual contract performance period  =  Home office overhead allocable to contract

B.  $\dfrac{\text{Home Office Overhead Allocable to Contract}}{\text{Actual days of contract performance}}$  =  Daily home office overhead allocable to contract

C.  Daily Home Office overhead allocable to contract  X  Number of days delays  =  Extended home office overhead

---

A.  $\dfrac{\$14{,}139{,}000}{\$36{,}850{,}354}$  X  $\$1{,}632{,}035$  =  $\$626{,}190$ O/H allocable to contract

B.  $\dfrac{\$626{,}190}{440 \text{ C/D's}}$  =  $\$1{,}423.16$  Daily home office rate allocable to contract

C.  $\$1{,}423.16$  X  2 C/D's Delay  =  $\$2{,}846$ Extended home office overhead

Dix Masonry Schedule
Joint Security Forces Complex, Eielson AFB, AK

As planned masonry finish dates:

| | WDs | CDs |
|---|---|---|
| A1 Start 7/27/04 | | |
| A1 Finish 8/10/04 | 13 | J = 4 |
| A2 Finish 8/25/04 | 13 | A = 31 |
| A3 Finish 8/30/04 | 4 | S = 8 |
| A4 Finish 9/4/04 | 4 | 43 |
| A5 Finish 9/8/04 | <u>3</u> | |
| | 37 | |

As built
Actual A1 Start 8/2/04

| | WDs | CDs | |
|---|---|---|---|
| A1 Finish 8/24/04 | | | |
| A2 Finish 10/5/04 | | A = 29 | N = 30 |
| A3 Finish 11/1/05 | | S = 30 | D = 15 |
| A4 Finish 9/28/05 | | O = 31 | Total 135 CDs |
| A5 Finish 12/15/04 | | | Minus 43 CDs |
| | | | Total   92 CDs Delay |

HO Overhead Calc:  $2,846/per CD x 92 CDs = $261,832
FO Overhead Calc:  $3,435/per CD x 92 CDs = $316,020
                                    Total    = $577,852

*Field Office Daily Rate Calculation*

## JOINT SECURITY COMPLEX JOB OVERHEAD

| JOB # | PHASE | CT | DESCRIPTION | ESTIMATE |
|---|---|---|---|---|
| 04007 | 01001002 | L | SUPERINTENDENT-JOB | $ 145,426.00 |
| 04007 | 01001006 | L | PROJECT MANAGER - JOB | $ 229,188.00 |
| 04007 | 01001008 | L | FIELD ENGINEER | $ 82,350.00 |
| 04007 | 01001012 | L | PROJECT ADMINISTRATOR | $ 42,700.00 |
| 04007 | 01001015 | L | CQC MGR | $ 88,450.00 |
| 04007 | 01001100 | M | TESTING & INSPECTION | $ 75,000.00 |
| 04007 | 01001105 | M | SURVEYS | $ - |
| 04007 | 01001105 | S | SURVEYS | $ 25,000.00 |
| 04007 | 01001110 | M | CPM SCHEDULE | $ 9,000.00 |
| 04007 | 01001150 | M | JOB OFFICE GOVT | $ 6,300.00 |
| 04007 | 01001153 | M | JOB OFFICE SUPPLIES | $ 14,000.00 |
| 04007 | 01001154 | M | PLAN REPRODUCTION | $ 6,000.00 |
| 04007 | 01001155 | M | JOB OFFICE SHC | $ 6,300.00 |
| 04007 | 01001160 | M | TOOL SHED/DRY SHACK | $ 3,500.00 |
| 04007 | 01001161 | M | PHOTOS, POSTAGE, COURIER | $ 20,915.00 |
| 04007 | 01001170 | M | TELEPHONE | $ 10,500.00 |
| 04007 | 01001175 | M | COMPUTER SOFTWARE | $ 6,000.00 |
| 04007 | 01001180 | M | COPIER MAINTENANCE | $ 9,800.00 |
| 04007 | 01001190 | M | TEMP HEAT | $ 40,000.00 |
| 04007 | 01001200 | M | TEMP LIGHTS | $ 7,000.00 |
| 04007 | 01001205 | M | TOILETS | $ 8,750.00 |
| 04007 | 01001210 | M | POWER CHARGE | $ 20,750.00 |
| 04007 | 01001250 | M | WEATHER PROTECTION | $ 21,000.00 |
| 04007 | 01001255 | M | TEMP FENCING | $ 1,750.00 |
| 04007 | 01001265 | M | SCAFFOLD | $ 5,000.00 |
| 04007 | 01001270 | M | TEMP STAIRS/LADDERS | $ 750.00 |
| 04007 | 01001275 | M | BARRICADES | $ 750.00 |
| 04007 | 01001350 | M | FORKLIFT | $ 32,200.00 |
| 04007 | 01001355 | M | MANLIFT | $ 15,000.00 |
| 04007 | 01001400 | L | SAFETY COMPLIANCE | $ 2,894.00 |
| 04007 | 01001400 | M | SAFETY COMPLIANCE | $ 4,197.00 |
| 04007 | 01001409 | M | TRUCKS/PICKUP | $ 23,100.00 |
| 04007 | 01001410 | M | WELDING EQUIP/SUPPLIES | $ 2,179.00 |
| 04007 | 01001415 | M | FUEL & LUBE | $ 19,000.00 |
| 04007 | 01001420 | M | COMP TOOL RENTAL | $ 5,065.00 |
| 04007 | 01001425 | M | SMALL TOOL PURCHASE | $ 7,623.00 |
| 04007 | 01001430 | M | OUTSIDE TOOL RENTAL | $ 8,470.00 |
| 04007 | 01001435 | M | TOOL CONSUMABLES | $ 9,317.00 |
| 04007 | 01001500 | L | DRUG TESTING | $ 70.00 |
| 04007 | 01001505 | L | PARTNERING | $ 10,000.00 |
| 04007 | 01001510 | S | CONTRACT REVIEWS | $ 2,500.00 |
| 04007 | 01001513 | M | BOND | $ 133,460.00 |
| 04007 | 01001514 | M | ALL INSURANCE INCL FUTURE | $ 188,735.00 |
| 04007 | 01001550 | S | DUMP FEES ON BASE | $ 21,000.00 |
| 04007 | 01001560 | L | PERIODIC CLEANUP | $ 127,489.00 |
| 04007 | 01001565 | S | FINAL CLEANUP | $ 6,172.00 |

$ 1,504,650.00

438 PLANNED CONTRACT DAYS

$ 3,435.27 JOB OVERHEAD / PLANNED CONTRACT DAYS

# STRAND HUNT CONSTRUCTION INC
## Job Cost History Report From Inception To 02/15/06
### Includes Posted Transactions Only

| Report Selec | : | | | |
|---|---|---|---|---|
| | Job: | 04007 | Job Status: | A |
| | Phase: | 01001415 | Phase Status: | ALL |
| | Cost Type: | ALL | Division: | ALL |
| | Tran. Type: | ALL | Pre-Time Card Batch: | Not Applicable |
| | Vendor: | ALL | Customer: | ALL |
| | Employee: | ALL | Draw Appl. #: | ALL |
| | Inv. Item: | ALL | | |

UnPosted?

**Job: 04007 JOINT SECURITY COMPLEX**
**Phase: 010-01415 FUEL & LUBE Cost Type: M MATERIAL**

| Date | Tran Type | Reference | Description | Additional Information | Hours | Quantity | Unit of Measure | Amount |
|---|---|---|---|---|---|---|---|---|
| 5/31/04 | AP | 85910 | US BANK-BANKCARD DIVISION | Invoice 060904TJ dated 6/ 9/04 4798 1788 6638 9069 | | | | 94.04 |
| 6/24/04 | AP | 74440 | DIANE SELANDER | Invoice 062104 dated 6/21/04 EIELSON PETTY CASH | | | | 37.23 |
| 7/16/04 | AP | 9851 | BANK OF AMERICA-CORPORATE ACCT | Invoice 070504DH dated 7/ 5/04 ACCT 4003 9010 0056 2536 | | | | 233.57 |
| 7/16/04 | AP | 83090 | TEXACO | Invoice 1360023244407 dated 7/ 5/04 ACCY 13 600 2324 4 | | | | 86.66 |
| 7/31/04 | AP | 85910 | US BANK-BANKCARD DIVISION | Invoice 070804TJ dated 7/ 8/04 ACCT 4798 1788 6639 9069 | | | | 116.79 |
| 7/31/04 | AP | 74440 | DIANE SELANDER | Invoice 7/26 PETTY CASH dated 7/26/04 REIMB PETTY CASH 04-007 | | | | 37.92 |
| 7/31/04 | AP | 83090 | TEXACO | Invoice 1360023244408 dated 8/ 4/04 | | | | 47.01 |
| 8/23/04 | AP | 9851 | BANK OF AMERICA-CORPORATE ACCT | Invoice 080504DH dated 8/ 5/04 4003 9010 0056 2536 | | | | 245.12 |
| 8/23/04 | AP | 85910 | US BANK-BANKCARD DIVISION | Invoice 081004TJ dated 8/10/04 4798 1788 6638 9069 | | | | 288.45 |
| 9/16/04 | AP | 9851 | BANK OF AMERICA-CORPORATE ACCT | Invoice 090504DH dated 9/ 5/04 4003 9010 0056 2536 | | | | 219.45 |
| 9/16/04 | AP | 85910 | US BANK-BANKCARD DIVISION | Invoice 090904TJ dated 9/ 9/04 4798 1788 6638 9069 | | | | 50.00 |
| 9/23/04 | AP | 44479 | KENS FAIRBANKS ALIGNMENT INC | Invoice 33291 dated 8/27/04 | | | | 684.46 |
| 9/24/04 | AP | 76777 | SOURDOUGH FUEL | Invoice 531603 dated 8/11/04 PO 102694 | | | | 807.48 |
| 9/24/04 | AP | 76777 | SOURDOUGH FUEL | Invoice 531788 dated 9/ 3/04 PO 102694 | | | | 724.06 |
| 9/30/04 | AP | 72930 | SAMS CLUB | | | | | 38.54 |
| 9/30/04 | AP | 76777 | SOURDOUGH FUEL | Invoice 092504 dated 9/25/04 771 5 09 0281129577 | | | | 774.22 |
| 9/30/04 | AP | 76777 | SOURDOUGH FUEL | Invoice 184846 dated 9/14/04 PO 102694 | | | | 846.38 |
| 9/30/04 | AP | 76777 | SOURDOUGH FUEL | Invoice 184903 dated 9/18/04 PO 102694 | | | | 837.96 |
| 9/30/04 | AP | 76777 | SOURDOUGH FUEL | Invoice 184989 dated 9/25/04 PO 102963 | | | | 853.64 |
| 9/30/04 | AP | 85910 | US BANK-BANKCARD DIVISION | Invoice 185056 dated 9/30/04 | | | | 43.10 |
| 10/18/04 | AP | 74440 | DIANE SELANDER | Invoice 100704TJ dated 10/ 7/04 4798-1788-6638-9069 | | | | 38.85 |
| 10/19/04 | AP | 9851 | BANK OF AMERICA-CORPORATE ACCT | Invoice 0100404 dated 10/ 4/04 PETTY CASH REIMB | | | | 236.38 |
| 10/31/04 | AP | 3325 | AK INDUSTRIAL HARDWARE INC | Invoice 100504DH dated 10/ 5/04 4003 9010 0056 2536 | | | | 25.52 |
| 10/31/04 | AP | 3325 | AK INDUSTRIAL HARDWARE INC | Invoice 494805 dated 10/ 6/04 PO 103030 | | | | 8.39 |
| 10/31/04 | AP | 9851 | BANK OF AMERICA-CORPORATE ACCT | Invoice 499567 dated 10/14/04 PO 103008 | | | | 270.33 |
| 10/31/04 | AP | 44479 | KENS FAIRBANKS ALIGNMENT INC | Invoice 110504DH dated 11/ 5/04 4003 9010 0056 2536 | | | | 533.83 |
| 10/31/04 | AP | 72930 | SAMS CLUB | Invoice 33679 dated 10/ 7/04 PO 103034 | | | | 40.16 |
| 10/31/04 | AP | 76777 | SOURDOUGH FUEL | Invoice 102504 dated 10/25/04 771 5 09 0281129577 | | | | 878.54 |
| 10/31/04 | AP | 76777 | SOURDOUGH FUEL | Invoice 185104 dated 10/ 2/04 PO 102967 | | | | 765.15 |
| 10/31/04 | AP | 76777 | SOURDOUGH FUEL | Invoice 185209 dated 10/ 8/04 PO 103002 | | | | 846.70 |
| 10/31/04 | AP | 76777 | SOURDOUGH FUEL | Invoice 185263 dated 10/14/04 PO 103002 | | | | 1,214.60 |
| 10/31/04 | AP | 76777 | SOURDOUGH FUEL | Invoice 185313 dated 10/18/04 PO 103143 | | | | 1,054.40 |
| 10/31/04 | AP | 76777 | SOURDOUGH FUEL | Invoice 185366 dated 10/20/04 PO 103143 | | | | 890.80 |
| 10/31/04 | AP | 76777 | SOURDOUGH FUEL | Invoice 185412 dated 10/22/04 PO 103143 | | | | 1,183.20 |
| 10/31/04 | AP | 76777 | SOURDOUGH FUEL | Invoice 185443 dated 10/25/04 PO 103143 | | | | |

# STRAND HUNT CONSTRUCTION INC
## Job Cost History Report From Inception To 02/15/06
### Includes Posted Transactions Only

| UnPosted? | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| Date | Tran Type | Reference | Description | Additional Information | Hours | Quantity | Unit of Measure | Amount |

**Job: 04007 JOINT SECURITY COMPLEX**
**Phase: 010-01415 FUEL & LUBE Cost Type: M MATERIAL**

| Date | Tran Type | Reference | Description | Additional Information | Amount |
|---|---|---|---|---|---|
| 10/31/04 | AP | 76777 | SOURDOUGH FUEL | Invoice 185489 dated 10/27/04 PO 103143 | 1,289.00 |
| 10/31/04 | AP | 76777 | SOURDOUGH FUEL | Invoice 185517 dated 10/29/04 PO 103143 | 1,111.20 |
| 10/31/04 | AP | 85910 | US BANK-BANKCARD DIVISION | Invoice 110804TJ dated 11/ 8/04 4798 1788 6638 9069 | 325.88 |
| 11/30/04 | AP | 9851 | BANK OF AMERICA-CORPORATE ACCT | Invoice 120504DH dated 12/ 5/04 4003 9010 0056 2536 | 219.26 |
| 11/30/04 | AP | 72930 | SAMS CLUB | Invoice 112504 dated 11/25/04 771 5 09 0281129577 | 26.67 |
| 11/30/04 | AP | 76777 | SOURDOUGH FUEL | Invoice 185564 dated 11/ 2/04 PO 103143 | 1,605.80 |
| 11/30/04 | AP | 76777 | SOURDOUGH FUEL | Invoice 185605 dated 11/ 4/04 PO 103143 | 1,505.20 |
| 11/30/04 | AP | 76777 | SOURDOUGH FUEL | Invoice 185648 dated 11/ 6/04 PO 103143 | 1,692.20 |
| 11/30/04 | AP | 76777 | SOURDOUGH FUEL | Invoice 185662 dated 11/ 8/04 | 520.80 |
| 11/30/04 | AP | 76777 | SOURDOUGH FUEL | Invoice 185677 dated 11/ 9/04 | 1,207.60 |
| 11/30/04 | AP | 76777 | SOURDOUGH FUEL | Invoice 185781 dated 11/13/04 PO 103148 | 1,340.82 |
| 11/30/04 | AP | 76777 | SOURDOUGH FUEL | Invoice 185815 dated 11/16/04 PO 103148 | 1,436.57 |
| 11/30/04 | AP | 76777 | SOURDOUGH FUEL | Invoice 185816 dated 11/16/04 PO 103148 | 99.65 |
| 11/30/04 | AP | 76777 | SOURDOUGH FUEL | Invoice 185843 dated 11/18/04 PO 103148 | 1,029.60 |
| 11/30/04 | AP | 76777 | SOURDOUGH FUEL | Invoice 523134 dated 11/17/04 PO 103148 | 1,136.46 |
| 11/30/04 | AP | 85910 | US BANK-BANKCARD DIVISION | Invoice 120804TJ dated 12/ 8/04 4798 1788 6638 9069 | 440.03 |
| 12/27/04 | AP | 76777 | SOURDOUGH FUEL | Invoice 185865 dated 11/19/04 PO 103148 | 1,244.30 |
| 12/27/04 | AP | 76777 | SOURDOUGH FUEL | Invoice 185874 dated 11/20/04 PO 103148 | 888.03 |
| 12/27/04 | AP | 76777 | SOURDOUGH FUEL | Invoice 185898 dated 11/22/04 PO 103148 | 1,422.92 |
| 12/27/04 | AP | 76777 | SOURDOUGH FUEL | Invoice 185917 dated 11/23/04 PO 103148 | 1,056.90 |
| 12/27/04 | AP | 76777 | SOURDOUGH FUEL | Invoice 185938 dated 11/24/04 PO 103148 | 1,378.85 |
| 12/27/04 | AP | 76777 | SOURDOUGH FUEL | Invoice 186003 dated 11/30/04 PO 103148 | 711.17 |
| 12/27/04 | AP | 76777 | SOURDOUGH FUEL | Invoice 186025 dated 12/ 1/04 PO 103148 | 736.32 |
| 12/27/04 | AP | 76777 | SOURDOUGH FUEL | Invoice 186042 dated 12/ 2/04 PO 103148 | 648.77 |
| 12/27/04 | AP | 76777 | SOURDOUGH FUEL | Invoice 186061 dated 12/ 3/04 | 804.96 |
| 12/27/04 | AP | 76777 | SOURDOUGH FUEL | Invoice 186076 dated 12/ 4/04 PO 103148 | 703.75 |
| 12/27/04 | AP | 76777 | SOURDOUGH FUEL | Invoice 186100 dated 12/ 6/04 PO 103148 | 1,138.80 |
| 12/27/04 | AP | 76777 | SOURDOUGH FUEL | Invoice 186141 dated 12/ 8/04 PO 103148 | 1,018.10 |
| 12/27/04 | AP | 76777 | SOURDOUGH FUEL | Invoice 186252 dated 12/15/04 PO 103148 | 491.40 |
| 12/27/04 | AP | 76777 | SOURDOUGH FUEL | Invoice 186275 dated 12/16/04 PO 103148 | 331.70 |
| 12/27/04 | AP | 76777 | SOURDOUGH FUEL | Invoice 191154 dated 11/29/04 PO 103148 | 612.30 |
| 12/27/04 | AP | 76777 | SOURDOUGH FUEL | Invoice 191158 dated 11/29/04 PO 103148 | 899.73 |
| 12/27/04 | AP | 9851 | BANK OF AMERICA-CORPORATE ACCT | Invoice 011050SDH dated 1/ 5/05 4003 9010 0056 2536 | 303.44 |
| 12/27/04 | AP | 44479 | KENS FAIRBANKS ALIGNMENT INC | Invoice 34243 dated 12/ 7/04 | 564.64 |
| 12/27/04 | AP | 72930 | SAMS CLUB | Invoice 122504 dated 12/25/05 7715090281129577 | 187.76 |
| 12/31/04 | AP | 76777 | SOURDOUGH FUEL | Invoice 107105 dated 12/24/04 PO 103188 | 1,020.28 |
| 12/31/04 | AP | 76777 | SOURDOUGH FUEL | Invoice 170249 dated 12/27/04 PO 103188 | 1,117.10 |
| 12/31/04 | AP | 76777 | SOURDOUGH FUEL | Invoice 170283 dated 12/29/04 PO 103188 | 738.09 |
| 12/31/04 | AP | 76777 | SOURDOUGH FUEL | Invoice 170311 dated 12/30/04 PO 103188 | 265.27 |
| 12/31/04 | AP | 76777 | SOURDOUGH FUEL | Invoice 186109 dated 12/ 7/04 PO 103148 | 733.00 |
| 12/31/04 | AP | 76777 | SOURDOUGH FUEL | Invoice 186165 dated 12/ 9/04 PO 103148 | 812.57 |
| 12/31/04 | AP | 76777 | SOURDOUGH FUEL | Invoice 186180 dated 12/10/04 PO 103148 | 854.68 |
| 12/31/04 | AP | 76777 | SOURDOUGH FUEL | Invoice 186193 dated 12/11/04 PO 103148 | 747.05 |
| 12/31/04 | AP | 76777 | SOURDOUGH FUEL | Invoice 186216 dated 12/13/04 PO 103148 | 1,347.65 |

# STRAND HUNT CONSTRUCTION INC
## Job Cost History Report From Inception To 02/15/06
### Includes Posted Transactions Only

**Job: 04007 JOINT SECURITY COMPLEX**
**Phase: 010-01415 FUEL & LUBE Cost Type: M MATERIAL**

| Date | UnPosted? | Tran Type | Reference | Description | Additional Information | Hours | Quantity | Unit of Measure | Amount |
|---|---|---|---|---|---|---|---|---|---|
| 12/31/04 | | AP | 76777 | SOURDOUGH FUEL | Invoice 186224 dated 12/14/04 PO 103148 | | | | 762.25 |
| 12/31/04 | | AP | 76777 | SOURDOUGH FUEL | Invoice 186311 dated 12/18/04 PO 103188 | | | | 977.79 |
| 12/31/04 | | AP | 76777 | SOURDOUGH FUEL | Invoice 186319 dated 12/20/04 PO 103188 | | | | 845.62 |
| 12/31/04 | | AP | 76777 | SOURDOUGH FUEL | Invoice 186363 dated 12/22/04 PO 103188 | | | | 1,024.04 |
| 12/31/04 | | AP | 85910 | US BANK-BANKCARD DIVISION | Invoice 011005TJ dated 1/10/05 4798 1788 6639 9069 | | | | 631.14 |
| 12/31/04 | | AP | TEMP0128 | ARCTIC FIRE & SAFETY | Invoice 113378 dated 12/ 2/04 PO 103204 | | | | 209.82 |
| 12/31/04 | | AP | TEMP0128 | ARCTIC FIRE & SAFETY | Invoice 113380 dated 12/ 2/04 PO 103204 | | | | 89.50 |
| 1/20/05 | | AP | 76777 | SOURDOUGH FUEL | Invoice 186426 dated 1/ 4/05 | | | | 729.06 |
| 1/31/05 | | AP | 9851 | BANK OF AMERICA-CORPORATE ACCT | Invoice 020505DH dated 2/ 5/05 4003 9010 0056 2536 | | | | 259.50 |
| 1/31/05 | | AP | 44479 | KENS FAIRBANKS ALIGNMENT INC | Invoice 34622 dated 1/19/05 PO 103292 | | | | 108.63 |
| 1/31/05 | | AP | 72930 | SAMS CLUB | Invoice 012505 dated 1/25/05 7715090281129577 | | | | 96.48 |
| 1/31/05 | | AP | 76777 | SOURDOUGH FUEL | Invoice 186464 dated 1/ 6/05 PO 103188 | | | | 573.02 |
| 1/31/05 | | AP | 76777 | SOURDOUGH FUEL | Invoice 186499 dated 1/ 8/05 PO 103277 | | | | 844.53 |
| 1/31/05 | | AP | 76777 | SOURDOUGH FUEL | Invoice 186514 dated 1/10/05 PO 103277 | | | | 663.78 |
| 1/31/05 | | AP | 76777 | SOURDOUGH FUEL | Invoice 186554 dated 1/12/05 PO 103277 | | | | 396.64 |
| 1/31/05 | | AP | 76777 | SOURDOUGH FUEL | Invoice 186616 dated 1/15/05 PO 103277 | | | | 757.76 |
| 1/31/05 | | AP | 76777 | SOURDOUGH FUEL | Invoice 186624 dated 1/17/05 PO 102967 | | | | 495.44 |
| 1/31/05 | | AP | 76777 | SOURDOUGH FUEL | Invoice 186667 dated 1/18/05 PO 102967 | | | | 1,252.77 |
| 1/31/05 | | AP | 76777 | SOURDOUGH FUEL | Invoice 186679 dated 1/19/05 PO 102967 | | | | 1,005.53 |
| 1/31/05 | | AP | 76777 | SOURDOUGH FUEL | Invoice 186698 dated 1/20/05 PO 102967 | | | | 686.12 |
| 1/31/05 | | AP | 76777 | SOURDOUGH FUEL | Invoice 186722 dated 1/21/05 PO 102967 | | | | 834.73 |
| 1/31/05 | | AP | 76777 | SOURDOUGH FUEL | Invoice 186741 dated 1/22/05 PO 102967 | | | | 614.13 |
| 1/31/05 | | AP | 76777 | SOURDOUGH FUEL | Invoice 186754 dated 1/24/05 PO 102967 | | | | 594.25 |
| 1/31/05 | | AP | 76777 | SOURDOUGH FUEL | Invoice 186782 dated 1/25/05 PO 102967 | | | | 578.61 |
| 1/31/05 | | AP | 76777 | SOURDOUGH FUEL | Invoice 186794 dated 1/26/05 PO 103281 | | | | 194.56 |
| 1/31/05 | | AP | 76777 | SOURDOUGH FUEL | Invoice 186857 dated 1/31/05 PO 103281 | | | | 894.14 |
| 1/31/05 | | AP | 85910 | US BANK-BANKCARD DIVISION | Invoice 020705TJ dated 2/ 7/05 4798 1788 6638 9069 | | | | 309.32 |
| 2/27/05 | | AP | 72930 | SAMS CLUB | Invoice 022505 dated 2/25/05 7715 09 0281129577 | | | | 60.17 |
| 2/28/05 | | AP | 76777 | SOURDOUGH FUEL | Invoice 187349 dated 2/25/05 PO 103487 | | | | 963.71 |
| 2/28/05 | | AP | 76777 | SOURDOUGH FUEL | Invoice 186987 dated 2/ 7/05 PO 103281 | | | | 896.61 |
| 2/28/05 | | AP | 76777 | SOURDOUGH FUEL | Invoice 187084 dated 2/11/05 PO 103281 | | | | [illegible] |
| 3/17/05 | | AP | 9851 | BANK OF AMERICA-CORPORATE ACCT | Invoice 030505DH dated 3/ 5/05 4003 9010 0056 2536 | | | | 391.20 |
| 3/17/05 | | AP | 83090 | TEXACO | Invoice 030405 dated 3/ 4/05 13-600-2324-4 | | | | 17.54 |
| 3/18/05 | | AP | 76777 | SOURDOUGH FUEL | Invoice 187488 dated 3/ 7/05 PO 103488 | | | | 709.02 |
| 3/18/05 | | AP | 85910 | US BANK-BANKCARD DIVISION | Invoice 030805TJ dated 3/ 8/05 4798 1788 6638 9069 | | | | 501.92 |
| 3/31/05 | | AP | 72930 | SAMS CLUB | Invoice 032505 dated 3/25/05 771 5 09 0281129577 | | | | 31.70 |
| 4/15/05 | | AP | 76777 | SOURDOUGH FUEL | Invoice 187856 dated 4/ 7/05 PO 103529 | | | | 932.14 |
| 4/19/05 | | AP | 85910 | US BANK-BANKCARD DIVISION | Invoice 040705TJ dated 4/ 7/05 4798 1788 6638 9069 | | | | 104.91 |
| 4/20/05 | | AP | 9853 | BANK OF AMERICA/DH | Invoice 040505DH dated 4/ 5/05 4003 9010 0056 2536 | | | | 255.98 |
| 4/30/05 | | AP | 9853 | BANK OF AMERICA/DH | Invoice 050505DH dated 5/ 5/05 4003 9010 0056 2536 | | | | 150.34 |
| 5/31/05 | | AP | 9853 | BANK OF AMERICA/DH | Invoice 060505DH dated 6/ 5/05 4003 9010 0056 2536 | | | | 172.13 |
| 5/31/05 | | AP | 72930 | SAMS CLUB | Invoice 052505 dated 5/25/05 7715090281129577 | | | | 35.12 |
| 5/31/05 | | AP | 83090 | TEXACO | Invoice 060405 dated 6/ 4/05 1360023244506 | | | | 117.76 |
| 5/31/05 | | AP | 85910 | US BANK-BANKCARD DIVISION | Invoice 060905TJ dated 6/ 9/05 4798 1788 6638 9069 | | | | 108.51 |

*Handwritten annotation: "Dick Delory" with arrow*

# STRAND HUNT CONSTRUCTION INC
## Job Cost History Report From Inception To 02/15/06
### Includes Posted Transactions Only

| UnPosted? | Date | Tran Type | Reference | Description | Additional Information | Hours | Quantity | Unit of Measure | Amount |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | |

**Job: 04007 JOINT SECURITY COMPLEX**
**Phase: 010-01415 FUEL & LUBE  Cost Type: M MATERIAL**

| Date | Tran Type | Reference | Description | Additional Information | Amount |
|---|---|---|---|---|---|
| 6/28/05 | AP | 15858 | MARK CARTON | Invoice 6/11/05 dated 6/11/05 REIMB EMPLOYEE EXPENSE | 413.04 |
| 6/30/05 | AP | 9853 | BANK OF AMERICA/DH | Invoice 070505DH dated 7/ 5/05 4003 9010 0056 2536 | 168.86 |
| 7/19/05 | AP | 85910 | US BANK-BANKCARD DIVISION | Invoice 071105TJ dated 7/11/05 4798 1788 6638 9069 | 932.79 |
| 7/25/05 | AP | 83090 | TEXACO | Invoice 070405 dated 7/ 4/05 13-600-2324-4 | 140.10 |
| 7/31/05 | AP | 9853 | BANK OF AMERICA/DH | Invoice 080505DH dated 8/ 5/05 4003 9010 0056 2536 | 245.23 |
| 7/31/05 | AP | 83090 | TEXACO | Invoice 080405 dated 8/ 4/05 13-600-2324-4 | 98.90 |
| 7/31/05 | AP | 85910 | US BANK-BANKCARD DIVISION | Invoice 080805TJ dated 8/ 8/05 4798 1788 6638 9069 | 323.23 |
| 8/31/05 | AP | 9853 | BANK OF AMERICA/DH | Invoice 090505 dated 9/ 5/05 | 324.35 |
| 8/31/05 | AP | 72930 | SAMS CLUB | Invoice 082505 dated 8/25/05 771 5 09 0281129577 | 461.00 |
| 8/31/05 | AP | 76777 | SOURDOUGH FUEL | Invoice 435998 dated 8/ 4/05 PO 104199 | 173.60 |
| 8/31/05 | AP | 76777 | SOURDOUGH FUEL | Invoice 535963 dated 8/ 2/05 PO 104199 | 1,083.48 |
| 9/22/05 | AP | 85910 | US BANK-BANKCARD DIVISION | Invoice 090805TJ dated 9/ 8/05 4798 1788 6638 9069 | 173.44 |
| 9/30/05 | AP | 72930 | SAMS CLUB | Invoice 092505 dated 9/25/05 771 5 09 0281129577 | 42.24 |
| 9/30/05 | AP | 76777 | SOURDOUGH FUEL | Invoice 180032 dated 7/19/05 PO 104302 | 951.32 |
| 9/30/05 | AP | 76777 | SOURDOUGH FUEL | Invoice 180032ADJ dated 9/19/05 PO 104302 | -10.89 |
| 10/19/05 | AP | 9853 | BANK OF AMERICA/DH | Invoice 100505DH dated 10/ 5/05 4003 9010 0056 2536 | 261.17 |
| 10/19/05 | AP | 85910 | US BANK-BANKCARD DIVISION | Invoice 100605TJ dated 10/ 6/05 4798 1786 6638 9069 | 120.26 |
| 10/31/05 | AP | 9853 | BANK OF AMERICA/DH | Invoice 110505DH dated 11/ 5/05 4003 9010 0056 2536 | 350.57 |
| 10/31/05 | AP | 85910 | US BANK-BANKCARD DIVISION | Invoice 110405TJ dated 11/ 4/05 4798 1788 6638 9069 | 67.22 |
| 12/31/05 | AP | 85910 | US BANK-BANKCARD DIVISION | Invoice 010606TJ dated 1/ 6/06 4798 1788 6638 9069 | 390.94 |

Subtotal for Phase: 010-01415 FUEL & LUBE  Cost Type: M MATERIAL    0.00    0.00    81,915.65

Total for Job: 04007 JOINT SECURITY COMPLEX    0.00    0.00    81,915.65

**Job 04007 Recap**

| Hours Amount | MATERIAL | Total |
|---|---|---|
| 010-01415 FUEL & LUBE | 0.00 | 0.00 |
| | 81,915.65 | 81,915.65 |
| Total | 0.00 | 0.00 |
| | 81,915.65 | 81,915.65 |

# STRAND HUNT CONSTRUCTION INC
## Job Cost History Report From Inception To 02/15/06
### Includes Posted Transactions Only

| UnPosted? | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| Date | Tran Type | Reference | Description | Additional Information | Hours | Quantity | Unit of Measure | Amount |

**Report Recap by Job**

Hours  Amount

| 04007 JOINT SECURITY COMPLEX | MATERIAL | 0.00 | | 81,915.65 |
|---|---|---|---|---|
| | Total | 0.00 | | 81,915.65 |

| Total | | 0.00 | | 81,915.65 |
|---|---|---|---|---|

142 records processed

**Report Totals**

| | 0.00 | 0.00 | | 81,915.65 |
|---|---|---|---|---|

Ex. 1, p. 40 of 56