| Report Selec | : | | |
|---|---|---|---|
| Job: | 04007 | Job St[illegible] | A |
| Phase: | 01001190 | Phase Status: | ALL |
| Cost Type: | ALL | Division: | ALL |
| Tran. Type: | ALL | Pre-Time Card Batch: | Not Applicable |
| Vendor: | ALL | Customer: | ALL |
| Employee: | ALL | Draw Appl. #: | ALL |
| Inv. Item: | ALL | | |

To analyse temp heat needed due to Dix Delay

**STRAND HUNT CONSTRUCTION INC**
**Job Cost History Report From Inception To 02/15/06**
**Includes Posted Transactions Only**

UnPosted?

| Date | Tran Type | Reference | Description | Additional Information | Hours | Quantity | Unit of Measure | Amount |
|---|---|---|---|---|---|---|---|---|
| **Job: 04007 JOINT SECURITY COMPLEX** | | | | | | | | |
| **Phase: 010-01190 TEMP HEAT Cost Type: L LABOR** | | | | | | | | |
| 1/1/05 | PR | 4540 | MARKUS GERLITZ | Check# 63528 | 15.00 | | | 833.73 |
| 1/1/05 | PR | 5290 | ELY D HOLMES | Check# 63530 | 16.00 | | | 611.18 |
| 1/22/05 | PR | 575 | BUCKLEY T ANDREWS | Check# 63718 | 24.00 | | | 1,333.98 |
| 1/22/05 | PR | 614 | LOUIS B BELTZ | Check# 63719 | 32.00 | | | 1,457.93 |
| 1/22/05 | PR | 655 | JEFFREY R BIZZARRO | Check# 63720 | 24.00 | | | 1,333.98 |
| 1/22/05 | PR | 828 | ZACK DANIEL CARLSON | Check# 63721 | 36.00 | | | 1,689.08 |
| 1/22/05 | PR | 1610 | RONALD S CLUCHEY | Check# 63722 | 24.00 | | | 1,462.09 |
| 1/22/05 | PR | 5290 | ELY D HOLMES | Check# 63725 | 9.00 | | | 354.01 |
| 1/22/05 | PR | 8700 | HUDSON CHANCE MITCHELL | Check# 63728 | 32.00 | | | 1,490.52 |
| 1/22/05 | PR | 10200 | EDWARD F PUGLIESE | Check# 63730 | 32.00 | | | 1,778.65 |
| 1/22/05 | PR | 11200 | TIMOTHY ALAN REESE | Check# 63731 | 44.00 | | | 1,453.15 |
| 1/22/05 | PR | 12383 | HERBERT L SOLOMON | Check# 63734 | 32.00 | | | 1,386.26 |
| 1/22/05 | PR | 12500 | JAMES EDWARD STEWARD | Check# 63735 | 29.00 | | | 1,611.89 |
| 1/22/05 | PR | 15277 | PAUL M YALCH | Check# 63737 | 49.00 | | | 2,887.94 |
| 6/4/05 | PR | 828 | ZACK DANIEL CARLSON | Check# 64872 | 8.00 | | | 370.81 |
| 6/4/05 | PR | 2520 | DAVID W. DEVORE | Check# 64874 | 7.00 | | | 420.93 |
| 6/11/05 | PR | 828 | ZACK DANIEL CARLSON | Check# 64912 | 6.00 | | | 278.11 |
| 7/9/05 | PR | 828 | ZACK DANIEL CARLSON | Check# 65059 | 11.00 | | | 509.86 |
| 7/9/05 | PR | 4480 | GIRARD J GAUL | Check# 65065 | 13.00 | | | 626.24 |
| 7/9/05 | PR | 6510 | TIMOTHY K KELTNER | Check# 65068 | 10.00 | | | 489.56 |
| **Subtotal for Phase: 010-01190 TEMP HEAT Cost Type: L LABOR** | | | | | 453.00 | 0.00 | | 22,379.90 |
| **Phase: 010-01190 TEMP HEAT Cost Type: M MATERIAL** | | | | | | | | |
| 10/31/04 | AP | 3325 | AK INDUSTRIAL HARDWARE INC | Invoice 489881 dated 9/24/04 PO 102982 | | | | 217.28 |
| 11/30/04 | AP | 72930 | SAMS CLUB | Invoice 112504 dated 11/25/04 771 5 09 0281129577 | | | | 33.45 |
| 11/30/04 | AP | 85910 | US BANK-BANKCARD DIVISION | Invoice 120804TJ dated 12/ 8/04 4798 1788 6638 9069 | | | | 131.96 |
| 12/23/04 | AP | 38905 | HOME DEPOT CREDIT SERVICES | Invoice 121304 dated 12/13/04 6035 3225 0271 7105 | | | | 336.39 |
| 12/31/04 | AP | 2940 | AIRPORT EQUIP RENTALS INC | Invoice 109023301 dated 12/30/04 PO 103287 | | | | 210[illegible] |
| 12/31/04 | AP | 52782 | MECHANICAL CONSTRUCTION & | Invoice 630 dated 12/28/04 | | | | [illegible] |
| 1/31/05 | AP | 3325 | AK INDUSTRIAL HARDWARE INC | Invoice 833797 dated 1/ 7/05 PO 103245 | | | | [illegible] |
| 1/31/05 | AP | 3325 | AK INDUSTRIAL HARDWARE INC | Invoice 834075 dated 1/10/05 PO 103246 | | | | [illegible] |
| 1/31/05 | AP | 3915 | ALASKA RUBBER & RIGGING , INC | Invoice 44615 dated 1/11/05 PO 103265 | | | | 750.48 |
| 1/31/05 | AP | 3915 | ALASKA RUBBER & RIGGING , INC | Invoice 45005 dated 1/17/05 PO 103271 | | | | 2,660.82 |
| 1/31/05 | AP | 3915 | ALASKA RUBBER & RIGGING , INC | Invoice 45485 dated 1/25/05 PO 103275 | | | | 834.00 |
| 1/31/05 | AP | 85910 | US BANK-BANKCARD DIVISION | Invoice 020705TJ dated 2/ 7/05 4798 1788 6638 9069 | | | | 41.45 |

caused STK Dix labor for temp heat ⇒ $19,834

Dix material for temp heat

# STRAND HUNT CONSTRUCTION INC
## Job Cost History Report From Inception To 02/15/06
## Includes Posted Transactions Only

UnPosted?

| Date | Tran Type | Reference | Description | Additional Information | Hours | Quantity | Unit of Measure | Amount |
|---|---|---|---|---|---|---|---|---|
| **Job: 04007 JOINT SECURITY COMPLEX** | | | | | | | | |
| **Phase: 010-01190 TEMP HEAT Cost Type: M MATERIAL** | | | | | | | | |
| 2/27/05 | AP | 2940 | AIRPORT EQUIP RENTALS INC | Invoice 109096601 dated 1/15/05 PO 103255 | | | | 1,170.00 |
| 2/27/05 | AP | 2940 | AIRPORT EQUIP RENTALS INC | Invoice 109217901 dated 2/ 9/05 PO 103483 | | | | 97.00 |
| 2/27/05 | AP | 3325 | AK INDUSTRIAL HARDWARE INC | Invoice 834080 dated 1/19/05 PO 103248 | | | | 958.00 |
| 2/27/05 | AP | 31575 | FRONTIER PLUMBING SUPPLY, INC | Invoice 1112669 dated 1/21/05 PO 103584 | | | | 6,750.00 |
| 2/27/05 | AP | 31575 | FRONTIER PLUMBING SUPPLY, INC | Invoice 1113409 dated 1/27/05 PO 2250 | | | | 2,250.00 |
| 2/27/05 | AP | 87730 | UNITED RENTALS | Invoice 45667264001 dated 1/26/05 PO 103270 | | | | 1,820.36 |
| 5/31/05 | AP | 3915 | ALASKA RUBBER & RIGGING , INC | Invoice 52818 dated 5/18/05 PO 103870 | | | | 68.00 |
| **Subtotal for Phase: 010-01190 TEMP HEAT Cost Type: M MATERIAL** | | | | | 0.00 | 0.00 | | 21,387.81 |
| **Total for Job: 04007 JOINT SECURITY COMPLEX** | | | | | 453.00 | 0.00 | | 43,767.71 |

Dix

All invoices relate to Dix time period

**Job 04007 Recap**

| *Hours* **Amount** | LABOR | MATERIAL | Total |
|---|---|---|---|
| 010-01190 TEMP HEAT | *453.00* 22,379.90 | *0.00* 21,387.81 | *453.00* 43,767.71 |
| Total | *453.00* 22,379.90 | *0.00* 21,387.81 | *453.00* 43,767.71 |

**Ex. 1, p. 42 of 56**

# STRAND HUNT C[illegible]STRUCTION INC

## Job Cost History Report From Inception To 02/15/06

## Includes Posted Transactions Only

UnPosted?

| Date | Tran Type | Reference | Description | Additional Information | Hours | Quantity | Unit of Measure Amount |
|---|---|---|---|---|---|---|---|
| Report Recap by Job | | | 39 records processed | Report Totals | 453.00 | 0.00 | 43,767.71 |

*Hours*
**Amount**

| | LABOR | MATERIAL | Total |
|---|---|---|---|
| 04007 JOINT SECURITY COMPLEX | *453.00*<br>22,379.90 | *0.00*<br>21,387.81 | *453.00*<br>43,767.71 |
| **Total** | *453.00*<br>22,379.90 | *0.00*<br>21,387.81 | *453.00*<br>43,767.71 |

**Ex. 1, p. 43 of 56**

DATE: 02/09/05
TIME: 08:36:07

STRAND HUNT CONSTRUCTION INC
LABOR UNIT COST REPORT

PAGE: 1

JOB: 04007
CON. TYPE: ALL
DATE: 02/05/05

STATUS: A
DIVISION: ALL
YEAR: 05 PER: 02

PROJECT MGR: ALL
ESTIMATOR: ALL
WEEK: 01/30/05 - 02/05/05

QTY CT: L
LABOR CT: L

JOB #: 04007 JOINT SECURITY COMPLEX

| PHASE | DESCRIPTION | ESTIMATED HOURS | ESTIMATED COST | ESTIMATED QTY | U/M | ESTIMATED UNT CST | % COM | COST TO DATE | THIS WEEK HOURS | THIS WEEK COST | THIS WEEK QTY | THIS WEEK UNT CST | JOB TO DATE HOURS | HRS REM | JOB TO DATE COST | JOB TO DATE QTY | JOB TO DATE UNT CST | ACTUAL SAVINGS THIS WK | ACTUAL SAVINGS JTD | PROJ. |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 000-00001 | DESIGN SERVICES | | 6,502 | 15.0 | WK | 433.47 | 100 | 6,502 | | | | | 142 | | 6,502 | | | | | |
| 000-00006 | PROJECT MGR DESIGN | | 270 | 15.0 | WK | 18.00 | 100 | 270 | | | | | 10 | | 269 | | | | 1 | |
| 000-01001 | PRE-CONSTRUCTION MANA | | 10,622 | | | | 100 | 10,622 | | | | | 348 | | 10,621 | | | | 1 | |
| | MINOR GROUP: 000 | | 17,394 | | | | | 17,394 | | | | | 500 | | 17,392 | | | | 2 | |
| 010-01002 | SUPERINTENDENT-JOB | | 150,136 | 69.0 | WK | 2175.88 | 55 | 82,575 | 40 | 2,601 | | | 1,544 | | 82,299 | | | | 276 | |
| 010-01006 | PROJECT MANAGER - JOB | | 73,700 | 69.0 | WK | 1068.12 | 18 | 13,266 | | | | | 508 | | 13,447 | | | | 181- | |
| 010-01008 | FOREMAN | | 42,500 | 61.0 | WK | 696.72 | 87 | 36,975 | 32 | 1,781 | | | 614 | | 36,809 | | | | 166 | |
| 010-01012 | PROJECT ADMINISTRATOR | | 77,344 | 61.0 | WK | 1267.93 | 59 | 45,633 | 40 | 1,271 | | | 1,576 | | 45,351 | | | | 282 | |
| 010-01015 | CQC MGR | | 134,341 | 61.0 | WK | 2202.31 | 60 | 80,605 | 40 | 2,104 | | | 1,548 | | 80,533 | | | | 71 | |
| 010-01017 | FUTURE LABOR INCREASE | | 100,000 | | | | 12 | 12,000 | | | | | | | 11,956 | | | | 44 | |
| 010-01105 | SURVEYS | | 1,272 | | | | 100 | 1,272 | | | | | 18 | | 1,272 | | | | | |
| 010-01161 | PHOTOS, POSTAGE, COUR | | 961 | | | | 100 | 961 | | | | | 23 | | 961 | | | | | |
| 010-01190 | TEMP HEAT | | | | | | | | | | | | 398 | | 19,684 | | | | 19,684- | 19,684- |
| 010-01250 | WEATHER PROTECTION | | 150,000 | | | | 83 | 124,500 | 88 | 4,022 | | | 2,472 | | 124,369 | | | | 131 | |
| 010-01255 | TEMP FENCING | | 1,242 | | | | 100 | 1,242 | | | | | 25 | | 1,242 | | | | | |
| 010-01300 | MOB/DEMOB | 100 | 6,723 | 100.0 | HR | 67.23 | 100 | 6,723 | | | | | 133 | 33- | 6,723 | | | | | |
| 010-01310 | PROJECT SIGNS | 4 | 1 | 4.0 | HR | .25 | | | | | | | | 4 | | | | | | |
| 010-01400 | SAFETY COMPLIANCE | 64 | 152,391 | 64.0 | HR | 2381.11 | 52 | 79,243 | 40 | 2,085 | | | 1,621 | 1,557- | 79,865 | | | | 621- | |
| 010-01500 | DRUG TESTING | 2 | 205 | 2.0 | HR | 102.50 | 100 | 205 | | | | | | 2 | 205 | | | | | |
| 010-01505 | PARTNERING | 222 | - | 222.0 | HR | | | | | | | | | 222 | | | | | | |
| 010-01560 | FORKLIFT/STOCKING/CLE | 2,833 | 90,227 | 2833.0 | HR | 31.85 | 48 | 43,309 | 34 | 1,453 | | | 918 | 1,916 | 43,462 | | | | 153- | |
| | MINOR GROUP: 010 | 3,225 | 981,043 | | | | | 528,509 | 314 | 15,317 | | | 11,395 | 554 | 548,179 | | | | 19,669- | 19,684- |
| 020-02100 | CONCRETE UTILIDOR | | 161,685 | | | | 92 | 148,750 | | | | | 2,575 | | 148,198 | | | | 552 | |
| 020-02215 | EARTHWORK | | 7,280 | | | | 100 | 7,280 | | | | | 131 | | 7,280 | | | | | |
| | MINOR GROUP: 020 | | 168,965 | | | | | 156,030 | | | | | 2,706 | | 155,478 | | | | 552 | |
| 030-03101 | ALL CONCRETE WORK | | 12,430 | | | | 100 | 12,430 | | | | | 203 | | 12,430 | | | | | |
| 030-03202 | REBAR INSTALL | | 3,839 | | | | 100 | 3,839 | | | | | 65 | | 3,839 | | | | | |
| | MINOR GROUP: 030 | | 16,269 | | | | | 16,269 | | | | | 268 | | 16,268 | | | | | |
| 040-04220 | MASONRY | | 2,514 | | | | 100 | 2,514 | | | | | 35 | | 2,514 | | | | | |
| | MINOR GROUP: 040 | | 2,514 | | | | | 2,514 | | | | | 35 | | 2,514 | | | | | |
| 050-05351 | LIGHT GAUGE TRUSS INS | | 402,849 | | | | 93 | 374,650 | 35 | 1,947 | | | 6,247 | | 374,699 | | | | 49- | |
| 050-05504 | JOISTS & DECKING | | 7,271 | | | | 100 | 7,271 | | | | | 112 | | 7,271 | | | | | |
| 050-05594 | JOIST & DECKING | | 728 | | | | 100 | 728 | | | | | 10 | | 728 | | | | | |
| | MINOR GROUP: 050 | | 410,848 | | | | | 382,649 | 35 | 1,947 | | | 6,369 | | 382,698 | | | | 49- | |
| 070-07100 | WATERPROOF/VPR BARRIE | | 10,860 | | | | 101 | 10,969 | 2 | 110 | | | 248 | | 10,971 | | | | 111- | 111- |
| 070-07211 | SLAB INSO INSTALL | | 2,491 | | | | 100 | 2,491 | | | | | 40 | | 2,491 | | | | | |

Handwritten notes:

To analyze the total labor affected by cold weather from 10/1/05 – 2/5/05

17392

270395

1388211
~~[illegible]~~
− 17392
− 270395
~~[illegible]~~ Field labor
1100424
− 381888
718536 × .50%
=
$359,268 lost productivity due to DIX
From 10/3/04 – 2/5/05

DATE: 02/09/05
TIME: 08:36:07

STRAND HUNT CONSTRUCTION INC
LABOR UNIT COST REPORT

JOB: 04007
CON. TYPE: ALL
DATE: 02/05/05

STATUS: A
DIVISION: ALL
YEAR: 05 PER: 02

PROJECT MGR: ALL
ESTIMATOR: ALL
WEEK: 01/30/05 - 02/05/05

QTY CT: L
LABOR CT: L

JOB #: 04007 JOINT SECURITY COMPLEX

| PHASE | DESCRIPTION | ESTIMATED HOURS | ESTIMATED COST | ESTIMATED QTY | U/M | UNT CST | % COM | COST TO DATE | THIS WEEK HOURS | THIS WEEK COST | THIS WEEK QTY | THIS WEEK UNT CST | JOB TO DATE HOURS | HRS REM | JOB TO DATE COST | JOB TO DATE QTY | JOB TO DATE UNT CST | ACTUAL SAVINGS THIS WK | ACTUAL SAVINGS JTD | PROJ. |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 070-07212 | ALL STUDWORK | | 120,000 | | | | 75 | 90,000 | 221 | 12,044 | | | 1,668 | | 90,542 | | | | 542- | |
| 070-07215 | SOFFITS @ EXTERIOR WA | | 29,553 | | | | 79 | 23,347 | | | | | 403 | | 23,373 | | | | 26- | |
| 070-07217 | RIGID INSULATION | | 20,000 | | | | 63 | 12,600 | | | | | 234 | | 12,540 | | | | 60 | |
| 070-07218 | REMAINING INSULATION | | 40,000 | | | | 24 | 9,600 | | | | | 214 | | 9,594 | | | | 6 | |
| 070-07220 | ROOF BAFFLE WORK | | 25,000 | | | | 76 | 19,000 | | | | | 331 | | 19,045 | | | | 45- | |
| 070-07222 | SOFFIT/INSULATION @ B | | 15,000 | | | | 82 | 12,300 | | | | | 203 | | 12,327 | | | | 27- | |
| 070-07224 | INSTALL DOOR FRAMES O | | 12,500 | | | | | | | | | | | | | | | | | |
| MINOR GROUP: 070 | | | 275,404 | | | | | 180,306 | 223 | 12,154 | | | 3,340 | | 180,882 | | | | 685- | 111- |
| 100-10450 | LOUVERS | | 10,903 | | | | 76 | 8,286 | | | | | 134 | | 8,232 | | | | 54 | |
| 100-10522 | ACCESS FLOOR./SIGNS | 1,345 | | 1345.0 | HR | | | | | | | | | 1,345 | | | | | | |
| MINOR GROUP: 100 | | 1,345 | 10,903 | | | | | 8,286 | | | | | 134 | 1,345 | 8,232 | | | | 54 | |
| 150-15010 | MECHANICAL | | 48,616 | | | | 100 | 48,616 | | | | | 904 | | 48,616 | | | | | |
| 150-15015 | FIRE PROTECTION | | 170 | | | | 100 | 170 | | | | | 3 | | 170 | | | | | |
| MINOR GROUP: 150 | | | 48,786 | | | | | 48,786 | | | | | 907 | | 48,787 | | | | | |
| ** MAJOR GROUP: | | 4,570 | 1,932,126 | | | | | 1,340,743 | 572 | 29,419 | | | 25,653 | 1,899 | 1,360,430 | | | | 19,795- | 19,795- |
| *** SUB-TOTAL: | | 4,570 | 1,932,126 | | | | | 1,340,743 | 572 | 29,419 | | | 25,653 | 1,899 | 1,360,430 | | | | 19,795- | 19,795- |
| 170-17000 | BUYOUT | | | | | | | | | | | | | | | | | | | |
| MINOR GROUP: 170 | | | | | | | | | | | | | | | | | | | | |
| 998-05500 | MISC. STEEL ERECTION | | | | | | | | 24 | 1,424 | | | 24 | | 1,424 | | | | 1,424- | 1,424- |
| MINOR GROUP: 998 | | | | | | | | | 24 | 1,424 | | | 24 | | 1,424 | | | | 1,424- | 1,424- |
| 999-07000 | SHEETROCK INTERIOR LI | | | | | | | | | | | | | | | | | | | |
| 999-80000 | FINISH BLOCK WORK | | | | | | | | 16 | 933 | | | 86 | | 4,390 | | | | 4,390- | 4,390- |
| 999-80001 | CORE DRILLING FOR DEN | | | | | | | | 33 | 1,537 | | | 67 | | 3,976 | | | | 3,976- | 3,976- |
| 999-80002 | CORE DRILLING FOR ACC | | | | | | | | | | | | 48 | | 2,236 | | | | 2,236- | 2,236- |
| 999-90000 | DESIGN PROBLEM-AIR HO | | 11,192 | | | | 100 | 11,192 | | | | | 18 | | 1,029 | | | | 1,029- | 1,029- |
| 999-90001 | VENTILATION HOLES IN | | 3,534 | | | | 100 | 3,534 | | | | | 211 | | 11,192 | | | | | |
| | | | | | | | | | | | | | 68 | | 3,534 | | | | | |
| MINOR GROUP: 999 | | | 14,726 | | | | | 14,726 | 49 | 2,470 | | | 498 | | 26,357 | | | | 11,631- | 11,631- |
| ** MAJOR GROUP: | | | 14,726 | | | | | 14,726 | 73 | 3,894 | | | 522 | | 27,781 | | | | 13,055- | 13,055- |
| *** JOB TOTALS: | 04007 | 4,570 | 1,946,852 | | | | | 1,355,469 | 645 | 33,313 | | | 26,175 | 1,899 | 1,388,211 | | | | 32,850- | 32,850- |

DATE: 10/12/04
TIME: 15:33:23

STRAND HUNT CONSTRUCTION INC
LABOR UNIT COST REPORT

PAGE: 1

JOB: 04007
CON. TYPE: ALL
DATE: 10/09/04

STATUS: A
DIVISION: ALL
YEAR: 04 PER: 10

PROJECT MGR: ALL
ESTIMATOR: ALL
WEEK: 10/03/04 - 10/09/04

QTY CT: L
LABOR CT: L

JOB #: 04007 JOINT SECURITY COMPLEX

| PHASE | DESCRIPTION | ESTIMATED HOURS | ESTIMATED COST | ESTIMATED QTY | ESTIMATED U/M | ESTIMATED UNT CST | % COM | COST TO DATE | THIS WEEK HOURS | THIS WEEK COST | THIS WEEK QTY | THIS WEEK UNT CST | JOB TO DATE HOURS | JOB TO DATE HRS REM | JOB TO DATE COST | JOB TO DATE QTY | JOB TO DATE UNT CST | ACTUAL SAVINGS THIS WK | ACTUAL SAVINGS JTD | PROJ. |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 000-00001 | PRECON MGR DESIGN | | 22,295 | 15.0 | WK | 1486.33 | 29 | 6,466 | | | | | 142 | | 6,502 | | | | 36- | |
| 000-00006 | PROJECT MGR DESIGN | | 15,793 | 15.0 | WK | 1052.87 | 2 | 316 | | | | | 10 | | 269 | | | | 47 | |
| 000-01001 | PRE-CONSTRUCTION MANA | | 10,622 | | | | 100 | 10,622 | | | | | 348 | | 10,621 | | | | 1 | |
| | MINOR GROUP: 000 | | 48,710 | | | | | 17,403 | | | | | 500 | | 17,392 | | | | 12 | |
| 010-01002 | SUPERINTENDENT-JOB | | 145,426 | 69.0 | WK | 2107.62 | 30 | 43,628 | 64 | 3,673 | | | 864 | | 44,032 | | | | 404- | |
| 010-01006 | PROJECT MANAGER - JOB | | 169,833 | 69.0 | WK | 2461.35 | 2 | 3,397 | 20 | 518 | | | 141 | | 3,652 | | | | 255- | |
| 010-01008 | FIELD ENGINEER | | | 61.0 | WK | | | | | | | | | | | | | | | |
| 010-01012 | PROJECT ADMINISTRATOR | | 42,700 | 61.0 | WK | 700.00 | 57 | 24,339 | 40 | 1,216 | | | 885 | | 24,176 | | | | 163 | |
| 010-01015 | CQC MGR | | 88,450 | 61.0 | WK | 1450.00 | 53 | 46,879 | 56 | 3,012 | | | 868 | | 46,838 | | | | 40 | |
| 010-01017 | FUTURE LABOR INCREASE | | 100,000 | | | | | | | | | | | | | | | | | |
| 010-01105 | SURVEYS | | 1,272 | | | | 100 | 1,272 | | | | | 18 | | 1,272 | | | | | |
| 010-01161 | PHOTOS, POSTAGE, COUR | | | | | | | | | | | | 23 | | 961 | | | | 961- | 961- |
| 010-01250 | WEATHER PROTECTION | | | | | | | | 186 | 10,517 | | | 548 | | 30,065 | | | | 30,065- | 30,065- |
| 010-01255 | TEMP FENCING | | 1,242 | | | | 100 | 1,242 | | | | | 25 | | 1,242 | | | | | |
| 010-01300 | MOB/DEMOB | 100 | 7,500 | 100.0 | HR | 75.00 | 90 | 6,750 | | | | | 133 | 33- | 6,723 | | | | 27 | |
| 010-01310 | PROJECT SIGNS | 4 | 200 | 4.0 | HR | 50.00 | | | | | | | | 4 | | | | | | |
| 010-01400 | SAFETY COMPLIANCE | 64 | 85,244 | 64.0 | HR | 1331.94 | 52 | 44,327 | 40 | 2,004 | | | 912 | 848- | 44,263 | | | | 64 | |
| 010-01500 | DRUG TESTING | 2 | 70 | 2.0 | HR | 35.00 | 292 | 204 | | | | | | 2 | 205 | | | | 135- | 135- |
| 010-01505 | PARTNERING | 222 | - | 222.0 | HR | | | | | | | | | 222 | | | | | | |
| 010-01560 | PERIODIC CLEANUP | 2,833 | 127,489 | 2833.0 | HR | 45.00 | 3 | 3,825 | 33 | 1,534 | | | 90 | 2,743 | 4,106 | | | | 281- | |
| | MINOR GROUP: 010 | 3,225 | 769,426 | | | | | 175,862 | 439 | 22,475 | | | 4,506 | 2,090 | 207,535 | | | | 31,807- | 31,161- |
| 020-02100 | CONCRETE UTILIDOR | | 47,000 | | | | 261 | 122,670 | 266 | 14,704 | | | 2,141 | | 122,822 | | | | 75,822- | 75,822- |
| 020-02215 | EARTHWORK | | 3,637 | | | | 200 | 7,274 | 60 | 3,644 | | | 131 | | 7,280 | | | | 3,643- | 3,643- |
| | MINOR GROUP: 020 | | 50,637 | | | | | 129,944 | 326 | 18,348 | | | 2,272 | | 130,102 | | | | 79,465- | 79,465- |
| 030-03101 | ALL CONCRETE WORK | | 12,430 | | | | 100 | 12,430 | | | | | 203 | | 12,430 | | | | | |
| 030-03202 | REBAR INSTALL | | 3,839 | | | | 100 | 3,839 | | | | | 65 | | 3,839 | | | | | |
| | MINOR GROUP: 030 | | 16,269 | | | | | 16,269 | | | | | 268 | | 16,268 | | | | | |
| 040-04220 | MASONRY | | 668 | | | | 376 | 2,512 | | | | | 35 | | 2,514 | | | | 1,846- | 1,846- |
| | MINOR GROUP: 040 | | 668 | | | | | 2,512 | | | | | 35 | | 2,514 | | | | 1,846- | 1,846- |
| 050-05351 | LIGHT GAUGE TRUSS INS | | 134,250 | | | | 54 | 72,495 | 342 | 20,882 | | | 1,176 | | 72,796 | | | | 301- | |
| 050-05504 | JOISTS & DECKING | | | | | | | | 11 | 723 | | | 112 | | 7,271 | | | | 7,271- | 7,271- |
| 050-05594 | JOIST & DECKING | | 728 | | | | 100 | 728 | | | | | 10 | | 728 | | | | | |
| | MINOR GROUP: 050 | | 134,978 | | | | | 73,223 | 353 | 21,605 | | | 1,298 | | 80,795 | | | | 7,572- | 7,271- |
| 070-07211 | SLAB INSO INSTALL | | 2,491 | | | | 100 | 2,491 | | | | | 40 | | 2,491 | | | | | |
| | MINOR GROUP: 070 | | 2,491 | | | | | 2,491 | | | | | 40 | | 2,491 | | | | | |

17392

118,698

517978
- 17392
- 118698
381,888 total

Ex. 1, p. 46 of 56

```
TIME: 15:33:23                                  [REDACTED] CONSTRUCTION INC                                                  PAGE:   2
JOB: 04007                     STATUS: A                LABOR UNIT COST REPORT
CON. TYPE: ALL                 DIVISION: ALL            PROJECT MGR: ALL                                    QTY CT: L
DATE: 10/09/04                 YEAR: 04 PER: 10         ESTIMATOR: ALL                                      LABOR CT: L
                                                        WEEK: 10/03/04 - 10/09/04

JOB #:   04007   JOINT SECURITY COMPLEX

                                    ------ E S T I M A T E D ------    % COST   ---- T H I S  W E E K ----    ------ J O B  T O  D A T E ------   ACTUAL SAVINGS
PHASE        DESCRIPTION         HOURS    COST    QTY   U/M UNT CST   COM TO DATE  HOURS    COST  QTY UNT CST   HOURS  HRS REM    COST  QTY UNT CST  THIS WK    JTD     PROJ.

100-10450   LOUVERS                         903                       100    903                                                     903
100-10522   ACCESS FLOOR./SIGNS  1,345   60,528  1345.0 HR  45.00                                                 15    1,345        903
MINOR GROUP: 100                 1,345   61,431                                                                   15    1,345        903

150-15010   MECHANICAL                   48,616                       100  48,616                                904             48,616
150-15015   FIRE PROTECTION                 170                       100     170                                  3                170
MINOR GROUP: 150                         48,786                            48,786                                907             48,787

** MAJOR GROUP:                  4,570 1,133,396                          467,393  1,118  62,428               9,841   3,435   506,786         120,678-  119,743-
*** SUB-TOTAL:                   4,570 1,133,396                          467,393  1,118  62,428               9,841   3,435   506,786         120,678-  119,743-

170-17000   BUYOUT                       10,001
MINOR GROUP: 170                         10,001

999-90000   DESIGN PROBLEM-AIR HO
MINOR GROUP: 999                                                                                                 211            11,192          11,192-   11,192-
                                                                                                                 211            11,192          11,192-   11,192-

** MAJOR GROUP:                          10,001                                                                  211            11,192          11,192-   11,192-

*** JOB TOTALS:   04007          4,570 1,143,397                          467,393  1,118  62,428              10,052   3,435   517,978         131,870-  130,935-
```

Ex. 1, p. 47 of 56

*TO Analyse the labor in cold weather after 2/5/05*

(K)

DATE: 03/29/05
TIME: 13:12:30

STRAND HUNT CONSTRUCTION INC
LABOR UNIT COST REPORT

PAGE: 1

JOB: 04007
CON. TYPE: ALL
DATE: 03/26/05

STATUS: A
DIVISION: ALL
YEAR: 05 PER: 03

PROJECT MGR: ALL
ESTIMATOR: ALL
WEEK: 03/20/05 - 03/26/05

QTY CT: L
LABOR CT: L

JOB #: 04007 JOINT SECURITY COMPLEX

| PHASE | DESCRIPTION | ESTIMATED HOURS | ESTIMATED COST | ESTIMATED QTY | U/M | UNT CST | % COM | COST TO DATE | THIS WEEK HOURS | THIS WEEK COST | THIS WEEK QTY | THIS WEEK UNT CST | JOB TO DATE HOURS | HRS REM | JOB TO DATE COST | JOB TO DATE QTY | JOB TO DATE UNT CST | ACTUAL SAVINGS THIS WK | JTD | PROJ. |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 000-00001 | DESIGN SERVICES | | 6,502 | 15.0 | WK | 433.47 | 100 | 6,502 | | | | | 142 | | 6,502 | | | | | |
| 000-00006 | PROJECT MGR DESIGN | | 270 | 15.0 | WK | 18.00 | 100 | 270 | | | | | 10 | | 269 | | | | 1 | |
| 000-01001 | PRE-CONSTRUCTION MANA | | 10,622 | | | | 100 | 10,622 | | | | | 348 | | 10,621 | | | | 1 | |
| | MINOR GROUP: 000 | | 17,394 | | | | | 17,394 | | | | | 500 | | 17,392 | | | | 2 | |
| 010-01002 | SUPERINTENDENT-JOB | | 150,136 | 69.0 | WK | 2175.88 | 67 | 100,591 | 40 | 2,601 | | | 1,824 | | 100,505 | | | | 86 | |
| 01006 | PROJECT MANAGER - JOB | | 73,700 | 69.0 | WK | 1068.12 | 18 | 13,266 | | | | | 508 | | 13,447 | | | | 181- | |
| 01008 | FOREMAN | | 42,500 | 61.0 | WK | 696.72 | 133 | 56,525 | 50 | 2,987 | | | 948 | | 56,579 | | | | 14,079- | 14,079- |
| 010-01012 | PROJECT ADMINISTRATOR | | 77,344 | 61.0 | WK | 1267.93 | 70 | 54,141 | 40 | 1,262 | | | 1,856 | | 54,191 | | | | 50- | |
| 010-01015 | CQC MGR | | 134,341 | 61.0 | WK | 2202.31 | 71 | 95,382 | 40 | 2,104 | | | 1,828 | | 95,258 | | | | 124 | |
| 010-01017 | FUTURE LABOR INCREASE | | 100,000 | | | | 12 | 12,000 | | | | | | | 11,956 | | | | 44 | |
| 010-01105 | SURVEYS | | 1,272 | | | | 100 | 1,272 | | | | | 18 | | 1,272 | | | | | |
| 010-01161 | PHOTOS, POSTAGE, COUR | | 961 | | | | 100 | 961 | | | | | 23 | | 961 | | | | | |
| 010-01190 | TEMP HEAT | | | | | | | | | | | | 398 | | 19,684 | | | | 19,684- | 19,684- |
| 010-01250 | WEATHER PROTECTION | | 150,000 | | | | 108 | 162,000 | 101 | 4,878 | | | 3,274 | | 161,412 | | | | 11,412- | 11,412- |
| 010-01255 | TEMP FENCING | | 1,242 | | | | 100 | 1,242 | | | | | 25 | | 1,242 | | | | | |
| 010-01300 | MOB/DEMOB | 100 | 6,723 | 100.0 | HR | 67.23 | 100 | 6,723 | | | | | 133 | 33- | 6,723 | | | | | |
| 010-01310 | PROJECT SIGNS | 4 | 1 | 4.0 | HR | .25 | | | | | | | | 4 | | | | | | |
| 010-01400 | SAFETY COMPLIANCE | 64 | 152,391 | 64.0 | HR | 2381.11 | 62 | 94,482 | 40 | 2,085 | | | 1,901 | 1,837- | 94,463 | | | | 20 | |
| 010-01500 | DRUG TESTING | 2 | 205 | 2.0 | HR | 102.50 | 100 | 205 | | | | | | 2 | 205 | | | | | |
| 010-01505 | PARTNERING | 222 | - | 222.0 | HR | | | | | | | | | 222 | | | | | | |
| 010-01560 | FORKLIFT/STOCKING/CLE | 2,833 | 90,227 | 2833.0 | HR | 31.85 | 74 | 66,768 | 100 | 4,562 | | | 1,438 | 1,395 | 66,431 | | | | 337 | |
| | MINOR GROUP: 010 | 3,225 | 981,043 | | | | | 665,558 | 411 | 20,479 | | | 14,172 | 247- | 684,329 | | | | 44,795- | 45,175- |
| 020-02100 | CONCRETE UTILIDOR | | 161,685 | | | | 92 | 148,750 | | | | | 2,575 | | 148,198 | | | | 552 | |
| 020-02215 | EARTHWORK | | 7,280 | | | | 100 | 7,280 | | | | | 131 | | 7,280 | | | | | |
| | MINOR GROUP: 020 | | 168,965 | | | | | 156,030 | | | | | 2,706 | | 155,478 | | | | 552 | |
| 03101 | ALL CONCRETE WORK | | 12,430 | | | | 100 | 12,430 | | | | | 203 | | 12,430 | | | | | |
| -03202 | REBAR INSTALL | | 3,839 | | | | 100 | 3,839 | | | | | 65 | | 3,839 | | | | | |
| | MINOR GROUP: 030 | | 16,269 | | | | | 16,269 | | | | | 268 | | 16,268 | | | | | |
| 040-04220 | MASONRY | | 2,514 | | | | 100 | 2,514 | | | | | 35 | | 2,514 | | | | | |
| | MINOR GROUP: 040 | | 2,514 | | | | | 2,514 | | | | | 35 | | 2,514 | | | | | |
| 050-05351 | LIGHT GAUGE TRUSS INS | | 402,849 | | | | 106 | 427,020 | 32 | 1,855 | | | 7,176 | | 428,519 | | | | 25,670- | 25,670- |
| 050-05504 | JOISTS & DECKING | | 7,271 | | | | 100 | 7,271 | | | | | 112 | | 7,271 | | | | | |
| 050-05594 | JOIST & DECKING | | 728 | | | | 100 | 728 | | | | | 10 | | 728 | | | | | |
| | MINOR GROUP: 050 | | 410,848 | | | | | 435,019 | 32 | 1,855 | | | 7,298 | | 436,518 | | | | 25,670- | 25,670- |
| 070-07100 | WATERPROOF/VPR BARRIE | | 10,860 | | | | 144 | 15,638 | | | | | 362 | | 15,638 | | | | 4,778- | 4,778- |
| 070-07150 | INSULATION | | | | | | | | | | | | 142 | | 5,936 | | | | 5,936- | 5,936- |

Handwritten notes:

44

17392

331936

2/5/05 DN 5 cost

382,698

- 436,518

53,820 more

mansard labor outside in the cold due to no heated bays

X 50%

= $26,910 lost due to cold due to DJR delay

DATE: 03/29/05
TIME: 13:12:30

STRAND HUNT CONSTRUCTION INC
LABOR UNIT COST REPORT

JOB: 04007
CON. TYPE: ALL
DATE: 03/26/05

STATUS: A
DIVISION: ALL
YEAR: 05 PER: 03

PROJECT MGR: ALL
ESTIMATOR: ALL
WEEK: 03/20/05 - 03/26/05

QTY CT: L
LABOR CT: L

JOB #: 04007 JOINT SECURITY COMPLEX

| PHASE | DESCRIPTION | ESTIMATED HOURS | ESTIMATED COST | ESTIMATED QTY | U/M | UNT CST | % COM | COST TO DATE | THIS WEEK HOURS | THIS WEEK COST | THIS WEEK QTY | THIS WEEK UNT CST | JOB TO DATE HOURS | HRS REM | JOB TO DATE COST | JOB TO DATE QTY | JOB TO DATE UNT CST | ACTUAL SAVINGS THIS WK | ACTUAL SAVINGS JTD | PROJ. |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 070-07211 | SLAB INSO INSTALL | | 2,491 | | | | 100 | 2,491 | | | | | 40 | | 2,491 | | | | | |
| 070-07212 | ALL STUDWORK | | 120,000 | | | | 128 | 153,600 | 136 | 7,417 | | | 2,853 | | 153,889 | | | | 33,889- | 33,889- |
| 070-07215 | SOFFITS @ EXTERIOR WA | | 29,553 | | | | 79 | 23,347 | | | | | 403 | | 23,373 | | | | 26- | |
| 070-07217 | RIGID INSULATION | | 20,000 | | | | 63 | 12,600 | | | | | 234 | | 12,540 | | | | 60 | |
| 070-07218 | REMAINING INSULATION | | 40,000 | | | | 47 | 18,800 | 100 | 5,254 | | | 410 | | 18,903 | | | | 103- | |
| 070-07220 | ROOF BAFFLE WORK | | 25,000 | | | | 76 | 19,000 | | | | | 331 | | 19,045 | | | | 45- | |
| 070-07222 | SOFFIT/INSULATION @ B | | 15,000 | | | | 102 | 15,300 | | | | | 283 | | 15,272 | | | | 272- | 272- |
| 070-07224 | INSTALL DOOR FRAMES O | | 12,500 | | | | 83 | 10,375 | 52 | 3,107 | | | 194 | | 10,343 | | | | 32 | |
| MINOR GROUP: 070 | | | 275,404 | | | | | 271,151 | 288 | 15,777 | | | 5,251 | | 277,429 | | | | 44,957- | 44,875- |
| 072-07218 | EXTERIOR WALL INSULAT | | | | | | | | 60 | 2,982 | | | 164 | | 7,924 | | | | 7,924- | 7,924- |
| MINOR GROUP: 072 | | | | | | | | | 60 | 2,982 | | | 164 | | 7,924 | | | | 7,924- | 7,924- |
| 100-10450 | LOUVERS | | 10,903 | | | | 76 | 8,286 | | | | | 134 | | 8,232 | | | | 54 | |
| 100-10522 | ACCESS FLOOR./SIGNS | 1,345 | | 1345.0 | HR | | | | | | | | | 1,345 | | | | | | |
| MINOR GROUP: 100 | | 1,345 | 10,903 | | | | | 8,286 | | | | | 134 | 1,345 | 8,232 | | | | 54 | |
| 150-15010 | MECHANICAL | | 48,616 | | | | 100 | 48,616 | | | | | 904 | | 48,616 | | | | | |
| 150-15015 | FIRE PROTECTION | | 170 | | | | 100 | 170 | | | | | 3 | | 170 | | | | | |
| MINOR GROUP: 150 | | | 48,786 | | | | | 48,786 | | | | | 907 | | 48,787 | | | | | |
| ** MAJOR GROUP: | | 4,570 | 1,932,126 | | | | | 1,621,008 | 791 | 41,094 | | | 31,434 | 1,098 | 1,654,870 | | | | 122,738- | 123,644- |
| *** SUB-TOTAL: | | 4,570 | 1,932,126 | | | | | 1,621,008 | 791 | 41,094 | | | 31,434 | 1,098 | 1,654,870 | | | | 122,738- | 123,644- |
| 170-17000 | BUYOUT | | | | | | | | | | | | | | | | | | | |
| MINOR GROUP: 170 | | | | | | | | | | | | | | | | | | | | |
| 998-05500 | MISC. STEEL ERECTION | | | | | | | | | | | | 96 | | 5,455 | | | | 5,455- | 5,455- |
| MINOR GROUP: 998 | | | | | | | | | | | | | 96 | | 5,455 | | | | 5,455- | 5,455- |
| 999-07000 | SHEETROCK INTERIOR LI | | | | | | | | | | | | 86 | | 4,545 | | | | 4,545- | 4,545- |
| ~~999-07001~~ | ROOFERS FOR STARK LEW | | | | | | | | 141 | 7,959 | | | 545 | | 29,798 | | | | 29,798- | 29,798- |
| 999-08001 | CORE DRILLING FOR DEN | | | | | | | | 16 | 742 | | | 24 | | 1,113 | | | | 1,113- | 1,113- |
| 999-80000 | FINISH BLOCK WORK | | | | | | | | | | | | 279 | | 16,778 | | | | 16,778- | 16,778- |
| 999-80001 | CORE DRILLING FOR DEN | | | | | | | | | | | | 127 | | 6,075 | | | | 6,075- | 6,075- |
| 999-80002 | CORE DRILLING FOR ACC | | | | | | | | | | | | 32 | | 1,738 | | | | 1,738- | 1,738- |
| 999-80003 | CORE DRILL-ELECTRICAL | | | | | | | | | | | | 5 | | 232 | | | | 232- | 232- |
| 999-90000 | DESIGN PROBLEM-AIR HO | | 11,192 | | | | 100 | 11,192 | | | | | 211 | | 11,192 | | | | | |
| 999-90001 | VENTILATION HOLES IN | | 3,534 | | | | 100 | 3,534 | | | | | 68 | | 3,534 | | | | | |

Print code please

Just labor

03/29/05
TIME: 13:12:30

STRAND HUNT CONSTRUCTION INC
LABOR UNIT COST REPORT

JOB: 04007
CON. TYPE: ALL
DATE: 03/26/05

STATUS: A
DIVISION: ALL
YEAR: 05 PER: 03

PROJECT MGR: ALL
ESTIMATOR: ALL
WEEK: 03/20/05 - 03/26/05

QTY CT: L
LABOR CT: L

JOB #: 04007 JOINT SECURITY COMPLEX

| PHASE | DESCRIPTION | ESTIMATED HOURS | ESTIMATED COST | ESTIMATED QTY | ESTIMATED U/M | ESTIMATED UNT CST | % COM | COST TO DATE | THIS WEEK HOURS | THIS WEEK COST | THIS WEEK QTY | THIS WEEK UNT CST | JOB TO DATE HOURS | JOB TO DATE HRS REM | JOB TO DATE COST | JOB TO DATE QTY | JOB TO DATE UNT CST | ACTUAL SAVINGS THIS WK | ACTUAL SAVINGS JTD | PROJ. |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| MINOR GROUP: 999 | | | 14,726 | | | | | 14,726 | 157 | 8,701 | | | 1,376 | | 75,006 | | | | 60,279- | 60,279- |
| ** MAJOR GROUP: | | | 14,726 | | | | | 14,726 | 157 | 8,701 | | | 1,472 | | 80,461 | | | | 65,734- | 65,734- |
| *** JOB TOTALS: | 04007 | 4,570 | 1,946,852 | | | | | 1,635,734 | 948 | 49,795 | | | 32,905 | 1,098 | 1,735,331 | | | | 188,472- | 189,378- |