DATE: 02/17/06
TIME: 10:19:36

STRAND HUNT CONSTRUCTION INC
SUBCONTRACT ANALYSIS REPORT BY VENDOR

PAGE: 1

VENDOR: 93392 JOB: 04007 SUB #: ALL

| JOB DESCRIPTION | CONTRACT AMOUNT | TO BE BILLED | TOTAL BILLED | PAID | DISCOUNTS TAKEN | TOTAL BALANCE | RETENTION BALANCE |
|---|---|---|---|---|---|---|---|
| VENDOR: 93392 WESTWIND CONSTRUCTION PHONE: 907 451-9127 | | | | | | | |
| 04007 JOINT SECURITY COMPLEX | 34,470.00 | | 34,470.00 | 31,023.00 | | 3,447.00 | 3,447.00 |
| VENDOR TOTAL: | 34,470.00 | .00 | 34,470.00 | 31,023.00 | .00 | 3,447.00 | 3,447.00 |

END OF REPORT
1 RECORDS

| REPORT TOTALS: | 34,470.00 | .00 | 34,470.00 | 31,023.00 | .00 | 3,447.00 | 3,447.00 |
|---|---|---|---|---|---|---|---|

Performed Floor Overlayment of Defective Slab Work.

M

DATE: 02/17/06
TIME: 10:20:16

STRAND HUNT CONSTRUCTION INC
SUBCONTRACT ANALYSIS REPORT BY VENDOR

PAGE: 1

VENDOR: 93432 JOB: 04007 SUB #: ALL

| JOB DESCRIPTION | CONTRACT AMOUNT | TO BE BILLED | TOTAL BILLED | PAID | DISCOUNTS TAKEN | TOTAL BALANCE | RETENTION BALANCE |
|---|---|---|---|---|---|---|---|
| VENDOR: 93432 WESTERN MASONRY INC PHONE: 425 485-4873 | | | | | | | |
| 04007 JOINT SECURITY COMPLEX | 30,000.00 | 8,202.83 | 21,797.17 | 21,797.17 | | | |
| VENDOR TOTAL: | 30,000.00 | 8,202.83 | 21,797.17 | 21,797.17 | .00 | .00 | .00 |
| END OF REPORT | | | | | | | |
| 1 RECORDS | | | | | | | |
| REPORT TOTALS: | 30,000.00 | 8,202.83 | 21,797.17 | 21,797.17 | .00 | .00 | .00 |

Performed Masonry work to help SHC complete Dix's work

DATE: 02/16/06
TIME: 14:43:22

STRAND HUNT CONSTRUCTION INC
LABOR UNIT COST REPORT

JOB: 04007 STATUS: A PROJECT MGR: ALL QTY CT: L
CON. TYPE: ALL DIVISION: ALL ESTIMATOR: ALL LABOR CT: L
DATE: 02/11/06 YEAR: 06 PER: 02 WEEK: 02/05/06 - 02/11/06

JOB #: 04007 JOINT SECURITY COMPLEX

| PHASE | DESCRIPTION | ESTIMATED HOURS | ESTIMATED COST | ESTIMATED QTY | U/M | UNT CST | % COM | COST TO DATE | THIS WEEK HOURS | THIS WEEK COST | THIS WEEK QTY | THIS WEEK UNT CST | JOB TO DATE HOURS | HRS REM | JOB TO DATE COST | JOB TO DATE QTY | UNT CST | ACTUAL SAVINGS THIS WK | ACTUAL SAVINGS JTD | PROJ. |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 110-11192 | TOILET ACCESSORIES | | | | | | 100 | | | | | | 79 | | 4,621 | | | | 4,621- | 4,621- |
| 110-11195 | VAULT DOORS | | | | | | 100 | | | | | | 61 | | 3,586 | | | | 3,586- | 3,586- |
| | MINOR GROUP: 110 | | | | | | | | | | | | 140 | | 8,207 | | | | 8,207- | 8,207- |
| 150-15010 | MECHANICAL | | 48,616 | | | | 100 | 48,616 | | | | | 921 | | 49,597 | | | | 981- | 981- |
| 150-15015 | FIRE PROTECTION | | 170 | | | | 100 | 170 | | | | | 3 | | 170 | | | | | |
| | MINOR GROUP: 150 | | 48,786 | | | | | 48,786 | | | | | 924 | | 49,768 | | | | 981- | 981- |
| 160-16010 | ELECTRICAL COMPLETE | | | | | | 100 | | | | | | 56 | | 3,865 | | | | 3,865- | 3,865- |
| | MINOR GROUP: 160 | | | | | | | | | | | | 56 | | 3,865 | | | | 3,865- | 3,865- |
| ** MAJOR GROUP: | | 4,570 | 1,932,126 | | | | | 1,932,126 | 58 | 3,694 | | | 49,194 | 855- | 2,664,449 | | | | 732,324- | 732,324- |
| *** SUB-TOTAL: | | 4,570 | 1,932,126 | | | | | 1,932,126 | 58 | 3,694 | | | 49,194 | 855- | 2,664,449 | | | | 732,324- | 732,324- |
| 170-17000 | BUYOUT | | | | | | 100 | | | | | | | | | | | | | |
| | MINOR GROUP: 170 | | | | | | | | | | | | | | | | | | | |
| 202-02100 | UTILADOR MANHOLE | | | | | | 100 | | | | | | 47 | | 2,370 | | | | 2,370- | 2,370- |
| | MINOR GROUP: 202 | | | | | | | | | | | | 47 | | 2,370 | | | | 2,370- | 2,370- |
| 998-05500 | MISC. STEEL ERECTION | | | | | | 100 | | | | | | 96 | | 5,455 | | | | 5,455- | 5,455- |
| | MINOR GROUP: 998 | | | | | | | | | | | | 96 | | 5,455 | | | | 5,455- | 5,455- |
| 999-01000 | CLEANUP FOR SUB DENAL | | | | | | 100 | | | | | | 12 | | 542 | | | | 542- | 542- |
| 999-03001 | FLOOR PREP — DFP | | | | | | 100 | | | | | | 427 | | 19,869 ✓ | | | | 19,869- | 19,869- |
| 999-07000 | SHEETROCK INTERIOR LI | | 4,545 | | | | 100 | 4,545 | | | | | 86 | | 4,545 | | | | | |
| 999-07001 | ROOFERS FOR STARK LEW | | 73,486 | | | | 100 | 73,486 | | | | | 1,372 | | 73,486 | | | | | |
| 999-08001 | CORE DRILLING FOR DEN | | 4,294 | | | | 100 | 4,294 | | | | | 122 | | 5,859 | | | | 1,565- | 1,565- |
| 999-08002 | CORE DRILLING FOR ACC | | | | | | 100 | | | | | | 11 | | 524 | | | | 524- | 524- |
| 999-08004 | COREDRILLING FOR SUNA | | 654 | | | | 100 | 654 | | | | | 14 | | 654 | | | | | |
| 999-08006 | FIXING FLOOR SLABS — DFP | | | | | | 100 | | | | | | | | Ø ✓ | | | | | |
| 999-08007 | FIX DIX MASONRY PROBL — DM | | | | | | 100 | | | | | | | | | | | | | |
| 999-08008 | DIX CUT IN REGLET — DM | | | | | | 100 | | | | | | 29 | | 1,689 — | | | | 1,689- | 1,689- |
| 999-08009 | DIX FIX CONC FLR FOR — DFP | | | | | | 100 | | | | | | 87 | | 5,051 — | | | | 5,051- | 5,051- |
| 999-09016 | GRIND OUT MORTAR JOIN — DM | | | | | | 100 | | | | | | 913 | | 44,145 ✓ | | | | 44,145- | 44,145- |
| 999-09017 | FIX TRENCH DRAIN (DIX — DFP | | | | | | 100 | | | | | | 92 | | 4,818 — | | | | 4,818- | 4,818- |
| 999-09018 | BLK FACE ARND BLDG (D — DM | | | | | | 100 | | | | | | 41 | | 1,988 ✓ | | | | 1,988- | 1,988- |
| 999-80000 | FINISH BLOCK WORK — DM | | | | | | 100 | | | | | | 92 | | 4,728 — | | | | 4,728- | 4,728- |
| 999-80001 | CORE DRILLING FOR DEN | | 6,075 | | | | 100 | 6,075 | | | | | 279 | | 16,778 — | | | | 16,778- | 16,778- |
| | | | | | | | | | | | | | 127 | | 6,075 | | | | | |

— DM = Dix Masonry issues and fixes
✓ DFP = Dix Floor Problems

Direct labor costs for Dix fixes to masonry or to complete the masonry scope.

DATE: 02/16/06
TIME: 14:43:22

STRAND HUNT CONSTRUCTION INC
LABOR UNIT COST REPORT

JOB: 04007
CON. TYPE: ALL
DATE: 02/11/06

STATUS: A
DIVISION: ALL
YEAR: 06 PER: 02

PROJECT MGR: ALL
ESTIMATOR: ALL
WEEK: 02/05/06 - 02/11/06

QTY CT: L
LABOR CT: L

JOB #: 04007 JOINT SECURITY COMPLEX

| PHASE | DESCRIPTION | ESTIMATED HOURS | ESTIMATED COST | ESTIMATED QTY | ESTIMATED U/M | ESTIMATED UNT CST | % COM | COST TO DATE | THIS WEEK HOURS | THIS WEEK COST | THIS WEEK QTY | THIS WEEK UNT CST | JOB TO DATE HOURS | JOB TO DATE HRS REM | JOB TO DATE COST | JOB TO DATE QTY | JOB TO DATE UNT CST | ACTUAL SAVINGS THIS WK | ACTUAL SAVINGS JTD | PROJ. |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 999-80002 | CORE DRILLING FOR ACC | | 1,738 | | | | 100 | 1,738 | | | | | 32 | | 1,738 | | | | | |
| 999-80003 | CORE DRILL-ELECTRICAL | | 232 | | | | 100 | 232 | | | | | 5 | | 232 | | | | | |
| 999-90000 | DESIGN PROBLEM-AIR HO | | 11,192 | | | | 100 | 11,192 | | | | | 211 | | 11,192 | | | | | |
| 999-90001 | VENTILATION HOLES IN | | 3,534 | | | | 100 | 3,534 | | | | | 68 | | 3,534 | | | | | |
| 999-90002 | GENERATOR FIX | | | | | | 100 | | | | | | 38 | | 2,224 | | | | 2,224- | 2,224- |
| MINOR GROUP: 999 | | | 105,750 | | | | | 105,750 | | | | | 4,056 | | 209,673 | | | | 103,921- | 103,921- |
| ** MAJOR GROUP: | | | 105,750 | | | | | 105,750 | | | | | 4,199 | | 217,497 | | | | 111,746- | 111,746- |
| *** JOB TOTALS: | 04007 | 4,570 | 2,037,876 | | | | | 2,037,876 | 58 | 3,694 | | | 53,392 | 855- | 2,881,946 | | | | 844,070- | 844,070- |

DATE: 02/16/06
TIME: 14:43:21

STRAND HUNT CONSTRUCTION INC
LABOR UNIT COST REPORT

PAGE: 1

JOB: 04007
CON. TYPE: ALL
DATE: 02/11/06

STATUS: A
DIVISION: ALL
YEAR: 06 PER: 02

PROJECT MGR: ALL
ESTIMATOR: ALL
WEEK: 02/05/06 - 02/11/06

QTY CT: L
LABOR CT: L

JOB #: 04007 JOINT SECURITY COMPLEX

| PHASE | DESCRIPTION | ESTIMATED HOURS | ESTIMATED COST | ESTIMATED QTY | ESTIMATED U/M | ESTIMATED UNT CST | % COM | COST TO DATE | THIS WEEK HOURS | THIS WEEK COST | THIS WEEK QTY | THIS WEEK UNT CST | JOB TO DATE HOURS | JOB TO DATE HRS REM | JOB TO DATE COST | JOB TO DATE QTY | JOB TO DATE UNT CST | ACTUAL SAVINGS THIS WK | ACTUAL SAVINGS JTD | PROJ. |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 000-00001 | DESIGN SERVICES | | 6,502 | 15.0 | WK | 433.47 | 100 | 6,502 | | | | | 142 | | 6,502 | | | | | |
| 000-00006 | PROJECT MGR DESIGN | | 270 | 15.0 | WK | 18.00 | 100 | 270 | | | | | 10 | | 269 | | | | 1 | 1 |
| 000-01001 | PRE-CONSTRUCTION MANA | | 10,622 | | | | 100 | 10,622 | | | | | 348 | | 10,621 | | | | 1 | 1 |
| MINOR GROUP: 000 | | | | | | | | | | | | | 500 | | 17,392 | | | | | 2 |
| | | | 17,394 | | | | | 17,394 | | | | | | | | | | | 2 | |
| 002-02955 | ALL FENCING | | | | | | 100 | | | | | | | | | | | | | |
| MINOR GROUP: 002 | | | | | | | | | | | | | | | | | | | | |
| 010-01002 | SUPERINTENDENT-JOB | | 150,136 | 69.0 | WK | 2175.88 | 100 | 150,136 | | | | | 3,537 | | 211,829 | | | | 61,693- | 61,693- |
| 010-01003 | SUPER CLOSEOUT-WA | | | | | | 100 | | 18 | 840 | | | 790 | | 49,768 | | | | 49,768- | 49,768- |
| 010-01005 | SUPER CORPS ISSUES-WA | | | | | | | | | | | | | | | | | | | |
| 010-01006 | PROJECT MANAGER - JOB | | 73,700 | 69.0 | WK | 1068.12 | 100 | 73,700 | 40 | 2,854 | | | 1,668 | | 96,597 | | | | 22,897- | 22,897- |
| 010-01008 | FOREMAN | | 42,500 | 61.0 | WK | 696.72 | 100 | 42,500 | | | | | 1,206 | | 71,335 | | | | 28,835- | 28,835- |
| 010-01012 | PROJECT ADMINISTRATOR | | 77,344 | 61.0 | WK | 1267.93 | 100 | 77,344 | | | | | 2,932 | | 93,888 | | | | 16,544- | 16,544- |
| 010-01015 | CQC MGR | | 134,341 | 61.0 | WK | 2202.31 | 100 | 134,341 | | | | | 3,120 | | 215,446 | | | | 81,105- | 81,105- |
| 010-01017 | FUTURE LABOR INCREASE | | 100,000 | | | | 100 | 100,000 | | | | | | | 11,956 | | | | 88,044 | 88,044 |
| 010-01105 | SURVEYS | | 1,272 | | | | 100 | 1,272 | | | | | 18 | | 1,272 | | | | | |
| 010-01161 | PHOTOS, POSTAGE, COUR | | 961 | | | | 100 | 961 | | | | | 23 | | 961 | | | | | |
| 010-01190 | TEMP HEAT | | | | | | 100 | | | | | | 453 | | 22,380 | | | | 22,380- | 22,380- |
| 010-01200 | TEMP LIGHTS | | | | | | 100 | | | | | | 20 | | 1,054 | | | | 1,054- | 1,054- |
| 010-01250 | WEATHER PROTECTION | | 150,000 | | | | 100 | 150,000 | | | | | 3,222 | | 158,888 | | | | 8,888- | 8,888- |
| 010-01255 | TEMP FENCING | | 1,242 | | | | 100 | 1,242 | | | | | 25 | | 1,242 | | | | | |
| 010-01300 | MOB/DEMOB | 100 | 6,723 | 100.0 | HR | 67.23 | 100 | 6,723 | | | | | 311 | 211- | 14,887 | | | | 8,164- | 8,164- |
| 010-01310 | PROJECT SIGNS | 4 | 1 | 4.0 | HR | .25 | 100 | 1 | | | | | | 4 | | | | | 1 | 1 |
| 010-01400 | SAFETY COMPLIANCE | 64 | 152,391 | 64.0 | HR | 2381.11 | 100 | 152,391 | | | | | 2,684 | 2,620- | 134,243 | | | | 18,148 | 18,148 |
| 010-01500 | DRUG TESTING | 2 | 205 | 2.0 | HR | 102.50 | 100 | 205 | | | | | | 2 | 205 | | | | | |
| 010-01505 | PARTNERING | 222 | - | 222.0 | HR | | 100 | | | | | | | 222 | | | | | | |
| 010-01560 | FORKLIFT/STOCKING/CLE | 2,833 | 90,227 | 2833.0 | HR | 31.85 | 100 | 90,227 | | | | | 2,430 | 403 | 113,663 | | | | 23,436- | 23,436- |
| 010-01565 | FINAL CLEANUP | | | | | | 100 | | | | | | 1,607 | | 64,788 | | | | 64,788- | 64,788- |
| MINOR GROUP: 010 | | 3,225 | | | | | | | 58 | | | | 24,044 | | 1,264,402 | | | | | 283,359- |
| | | | 981,043 | | | | | 981,043 | | 3,694 | | | | 2,200- | | | | | 283,359- | |
| 020-02100 | CONCRETE UTILIDOR | | 161,685 | | | | 100 | 161,685 | | | | | 3,699 | | 209,943 | | | | 48,258- | 48,258- |
| 020-02202 | DUMPSTER ENCLOSURE | | | | | | 100 | | | | | | 12 | | 689 | | | | 689- | 689- |
| 020-02215 | EARTHWORK | | 7,280 | | | | 100 | 7,280 | | | | | 1,455 | | 77,540 | | | | 70,260- | 70,260- |
| 020-02955 | ALL FENCING | | | | | | 100 | | | | | | 32 | | 1,733 | | | | 1,733- | 1,733- |
| MINOR GROUP: 020 | | | | | | | | | | | | | 5,198 | | 289,905 | | | | | 120,940- |
| | | | 168,965 | | | | | 168,965 | | | | | | | | | | | 120,940- | |
| 030-03101 | ALL CONCRETE WORK | | 12,430 | | | | 100 | 12,430 | | | | | 451 | | 25,594 | | | | 13,164- | 13,164- |
| 030-03202 | REBAR INSTALL | | 3,839 | | | | 100 | 3,839 | | | | | 65 | | 3,839 | | | | | |
| MINOR GROUP: 030 | | | | | | | | | | | | | 516 | | 29,433 | | | | | 13,164- |
| | | | 16,269 | | | | | 16,269 | | | | | | | | | | | 13,164- | |
| 040-04220 | MASONRY | | 2,514 | | | | 100 | 2,514 | | | | | 73 | | 4,541 | | | | 2,027- | 2,027- |
| MINOR GROUP: 040 | | | | | | | | | | | | | 73 | | 4,541 | | | | | 2,027- |

DATE: 02/16/06
TIME: 14:43:22

STRAND HUNT CONSTRUCTION INC
LABOR UNIT COST REPORT

JOB: 04007
CON. TYPE: ALL
DATE: 02/11/06

STATUS: A
DIVISION: ALL
YEAR: 06 PER: 02

PROJECT MGR: ALL
ESTIMATOR: ALL
WEEK: 02/05/06 - 02/11/06

QTY CT: L
LABOR CT: L

JOB #: 04007 JOINT SECURITY COMPLEX

| PHASE | DESCRIPTION | ESTIMATED HOURS | ESTIMATED COST | ESTIMATED QTY | U/M | UNT CST | % COM | COST TO DATE | THIS WEEK HOURS | THIS WEEK COST | THIS WEEK QTY | THIS WEEK UNT CST | JOB TO DATE HOURS | HRS REM | JOB TO DATE COST | JOB TO DATE QTY | UNT CST | ACTUAL SAVINGS THIS WK | ACTUAL SAVINGS JTD | PROJ. |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | 2,514 | | | | | 2,514 | | | | | | | | | | | 2,027- | |
| 050-05120 | STRUCTURAL/MISC STEEL | | | | | | 100 | | | | | | 50 | | 3,055 | | | | 3,055- | 3,055- |
| 050-05351 | LIGHT GAUGE TRUSS INS | | 402,849 | | | | 100 | 402,849 | | | | | 7,227 | | 431,492 | | | | 28,643- | 28,643- |
| 050-05504 | JOISTS & DECKING | | 7,271 | | | | 100 | 7,271 | | | | | 112 | | 7,271 | | | | | |
| 050-05594 | JOIST & DECKING | | 728 | | | | 100 | 728 | | | | | 10 | | 728 | | | | | |
| MINOR GROUP: 050 | | | 410,848 | | | | | 410,848 | | | | | 7,399 | | 442,546 | | | | 31,698- | 31,698- |
| 060-06081 | MISC CASEWORK | | | | | | 100 | | | | | | 1,059 | | 59,440 | | | | 59,440- | 59,440- |
| MINOR GROUP: 060 | | | | | | | | | | | | | 1,059 | | 59,440 | | | | 59,440- | 59,440- |
| 070-07100 | WATERPROOF/VPR BARRIE | | 10,860 | | | | 100 | 10,860 | | | | | 416 | | 18,155 | | | | 7,295- | 7,295- |
| 070-07150 | INSULATION | | | | | | 100 | | | | | | 48 | | 1,950 | | | | 1,950- | 1,950- |
| 070-07211 | SLAB INSO INSTALL | | 2,491 | | | | 100 | 2,491 | | | | | 40 | | 2,491 | | | | | |
| 070-07212 | ALL STUDWORK | | 120,000 | | | | 100 | 120,000 | | | | | 3,991 | | 218,347 | | | | 98,347- | 98,347- |
| 070-07215 | SOFFITS @ EXTERIOR WA | | 29,553 | | | | 100 | 29,553 | | | | | 403 | | 23,373 | | | | 6,180 | 6,180 |
| 070-07217 | RIGID INSULATION | | 20,000 | | | | 100 | 20,000 | | | | | 234 | | 12,540 | | | | 7,460 | 7,460 |
| 070-07218 | REMAINING INSULATION | | 40,000 | | | | 100 | 40,000 | | | | | 1,145 | | 56,057 | | | | 16,057- | 16,057- |
| 070-07220 | ROOF BAFFLE WORK | | 25,000 | | | | 100 | 25,000 | | | | | 331 | | 19,045 | | | | 5,955 | 5,955 |
| 070-07222 | SOFFIT/INSULATION @ B | | 15,000 | | | | 100 | 15,000 | | | | | 283 | | 15,272 | | | | 272- | 272- |
| 070-07224 | INSTALL DOOR FRAMES O | | 12,500 | | | | 100 | 12,500 | | | | | 398 | | 22,515 | | | | 10,015- | 10,015- |
| 070-07225 | SOUND & FIRE CAULK | | | | | | 100 | | | | | | 804 | | 38,014 | | | | 38,014- | 38,014- |
| 070-07900 | ALL CAULKING ON PROJE | | | | | | 100 | | | | | | 22 | | 1,525 | | | | 1,525- | 1,525- |
| MINOR GROUP: 070 | | | 275,404 | | | | | 275,404 | | | | | 8,114 | | 429,282 | | | | 153,880- | 153,880- |
| 072-07218 | EXTERIOR WALL INSULAT | | | | | | 100 | | | | | | 230 | | 11,421 | | | | 11,421- | 11,421- |
| MINOR GROUP: 072 | | | | | | | | | | | | | 230 | | 11,421 | | | | 11,421- | 11,421- |
| 080-08110 | ALL DOORS/FR/HDWE | | | | | | 100 | | | | | | 27 | | 1,555 | | | | 1,555- | 1,555- |
| 080-08360 | OVERHEAD DOORS | | | | | | 100 | | | | | | 222 | | 12,225 | | | | 12,225- | 12,225- |
| MINOR GROUP: 080 | | | | | | | | | | | | | 249 | | 13,780 | | | | 13,780- | 13,780- |
| 090-09112 | FRAMING & DRYWALL | | | | | | 100 | | | | | | 399 | | 23,153 | | | | 23,153- | 23,153- |
| 090-09250 | CARPET & VCT | | | | | | 100 | | | | | | 14 | | 768 | | | | 768- | 768- |
| MINOR GROUP: 090 | | | | | | | | | | | | | 413 | | 23,921 | | | | 23,921- | 23,921- |
| 100-10445 | TOILET PARTITIONS | | | | | | 100 | | | | | | 69 | | 3,740 | | | | 3,740- | 3,740- |
| 100-10450 | LOUVERS | | 10,903 | | | | 100 | 10,903 | | | | | 144 | | 8,718 | | | | 2,185 | 2,185 |
| 100-10451 | CORNER GRDS | | | | | | 100 | | | | | | 67 | | 4,088 | | | | 4,088- | 4,088- |
| 100-10522 | ACCESS FLOOR./SIGNS | 1,345 | | 1345.0 | HR | | 100 | | | | | | | 1,345 | | | | | | |
| MINOR GROUP: 100 | | 1,345 | 10,903 | | | | | 10,903 | | | | | 280 | 1,345 | 16,545 | | | | 5,643- | 5,643- |