M. Gregory Oczkus
Greg Oczkus Law Office
430 W 7th Ave., Suite 202
Anchorage, Alaska. 99501
Telephone: (907) 276-6506
Facsimile: (907) 258-6902

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| STRAND HUNT CONSTRUCTION, INC., a Washington Corporation,<br><br>         Plaintiff,<br>v<br><br>DIX MASONRY, INC., an Alaskan corporation; DEBRA R. DIX; AND DENNIS R. DIX,<br><br>         Defendant. | Case No. A05-156 CIV<br><br>**Opposition to Entry of<br>Default Judgment** |

COME NOW Calm the Defendants, **Dix Masonry, Inc., Debra R. Dix, and DennisR. Dix,** by and through their attorney of record, M. Gregory Oczkus, and oppose entry of default judgment or a determination of any amount of default judgment until the court has ruled on the Motion to Vacate the Default filed March 10, 2006. If the Defendants' motion is granted, then the Motion for Default Judgment should not be considered by the court.

If this court does not vacate the default then the Defendants would request thirty days to respond and would request a hearing on the damages, all of which are disputed.

DATED this _____ day of March, 2006.

                Greg Oczkus Law Office
                Attorney for Defendants

                _____
                M. Gregory Oczkus
                AK Bar No. 7710145

F:\Dix\Documents\DefaultOpposition