IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| STRAND HUNT CONSTRUCTION, INC., a Washington Corporation,<br><br>         Plaintiff,<br>v<br><br>DIX MASONRY, INC., an Alaskan corporation; DEBRA R. DIX; AND DENNIS R. DIX,<br><br>         Defendant. | Case No.  A05-156 CIV<br><br><br>CERTIFICATE OF SERVICE |

COMES NOW, M. Gregory Oczkus of Greg Oczkus Law Offices and hereby certifies that on the 17th day of March, 2006, a copy of Opposition to Entry of Default Judgment was served electronically and via US Mail on Frank A. Pfiffner, 3900 C Street, Suite 1001, Anchorage, Alaska 99503-5931.

Dated:      3-20-06               s/     M. Gregory Oczkus
                                  Greg Oczkus Law Office
                                  430 W 7th Ave., Suite 202
                                  Anchorage, Alaska.  99501
                                  Telephone: (907) 276-6506
                                  Facsimile: (907) 258-6902
                                  gregmgolawoffice@acsalaska.net
                                  Alaska Bar No. 7710145

F:\Dix\Documents\Cert

In re; Strand v Dix                                   Case No. A-05-156 Civil