Frank A. Pfiffner
HUGHES BAUMAN PFIFFNER
GORSKI & SEEDORF, LLC
3900 C Street, Suite 1001
Anchorage, Alaska 99503
Telephone: (907) 274-7522
Facsimile: (907) 263-8320

Attorneys for Plaintiff
Strand Hunt Construction, Inc.

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| STRAND HUNT CONSTRUCTION, INC., a Washington corporation,<br><br>  Plaintiff,<br><br>vs.<br><br>DIX MASONRY, INC., an Alaska corporation; DEBRA R. DIX; and DENNIS R. DIX,<br><br>  Defendants. | Case No. A05-156 CV (JWS) |

## AFFIDAVIT OF SERVICE

| | |
|---|---|
| STATE OF ALASKA | ss. |
| THIRD JUDICIAL DISTRICT | |

Frank A. Pfiffner, being duly sworn, states that he is the attorney for plaintiff in this matter and is competent to testify in the matters herein after stated.

AFFIDAVIT OF SERVICE
Strand Hunt Construction, Inc. v. Dix Masonry, Inc., et al.
(1187-3022/237157)                Page 1 of 3

Exhibit A, Page 1 of 11

1. That the Summons in a Civil Action, Complaint, Demand for Jury Trial, Disclosures Statement, and Notice of Availability of United States Magistrate Judge to Exercise Jurisdiction were served by process server on Defendant Dennis R. Dix, individually, on August 5, 2005, as evidenced by the Return of Service attached hereto as Exhibit A.

2. That the Summons in a Civil Action, Complaint, Demand for Jury Trial, Disclosures Statement, and Notice of Availability of United States Magistrate Judge to Exercise Jurisdiction were served by process server on Defendant Dix Masonry, Inc., by service on Dennis R. Dix as an officer of the corporation, on August 5, 2005, as evidenced by the Return of Service attached hereto as Exhibit B.

3. That the Summons in a Civil Action, Complaint, Demand for Jury Trial, Disclosures Statement, and Notice of Availability of United States Magistrate Judge to Exercise Jurisdiction were served by process server on Defendant Debra R. Dix, individually, on August 5, 2005, as evidenced by the Return of Service attached hereto as Exhibit C.

Dated: 9-6-5

_____
Frank A. Pfiffner

SUBSCRIBED AND SWORN TO before me this 6th day of September, 2005.

OFFICIAL SEAL
State of Alaska
LINDY O. BOCKHORST
NOTARY PUBLIC
My Commission Expires Dec.25 2006

Lindy O Bockhorst
NOTARY PUBLIC in and for Alaska
My Commission Expires: 12-25-06

HUGHES BAUMAN PFIFFNER
GORSKI & SEEDORF, LLC
ATTORNEYS AT LAW
3900 C STREET
SUITE 1001
ANCHORAGE, ALASKA 99503
(907) 274-7522
(907) 263-8320 FAX

AFFIDAVIT OF SERVICE
Strand Hunt Construction, Inc. v. Dix Masonry, Inc., et al.
(1187-3022/237157)
Page 2 of 3

Exhibit A, Page 2 of 11

Certificate of Service

On the __6__ day of September, 2005,
a true and correct copy of the foregoing was
☑ mailed ☐ hand-delivered ☐ faxed to:

Dennis R. Dix, Individually and as
President of Dix Masonry
P.O. Box 128
Sterling, Alaska 99672

Debra R. Dix
35310 Rain Tree
Soldotna, Alaska 99669-9448

*[signature]*
Lindy O. Bockhorst

HUGHES BAUMAN PFIFFNER
GORSKI & SEEDORF, LLC
ATTORNEYS AT LAW
3900 C STREET
SUITE 1001
ANCHORAGE, ALASKA 99503
(907) 274-7522
(907) 263-8320 FAX

AFFIDAVIT OF SERVICE
*Strand Hunt Construction, Inc. v. Dix Masonry, Inc., et al.*
(1187-3022/237157)
Page 3 of 3

# EXHIBIT A

# RETURN OF SERVICE

Case Number:   A05-156 CV

STRAND HUNT CONSTRUCTION, INC.
    Plaintiff(s),
vs.
DIX MASONRY, INC., DEBRA DIX AND DENNIS R. DIX
    Defendant(s).

---

I certify that on 8/5/2005, at 3:00 PM, I served the following documents:

SUMMONS IN A CIVIL ACTION, COMPLAINT, DEMAND FOR JURY TRIAL, DISCLOSURES STATEMENT, NOTICE OF AVAILABLITY OF UNITED STATES MAGISTRATE JUDGE TO EXERCISE JURISDICTION

upon the therein named DENNIS R. DIX at WILDWOOD PRETRIAL, KENAI, ALASKA, by handing and leaving a true and correct copy with SHIFT SUPERVISOR, WILDWOOD PRETRIAL, AUTHORIZED TO ACCEPT SERVICE ON BEHALF OF DENNIS R. DIX.

JAIL AFFIDAVIT IS ATTACHED.

REBECCA J. HIBPSHMAN
Civilian Process Server

SUBSCRIBED AND SWORN to before me this August 10, 2005

Notary Public in and for the State of Alaska
My Commission Expires:   3/5/2009

| | |
|---|---|
| Client: | HUGHES BAUMAN, ET AL. |
| Client | FRANK PFIFFNER |
| File Number: | 1187-3022 |

**North Country Process, Inc.**
**P.O. Box 101126**
**Anchorage, Alaska 99510**
**Office: (907) 274-2023**
**Fax Line: (907) 274-2823**

NCPI@alaska.net

| | |
|---|---|
| Service Fee: | $35.00 |
| Mileage Fee: | $15.00 |
| Tax: | $2.50 |
| TOTAL: | $52.50 |

Return No.:   46635

Exhibit A, Page 5 of 11

Exhibit  A , Page  1  of  2
Case No.  A05-156 CV (JWS)

IN THE SUPERIOR COURT FOR THE STATE OF ALASKA
3RD JUDICIAL DISTRICT AT ANCHORAGE

STRAND HUNT CONSTRUCTION, INC. )
    Plaintiff )
vs. )   Case Number: A05-156 CV
    )
DIX MASONRY, INC., DEBRA DIX AND )
DENNIS R. DIX )
    Defendant )

### AFFIDAVIT OF PROOF OF SERVICE AT JAIL FACILITY

TO: Shift Supervisor at WILDWOOD PRETRIAL, KENAI, ALASKA

Pursuant to AS 09.05.050, please do the following:

a. Serve the above-named defendant, DENNIS R. DIX,
With the attached documents: SUMMONS IN A CIVIL ACTION, COMPLAINT, DEMAND FOR JURY TRIAL, DISCLOSURES STATEMENT, NOTICE OF AVAILABLITY OF UNITED STATES MAGISTRATE JUDGE TO EXERCISE JURISDICTION
b. Complete the "Affidavit of Proof of Service" below.

### AFFIDAVIT OF PROOF OF SERVICE

I am the Shift Supervisor at WILDWOOD PRETRIAL, KENAI, ALASKA

On _August 5_, 2005, I personally delivered the documents listed above to the above-named defendant, DENNIS R. DIX.

_____
Signature of Shift Supervisor

_____
Printed Name

Subscribed and sworn to or affirmed before me at Kenai, Alaska, on _August 5_, 2005.

_____ SEAL
Notary Public in and for the State of Alaska
My Commission Expires: _7/30/06_

CIV-140 (6/01)(st.2)
AFFIDAVIT OF PROOF OF SERVICE AT JAIL FACILITY   AS 09.05.050

Exhibit A, Page 6 of 11


Exhibit __A__, Page __2__ of __2__
Case No. __A05-156 CV (JWS)__

# EXHIBIT B

# RETURN OF SERVICE

Case Number:   A05-156 CV

STRAND HUNT CONSTRUCTION, INC.
    Plaintiff(s),
vs.
DIX MASONRY, INC., DEBRA DIX AND DENNIS R. DIX
    Defendant(s).

---

I certify that on 8/5/2005, at 3:00 PM, I served the following documents:

SUMMONS IN A CIVIL ACTION, COMPLAINT, DEMAND FOR JURY TRIAL, DISCLOSURES STATEMENT, NOTICE OF AVAILABLITY OF UNITED STATES MAGISTRATE JUDGE TO EXERCISE JURISDICTION

upon the therein named DENNIS R. DIX, CORPORATE OFFICE OF DIX MASONRY, INC. at WILDWOOD PRETRIAL, KENAI, ALASKA, by handing and leaving a true and correct copy with SHIFT SUPERVISOR, WILDWOOD PRETRIAL, AUTHORIZED TO ACCEPT SERVICE ON BEHALF OF DENNIS R. DIX.

JAIL AFFIDAVIT IS ATTACHED.

REBECCA J. HIBPSHMAN
Civilian Process Server

SUBSCRIBED AND SWORN to before me this August 10, 2005

Notary Public in and for the State of Alaska
My Commission Expires:   3/5/2009

| | |
|---|---|
| Client: | HUGHES BAUMAN, ET AL. |
| Client | FRANK PFIFFNER |
| File Number: | 1187-3022 |

**North Country Process, Inc.**
**P.O. Box 101126**
**Anchorage, Alaska 99510**
**Office: (907) 274-2023**
**Fax Line: (907) 274-2823**

NCPI@alaska.net

Service Fee:   $35.00

Tax:   $1.75
TOTAL:   $36.75

Return No.:   46634

Exhibit A, Page 8 of 11

Exhibit B, Page 1 of 2
Case No. A05-156 (JWS)

IN THE SUPERIOR COURT FOR THE STATE OF ALASKA
3RD JUDICIAL DISTRICT AT ANCHORAGE

| | |
|---|---|
| STRAND HUNT CONSTRUCTION, INC.<br>    Plaintiff<br>vs.<br><br>DIX MASONRY, INC., DEBRA DIX AND<br>DENNIS R. DIX<br>    Defendant | Case Number: A05-156 CV |

## AFFIDAVIT OF PROOF OF SERVICE AT JAIL FACILITY

TO: Shift Supervisor at WILDWOOD PRETRIAL, KENAI, ALASKA

Pursuant to AS 09.05.050, please do the following:

a. Serve the above-named defendant, DENNIS R. DIX,
   With the attached documents: SUMMONS IN A CIVIL ACTION, COMPLAINT, DEMAND FOR JURY TRIAL, DISCLOSURES STATEMENT, NOTICE OF AVAILABLITY OF UNITED STATES MAGISTRATE JUDGE TO EXERCISE JURISDICTION
b. Complete the "Affidavit of Proof of Service" below.

## AFFIDAVIT OF PROOF OF SERVICE

I am the Shift Supervisor at WILDWOOD PRETRIAL, KENAI, ALASKA

On _August 5_, 2005, I personally delivered the documents listed above to the above-named defendant, DENNIS R. DIX.

_____
Signature of Shift Supervisor

_____
Printed Name

Subscribed and sworn to or affirmed before me at Kenai, Alaska, on _August 5_, 2005.

_____ SEAL
Notary Public in and for the State of Alaska
My Commission Expires: _9/30/05_

CIV-140 (6/01)(st.2)
AFFIDAVIT OF PROOF OF SERVICE AT JAIL FACILITY   AS 09.05.050

Exhibit A, Page 9 of 11

Exhibit __B__, Page __2__ of __2__
Case No. __A05-156 (JWS)__

# EXHIBIT C

# RETURN OF SERVICE

Case Number: A05-156 CV

STRAND HUNT CONSTRUCTION, INC.
    Plaintiff(s),

vs.

DIX MASONRY, INC., DEBRA DIX AND DENNIS R. DIX
    Defendant(s).

---

I certify that on 8/5/2005, at 4:20 PM, I served the following documents:

SUMMONS IN A CIVIL ACTION, COMPLAINT, DEMAND FOR JURY TRIAL, DISCLOSURES STATEMENT, NOTICE OF AVAILABLITY OF UNITED STATES MAGISTRATE JUDGE TO EXERCISE JURISDICTION

upon the therein named DEBRA R. DIX at 35310 RAINTREE, SOLDOTNA, ALASKA, by handing and leaving a true and correct copy with DEBRA R. DIX.

REBECCA J. HIBPSHMAN
Civilian Process Server

SUBSCRIBED AND SWORN to before me this August 10, 2005

Notary Public in and for the State of Alaska
My Commission Expires: 3/5/2009

Client: HUGHES BAUMAN, ET AL.
Client: FRANK PFIFFNER
File Number: 1187-3022

**North Country Process, Inc.**
**P.O. Box 101126**
**Anchorage, Alaska 99510**
**Office: (907) 274-2023**
**Fax Line: (907) 274-2823**

NCPI@alaska.net

| | |
|---|---|
| Service Fee: | $35.00 |
| Mileage Fee: | $15.00 |
| Tax: | $1.00 |
| TOTAL: | $51.00 |

Return No.: 46636

Exhibit A, Page 11 of 11

Exhibit C, Page 1 of 1
Case No. A05-156 (JWS)