

Alaska Trial Court Cases

Home | CourtView Search | Name Index (Old System)

webmaster@courts.state.ak.us    CourtView Help

**Search Criteria**

Company Name: dix;

**Search Results**

51 record(s) found.

1-50 of 51    Next

Sort Results...    [        ]    Go

| Party | Affl | Party Type | D.O.B | Case Status | Case Number |
|---|---|---|---|---|---|
| Dix Masonary Inc | | DFNDT | | Open | 3AN-05-02902SC |
| DIX MASONRY INC | | DFNDT | | Closed | 3AN-05-14419CI |
| DIX MASONRY INC | | DFNDT | | Closed | 4FA-96-02312CI |
| DIX MASONRY INC | | DFNDT | | Closed | 4FA-97-00023CI |
| DIX MASONRY, ETAL | | AP | | Closed | 3AN-99-03405CI |
| DIX MASONRY, INC | | AE | | Closed | 4FA-04-00889CI |
| Dix Masonry, Inc | | DFNDT | | Closed | 4FA-05-00575SC |
| Dix Masonry, Inc., | | DFNDT | | Closed | 3AN-05-10057CI |
| Dix Masonry, Inc., | | DFNDT | | Reopened | 3AN-05-10909CI |
| Dix Masonry, Inc., | DBA | DFNDT | | Closed | 4FA-05-00575SC |
| Dix Masonry, Inc., | DBA | DFNDT | | Reopened | 4FA-05-00579SC |
| Dixie Lee And Vernon R Griffith | | TRUST | | Closed | 3AN-04-00256TR |
| DIXIE LEE AND VERNON R. GRIFFITH | | TRUST | | Closed | 3AN-04-00186TR |



Alaska Trial Court Cases

Home | CourtView Search | Name Index (Old System)

webmaster@courts.state.ak.us

CourtView Help

## Search Criteria

**Last Name:** dix*;  **First Name:** d;

## Search Results

1-50 of 151    Next

151 record(s) found.

Sort Results...          ▾ Go

| Party | Affl | Party Type | D.O.B | Case Status | Case Number |
|---|---|---|---|---|---|
| Dix, Darrel | | DFNDT | 07/23/1944 | Closed | 4FA-04-G066216 |
| Dix, Debbie | | DFNDT | | Open | 3AN-05-06121CI |
| Dix, Debbie R | | DFNDT | | Closed | 3AN-05-14419CI |
| Dix, Debra | | DFNDT | | Open | 3AN-05-06121CI |
| Dix, Debra | AKA | DFNDT | | Closed | 4FA-05-00575SC |
| Dix, Debra | | DFNDT | | Reopened | 4FA-05-00579SC |
| Dix, Debra R | | DFNDT | | Reopened | 3AN-05-10909CI |
| Dix, Dennis | | DFNDT | 11/19/1980 | Closed | 3AN-01T1141787 |
| Dix, Dennis | | DFNDT | 03/08/1964 | Closed | 3AN-03-08331CR |
| Dix, Dennis | | DFNDT | | Open | 3AN-05-06121CI |
| Dix, Dennis | | DFNDT | | Closed | 3PA-98-00357SC |
| Dix, Dennis | | DFNDT | 12/20/1955 | Closed | 4FA-01-01220CR |
| Dix, Dennis | | DFNDT | | Closed | 4FA-99-00214SC |
| Dix, Dennis C | | DFNDT | | Closed | 3AN-04-03882CI |
| Dix, Dennis C | | DFNDT | 03/08/1964 | Closed | 3PA-97-00861CR |

Exhibit B, Page 2 of 40

| | | | | |
|---|---|---|---|---|
| Dix, Dennis C | DFNDT | 03/08/1964 | Closed | 4FA-04-00975CR |
| Dix, Dennis C | DFNDT | 03/08/1964 | Closed | 4FA-99-02625CR |
| Dix, Dennis Craig | DFNDT | 03/08/1964 | Closed | 3AN-04-01190CR |
| Dix, Dennis Craig | DFNDT | 03/08/1964 | Closed | 3AN-06-02000CR |
| Dix II, Dennis R | DFNDT | 11/19/1980 | Closed | 3AN-01T1163527 |
| Dix II, Dennis R | DFNDT | 11/19/1980 | Closed | 3AN-02A1289584 |
| Dix, Dennis R | DFNDT | 11/19/1980 | Closed | 3AN-05-10057CI |
| Dix, Dennis R | DFNDT | | Reopened | 3AN-05-10909CI |
| Dix, Dennis R | DFNDT | | Closed | 3AN-05-14419CI |
| Dix, Dennis R | DFNDT | 11/19/1980 | Closed | 3AN-99A1190516 |
| Dix II, Dennis R | DFNDT | 12/20/1955 | Closed | 4FA-00D1003495 |
| Dix, Diane | PLNTF | | Closed | 3AN-91-00847CI |
| Dix, Diane L | PLNTF | | Closed | 3AN-83-02323CI |
| Dix, Drew D | PLNTF | | Closed | 4FA-91-01010SC |
| Dix, Drew D | PLNTF | | Closed | 4FA-92-00737SC |
| Dixen, Dixie | DFNDT | | Closed | 3AN-96-00627SC |
| Dixon, Dalana | DFNDT | | Closed | 3AN-99-09987CI |
| Dixon, Damon A | PLNTF | | Closed | 3AN-96-06073CI |
| Dixon, Daniel | DFNDT | 07/21/1981 | Closed | 3AN-00A1224577 |
| Dixon, Danielle | DFNDT | 12/19/1980 | Closed | 3AN-01A1263669 |
| Dixon, Danielle | PLNTF | | Closed | 3AN-92-010339CI |
| Dixon, Danielle | DFNDT | 12/19/1980 | Closed | 3PA-04-04095MO |
| Dixon, Danielle | DCDNT | | Closed | 3PA-96-00028CO |
| Dixon, Danielle R | DFNDT | 12/19/1980 | Closed | 3PA-04-04437MO |
| Dixon, Daniel T | DFNDT | 07/29/1981 | Closed | 3AN-99A1192118 |
| Dixon, Darlene | DFNDT | 02/07/1967 | Closed | 3AN-93-A904104 |
| Dixon, Darlene | PET | 02/07/1967 | Closed | 3AN-94-03784CI |
| Dixon, Darlene V | DFNDT | 02/07/1967 | Closed | 3AN-92-08610CR |
| Dixon, Darlene V | NN | | Closed | 3AN-94-01357CI |

| Last Name | First Name | M.I. | Case # |
|---|---|---|---|
| DIX | DEANNA | | 3KN-96-00091C1 |
| DIX | DEBBIE | R | 3KN-04-00595C1 |
| DIX | DEBBIE | R | 3KN-04-00823C1 |
| DIX | DEBBIE | | 3KN-04-00694C1 |
| DIX | DENNIS | | 3KN-04-00963C1 |
| DIX | DENNIS | | 3KN-03-01495CR |
| DIX | DENNIS | | 3KN-03-01495CR |
| DIX | DENNIS | | 3KN-03-01495CR |
| DIX | DENNIS | | 3KN-03-01495CR |
| DIX | DENNIS | | 3KN-03-01495CR |
| DIX | DENNIS | | 3KN-03-01495CR |
| DIX | DENNIS | | 3KN-03-01495CR |
| DIX | DENNIS | | 3KN-03-01495CR |
| DIX | DENNIS | | 3KN-03-01495CR |
| DIX | DENNIS | | 3KN-03-01495CR |
| DIX | DENNIS | | 3KN-03-01495CR |
| DIX | DENNIS | | 3KN-03-01495CR |
| DIX | DENNIS | | 3KN-03-01495CR |
| DIX | DENNIS | | 3KN-03-01495CR |
| DIX | DENNIS | | 3KN-03-01495CR |
| DIX | DENNIS | | 3KN-03-01495CR |
| DIX | DENNIS | | 3KN-03-01495CR |
| DIX | DENNIS | | 3KN-03-01495CR |
| DIX | DENNIS | | 3KN-03-01495CR |
| DIX | DENNIS | | 3KN-03-01495CR |
| DIX | DENNIS | | 3KN-03-01495CR |
| DIX | DENNIS | | 3KN-03-01495CR |

| | | | |
|---|---|---|---|
| ○ | DIX | DENNIS | 3KN-03-01495CR |
| ○ | DIX | DENNIS | 3KN-03-01495CR |
| ○ | DIX | DENNIS | 3KN-03-01495CR |
| ○ | DIX | DENNIS | 3KN-04-00595C1 |
| ○ | DIX | DENNIS | 3KN-04-00823C1 |
| ○ | DIX | DENNIS | 3KN-96-01012CR |
| ○ | DIX | DENNIS | 3KN-97-00317SC |

Records 1 - 30 (out of 123 Total)  [First]  [Next]  [Last]  [Skip To Record # -> ]

Return to Main Search Page

| | Last Name | First Name | M. I. | Case # |
|---|---|---|---|---|
| C | DIX | DENNIS | | 3KN-97-00317SC |
| C | DIX | DENNIS | C | 3KN-03-01159CR |
| C | DIX | DENNIS | C | 3KN-03-01159CR |
| C | DIX | DENNIS | C | 3KN-96-01044CR |
| C | DIX | DENNIS | C | 3KN-96-01044CR |
| C | DIX | DENNIS | C | 3KN-96-01633CR |
| C | DIX | DENNIS | C | 3KN-96-01633CR |
| C | DIX | DENNIS | C | 3KN-96-01633CR |
| C | DIX | DENNIS | C | 3KN-96-01633CR |
| C | DIX | DENNIS | C | 3KN-96-01633CR |
| C | DIX | DENNIS | C | 3KN-96-01633CR |
| C | DIX | DENNIS | C | 3KN-96-001116CR |
| C | DIX | DENNIS | C | 3SW-96-001116CR |
| C | DIX | DENNIS | R | 3HO-05-00304CR |
| C | DIX | DENNIS | R | 3HO-05-00304CR |
| C | DIX | DENNIS | R | 3KN-04-00045CR |
| C | DIX | DENNIS | R | 3KN-04-00079CR |
| C | DIX | DENNIS | R | 3KN-04-00096CR |
| C | DIX | DENNIS | R | 3KN-04-00694C1 |
| C | DIX | DENNIS | R | 3KN-04-00963C1 |
| C | DIX | DENNIS | R | 3KN-04-01805CR |
| C | DIX | DENNIS | R | 3KN-04-01805CR |
| C | DIX | DENNIS | R | 3KN-04-01805CR |
| C | DIX | DENNIS | R | 3KN-04-01805CR |
| C | DIX | DENNIS | R | 3KN-04-01805CR |
| C | DIX | DENNIS | R | 3KN-04-02896CR |

| | | | |
|---|---|---|---|
| C | DIX | DENNIS | R | 3KN-04-02897CR |
| C | DIX | DENNIS | R | 3KN-05-00006CR |
| C | DIX | DENNIS | R | 3KN-05-00006CR |
| C | DIX | DENNIS | R | 3KN-05-00006CR |
| C | DIX | DENNIS | R | 3KN-05-00006CR |
| C | DIX | DENNIS | R | 3KN-05-00006CR |
| C | DIX | DENNIS | R | 3KN-05-00006CR |
| C | DIX | DENNIS | R | 3KN-05-00006CR |
| C | DIX | DENNIS | R | 3KN-05-00006CR |

Records 31 - 60 (out of 123 Total)    First    Previous    Next    Last    Skip To Record # ->

Return to Main Search Page

| Last Name | First Name | M. I. | Case # |
|---|---|---|---|
| DIX | DENNIS | R | 3KN-05-00006CR |
| DIX | DENNIS | R | 3KN-05-00006CR |
| DIX | DENNIS | R | 3KN-05-00006CR |
| DIX | DENNIS | R | 3KN-05-00006CR |
| DIX | DENNIS | R | 3KN-05-00006CR |
| DIX | DENNIS | R | 3KN-05-00006CR |
| DIX | DENNIS | R | 3KN-05-00006CR |
| DIX | DENNIS | R | 3KN-05-00006CR |
| DIX | DENNIS | R | 3KN-05-00006CR |
| DIX | DENNIS | R | 3KN-05-00007CR |
| DIX | DENNIS | R | 3KN-05-00007CR |
| DIX | DENNIS | R | 3KN-05-00007CR |
| DIX | DENNIS | R | 3KN-05-00007CR |
| DIX | DENNIS | R | 3KN-05-00007CR |
| DIX | DENNIS | R | 3KN-05-00007CR |
| DIX | DENNIS | R | 3KN-05-00007CR |
| DIX | DENNIS | R | 3KN-05-00007CR |
| DIX | DENNIS | R | 3KN-05-002201SC |
| DIX | DENNIS | R | 3KN-05-00703CR |
| DIX | DENNIS | R | 3KN-05-00703CR |
| DIX | DENNIS | R | 3KN-05-00703CR |
| DIX | DENNIS | R | 3KN-97-01061CR |
| DIXON | DENNIS | R | 3GL-00-00002SC |
| DIXON | DALANA | D | 3GL-01-00182CR |
| DIXON | DALANA | D | 3GL-01-00182CR |
| DIXON | DALANA | D | 3GL-01-00182CR |
| DIXON | DALANA | D | 3GL-99-00053CR |
| DIXON | DALANA | D | 3GL-99-00053CR |

| | Last Name | First Name | M. I. | Case # |
|---|---|---|---|---|
| ○ | MASONARY INC | DIX | | 3KN-97-00317SC |
| ○ | MASONRY INC | DIX | | 3KN-05-00201SC |
| ○ | MASONRY, INC. | DIX | | 3KN-00-00129CI |

Records 1 - 3 (out of 3 Total)  First  Last  Skip To Record # →

Return to Main Search Page



Alaska Trial Court Cases

Home | CourtView Search | Name Index (Old System)

New Search...

CourtView Help

webmaster@courts.state.ak.us

| Summary | Parties | Events | Dockets | Fields | Notes | Disposition | Costs | TickIer |

**Civil Superior Ct (4FA) - Summary**

4FA-96-02312CI KIEWIT PACIFIC CO vs. FBKS GOLD MINING INC et al

Plaintiff(s)
KIEWIT PACIFIC CO

Defendant(s)
FBKS GOLD MINING INC

Attorney(s):
Viergutz, Herbert A
1029 W 3RD AVE STE 280

Attorney(s):

ANCHORAGE          AK          99501

(907)276-8010

CISOCT                                              Other Contract -Superior Court

Additional Fields

Award/Judgment Date (Pre-
Conversion)
Judge

Non Trial Judgment Amt (Pre-Conversion)

Trial Award Amount (Pre-Conversion)

Case Comments

## Case Attributes

| | |
|---|---|
| **Number** | 4FA-96-02312CI |
| **Status** | Closed |
| **Filed** | 10/04/1996 |
| **Incomplete** | ☐ |



# Alaska Trial Court Cases

Home | CourtView Search | Name Index (Old System)

webmaster@courts.state.ak.us

CourtView Help.

| Summary | **Parties** | Events | Dockets | Disposition | Costs |

New Search...

## Case Parties

4FA-96-02312CI KIEWIT PACIFIC CO vs. FBKS GOLD MINING INC et al

| Name | Type | Disposition |
|------|------|-------------|
| KIEWIT PACIFIC CO | Plaintiff | Special |
| FBKS GOLD MINING INC | Defendant | |
| MELBA CREEK MINING | Defendant | |
| Weiss, Vern T | Defendant | |
| LASALLE NAT'L TRUST | Defendant | |
| DIX MASONRY INC | Defendant | |
| LANDIS & GYR INC | Defendant | |
| HOLDEN CONST INC | Defendant | |
| GENSCO INC | Defendant | |
| MORRISON KNUDSEN COR | Defendant | |
| M/K FT KNOX PROJECT | Defendant | |



# Alaska Trial Court Cases

Home | CourtView Search | Name Index | Old System

webmaster@courts.state.ak.us

CourtView Help

New Search...

| Summary | Parties | Events | Dockets | Fields | Notes | Disposition | Costs | Tickler |

## Civil Superior Ct (4FA) - Summary

4FA-97-00023CI HOLDEN CONSTRUCTION vs. FBKS GOLD MINING et al

**Plaintiff(s)**
HOLDEN CONSTRUCTION

**Defendant(s)**
FBKS GOLD MINING

**Attorney(s):**
Watts, Grant E
701 W 8th Ave Suite 700
ANCHORAGE        AK        99501
(907)561-4222

**Attorney(s):**

CISFOR                                        Foreclosure -Superior Court

**Additional Fields**
Award/Judgment Date (Pre-
Conversion)
Judge

Non Trial Judgment Amt (Pre-Conversion)

Trial Award Amount (Pre-Conversion)

Case Comments

## Case Attributes

| | |
|---|---|
| **Number** | 4FA-97-00023CI |
| **Status** | Closed |
| **Filed** | 01/06/1997 |
| **Incomplete** | ☐ |



# Alaska Trial Court Cases

Home | CourtView Search | Name Index (Old System)

webmaster@courts.state.ak.us

CourtView Help

| Summary | Parties | Events | Dockets | Disposition | Costs |

New Search...

## Case Parties

4FA-97-00023CI HOLDEN CONSTRUCTION vs. FBKS GOLD MINING et al

| Name | Type | Disposition | Special |
|------|------|-------------|---------|
| HOLDEN CONSTRUCTION | Plaintiff | | |
| FBKS GOLD MINING | Defendant | | |
| MELBA CREEK MINING | Defendant | | |
| AK MENTAL HEALTH TR | Defendant | | |
| Weiss et al, Vern T | Defendant | | |
| LASALLE NATL TRUST | Defendant | | |
| DIX MASONRY INC | Defendant | | |

| Location: Kenai | | | Name: BARKER, MICHAELS, |
|---|---|---|---|
| DOB: | | | Case #: 3KN-97-00317SC |
| Case Type: Small Claims | | | Case Title: BARKER VS DIX |
| Attorney 1: | | | Date Filed: 09/30/1997 |
| Attorney 2: | | | Type Person: Plaintiff |

*Related civil records:*

| . *Last Name* | *First Name* | *M. I.* | *Case #* |
|---|---|---|---|
| ⊙ BARKER | MICHAELS | | 3KN-97-00317SC |
| ⊙ BARKER | TRACEYL | | 3KN-97-00317SC |
| ⊙ DIX | DENNIS | | 3KN-97-00317SC |
| ⊙ MASONARY INC | DIX | | 3KN-97-00317SC |

Back to Search Results

Return to Main Search Page

Exhibit B, Page 16 of 40



# Alaska Trial Court Cases

Home | CourtView Search | Name Index (Old System)

webmaster@courts.state.ak.us

CourtView Help

| Summary | Parties | Events | Dockets | Fields | Notes | Disposition | Costs | Tickler |

New Search...

## Small Claims (3PA) - Summary

3PA-98-00357SC Nugen's ranch vs. Dix, Dennis

**Plaintiff(s)**
Nugen's ranch

**Defendant(s)**
Dix, Dennis

**Attorney(s):**

**Attorney(s):**

SMC                                    Small Claims Prior to Conversion

**Additional Fields**

Award/Judgment Date (Pre-
Conversion)
Judge

Total Judgment Amt (Pre-Conversion)

Trial Award Amount (Pre-Conversion)

Case Comments

Case Attributes

Number        3PA-98-00357SC

Status        Closed

Filed         05/19/1998

Incomplete    ☐



Alaska Trial Court Cases

Home | CourtView Search | Name Index (Old System)

webmaster@courts.state.ak.us

CourtView Help

New Search...

Summary | Parties | Events | Dockets | Fields | Notes | Disposition | Costs | Ticker

## Small Claims (4FA) - Summary

4FA-99-00214SC NUGEN'S RANCH vs. Dix, Dennis

| Plaintiff(s) | Defendant(s) |
|---|---|
| NUGEN'S RANCH | Dix, Dennis |

**Attorney(s):**                    **Attorney(s):**

SMC                    Small Claims Prior to Conversion

**Additional Fields**

Award/Judgment Date (Pre-Conversion)         08/23/1999

Judge         Smith, William Ronald

Exhibit B, Page 19 of 40

Non Trial Judgment Amt (Pre-Conversion)

Trial Award Amount (Pre-Conversion)                1154.31

**Case Comments**

**Case Attributes**

**Number**        4FA-99-00214SC

**Status**        Closed

**Filed**         03/17/1999

**Incomplete**    ☐