

webmaster@courts.state.ak.us
Alaska Trial Court Cases
Home | CourtView Search | Name Index (Old System)
CourtView Help
New Search...
Summary
Parties
Events
Dockets
Fields
Notes
Disposition
Costs
Tickler

## Appeal Administrative (3AN) - Summary

3AN-99-03405CI DIX MASONRY, ETAL vs. Totten, Miles et al

| Appellant(s) | Appellee(s) |
|---|---|
| DIX MASONRY, ETAL | Totten, Miles |
| **Attorney(s):** | **Attorney(s):** |
| **Hennemann, Theresa** | |
| 701 W 8TH AVE STE 700 | |
| ANCHORAGE AK 99501 | |
| (907)274-0666 | |

CIADR Administrative Agency Appeal

Additional Fields

Case Number From Which Appeal Taken

**Case Comments**

**Case Attributes**

| | |
|---|---|
| **Number** | 3AN-99-03405CI |
| **Status** | Closed |
| **Filed** | 06/07/1999 |
| **Incomplete** | ☐ |

| | |
|---|---|
| **Location**: Kenai | **Name:** MASONRY, INC., DIX, |
| **DOB:** | **Case #:** 3KN-00-00129CI |
| **Case Type:** Other Contract | **Case Title:**SCHWEITZER V DIX MASONRY, INC |
| **Attorney 1:** | **Date Filed:** 02/24/2000 |
| **Attorney 2:** | **Type Person:** Defendant |

***Related civil records:***

| . | *Last Name* | *First Name* | *M. I.* | *Case #* |
|---|---|---|---|---|
| ○ | MASONRY, INC. | DIX | | 3KN-00-00129CI |
| ○ | SCHWEITZER | CRAIG | | 3KN-00-00129CI |

Back to Search Results

Return to Main Search Page



Alaska Trial Court Cases
webmaster@courts.state.ak.us
Home | CourtView Search | Name Index (Old System)
CourtView Help
New Search...
Summary
Parties
Events
Dockets
Fields
Notes
Disposition
Costs
Tickler

## Appeal Administrative (4FA) - Summary

4FA-04-00989CI Heideman, Terry D vs. DIX MASONRY, INC et al

| Appellant(s) | | | Appellee(s) | | |
|---|---|---|---|---|---|
| Heideman, Terry D | | | DIX MASONRY, INC | | |
| **Attorney(s):** | | | **Attorney(s):** | | |
| **Beconovich, Robert M** | | | **Harrell, Merrilee S** | | |
| PO Box 83922 | | | 4517 Glenn Way SW Apt 305 | | |
| Fairbanks | AK | 99708 | Seattle | WA | 98116 |
| (907)451-8925 | | | (907)301-1683 | | |

CIADR Administrative Agency Appeal

**Additional Fields**

Case Number From Which Appeal Taken

**Case Comments**

**Case Attributes**

| | |
|---|---|
| **Number** | 4FA-04-00989CI |
| **Status** | Closed |
| **Filed** | 04/19/2004 |
| **Incomplete** | ☐ |



Alaska Trial Court Cases
Home | CourtView Search | Name Index (Old System)
webmaster@courts.state.ak.us
CourtView Help

New Search...

Summary | Parties | Events | Dockets | Fields | Notes | Disposition | Costs | Tickler

## Civil District Court (3AN) - Summary

3AN-05-06121CI Craig Taylor equipment Company vs. Dix, Debbie et al

| Plaintiff(s) | Defendant(s) |
|---|---|
| Craig Taylor equipment Company | Dix, Debbie |
| **Attorney(s):** | **Attorney(s):** |
| **Von Gemmingen, Brett** | |
| 637 W 3RD AVE | |
| ANCHORAGE AK 99501 | |
| (907)278-5935 | |

CIDDEB Debt -District Court

**Additional Fields**

Award/Judgment Date (Pre-Conversion)

Judge

Non Trial Judgment Amt (Pre-Conversion)

Trial Award Amount (Pre-Conversion)

Case Comments

Case Attributes

| | |
|---|---|
| **Number** | 3AN-05-06121CI |
| **Status** | Open |
| **Filed** | 03/17/2005 |
| **Incomplete** | ☐ |



Alaska Trial Court Cases
webmaster@courts.state.ak.us
Home | CourtView Search | Name Index (Old System)
CourtView Help
New Search...
Summary
Parties
Events
Dockets
Fields
Notes
Disposition
Costs
Tickler

## Small Claims (4FA) - Summary

4FA-05-00575SC University Block Company vs. Surety Company of America Bond #103400705 et al

| Plaintiff(s) | Defendant(s) |
| --- | --- |
| University Block Company | Surety Company of America Bond #103400705 |
| **Attorney(s):** | **Attorney(s):** |
| **Burns, John J** | |
| 100 CUSHMAN ST SUITE 311 | |
| Fairbanks AK 99701 | |
| (907)452-1666 | |
| SCG | Small Claims More than $2500 |

**Additional Fields**

Award/Judgment Date (Pre-Conversion)

Judge

Non Trial Judgment Amt (Pre-Conversion)

Trial Award Amount (Pre-Conversion)

Case Comments

Case Attributes

| | |
|---|---|
| **Number** | 4FA-05-00575SC |
| **Status** | Closed |
| **Filed** | 04/14/2005 |
| **Incomplete** | ☐ |



Alaska Trial Court Cases
webmaster@courts.state.ak.us
Home | CourtView Search | Name Index (Old System)
CourtView Help
New Search...
Summary
Parties
Events
Dockets
Fields
Notes
Disposition
Costs
Tickler

## Small Claims (4FA) - Summary

4FA-05-00579SC University Block Company vs. Dix, Debra

| Plaintiff(s) | Defendant(s) |
| --- | --- |
| University Block Company | Dix, Debra |
| **Attorney(s):** | **Attorney(s):** |

| | |
| --- | --- |
| SCL | Small Claims $2500 or Less |

**Additional Fields**

Award/Judgment Date (Pre-Conversion)

Judge

Non Trial Judgment Amt (Pre-Conversion)

Trial Award Amount (Pre-Conversion)

**Case Comments**

**Case Attributes**

| | |
|---|---|
| **Number** | 4FA-05-00579SC |
| **Status** | Reopened |
| **Filed** | 04/15/2005 |
| **Incomplete** | ☐ |

| | |
|---|---|
| **Location**: Kenai | **Name:** BUILDERS SUPPLY INC, SPENARD, |
| **DOB:** | **Case #:** 3KN-05-00201SC |
| **Case Type:** Small Claims | **Case Title:**SBS VS DIX |
| **Attorney 1:** | **Date Filed:** 07/05/2005 |
| **Attorney 2:** | **Type Person:** Plaintiff |

***Related civil records:***

| . | *Last Name* | *First Name* | *M. I.* | *Case #* |
|---|---|---|---|---|
| ○ | BUILDERS SUPPLY INC | SPENARD | | 3KN-05-00201SC |
| ○ | DIX | DENNIS | R | 3KN-05-00201SC |
| ○ | MASONRY INC | DIX | | 3KN-05-00201SC |

Back to Search Results

Return to Main Search Page



Alaska Trial Court Cases
Home | CourtView Search | Name Index (Old System)
webmaster@courts.state.ak.us
CourtView Help

New Search...

Summary | Parties | Events | Dockets | Fields | Notes | Disposition | Costs | Tickler

## Civil District Court (3AN) - Summary

3AN-05-10057CI United Rentals Northwest vs. Dix, Dennis R et al

| Plaintiff(s) | Defendant(s) |
|---|---|
| United Rentals Northwest | Dix, Dennis R |
| **Attorney(s):** | **Attorney(s):** |
| **Coryell, Marshall K** | |
| 4141 B STREET SUITE 208 | |
| ANCHORAGE AK 99503 | |
| (907)277-7679 | |

CIDDEB Debt -District Court

**Additional Fields**

Award/Judgment Date (Pre-Conversion)

Judge

Non Trial Judgment Amt (Pre-Conversion)

Trial Award Amount (Pre-Conversion)

**Case Comments**

**Case Attributes**

| | |
|---|---|
| **Number** | 3AN-05-10057CI |
| **Status** | Closed |
| **Filed** | 07/28/2005 |
| **Incomplete** | ☐ |



Alaska Trial Court Cases
webmaster@courts.state.ak.us
Home | CourtView Search | Name Index (Old System)
CourtView Help
New Search...
Summary
Parties
Events
Dockets
Fields
Notes
Disposition
Costs
Tickler

## Small Claims (3AN) - Summary

3AN-05-02902SC Carlile Transportation vs. Dix Masonary Inc

| Plaintiff(s) | Defendant(s) |
|---|---|
| Carlile Transportation | Dix Masonary Inc |
| **Attorney(s):** | **Attorney(s):** |

| | |
|---|---|
| SCG1 | SC More Than $2500: 1 Deft. Cert Mail |

**Additional Fields**

Award/Judgment Date (Pre-Conversion)

Judge

Non Trial Judgment Amt (Pre-Conversion)

Trial Award Amount (Pre-Conversion)

**Case Comments**

**Case Attributes**

| | |
|---|---|
| **Number** | 3AN-05-02902SC |
| **Status** | Open |
| **Filed** | 08/02/2005 |
| **Incomplete** | ☐ |




Alaska Trial Court Cases
webmaster@courts.state.ak.us
Home | CourtView Search | Name Index (Old System)
CourtView Help

New Search...
Summary
Parties
Events
Dockets
Fields
Notes
Disposition
Costs
Tickler

## Civil District Court (3AN) - Summary

3AN-05-10909CI Key Equipment Finance, Inc. vs. Dix Masonry, Inc., et al

| Plaintiff(s) | Defendant(s) |
|---|---|
| Key Equipment Finance, Inc. | Dix Masonry, Inc., |

**Attorney(s):**

**Parise, Michael J.**

1127 W 7TH AVENUE

ANCHORAGE AK 99501

(907)276-1550

**Attorney(s):**

CIDDEB Debt -District Court

**Additional Fields**

Award/Judgment Date (Pre-Conversion)

Judge

Exhibit B, Page 37 of 40

Non Trial Judgment Amt (Pre-Conversion)

Trial Award Amount (Pre-Conversion)

**Case Comments**

**Case Attributes**

| | |
|---|---|
| **Number** | 3AN-05-10909CI |
| **Status** | Reopened |
| **Filed** | 08/29/2005 |
| **Incomplete** | ☐ |



Alaska Trial Court Cases
Home | CourtView Search | Name Index (Old System)
webmaster@courts.state.ak.us
CourtView Help
New Search...
Summary
Parties
Events
Dockets
Fields
Notes
Disposition
Costs
Tickler

## Foreign Judgment District Ct (3AN) - Summary

3AN-05-14419CI Puget Sound Leasing Company Inc vs. DIX MASONRY INC et al

| Plaintiff(s) | Defendant(s) |
|---|---|
| Puget Sound Leasing Company Inc | DIX MASONRY INC |
| **Attorney(s):** | **Attorney(s):** |
| **Perkins, Douglas C** | |
| 717 K ST | |
| ANCHORAGE AK 99501 | |
| (907)276-1592 | |

| | |
|---|---|
| CIDFOJ | Foreign Judgment - District Court |

Additional Fields

Case Comments

Case Attributes

| | |
|---|---|
| **Number** | 3AN-05-14419CI |
| **Status** | Closed |
| **Filed** | 12/29/2005 |
| **Incomplete** | ☐ |