

State of Alaska
Department of Commerce, Community, and Economic Development
Division of Corporations, Business and Professional Licensing
Corporations Section
PO Box 110808
Juneau, AK 99811-0808

```
AK Entity #: 49522D
Date Filed: 03/22/2006 12:00 AM
State of Alaska
Department of Commerce
```

## Business Corporation
## 2006 Biennial Report
For the period ending December 31, 2005

| Alaska Entity # 49522D | Entity Mailing Address |
|---|---|
| DIX MASONRY, INC. | P.O. BOX 128<br>STERLING, AK 99672 |
| **Name and Address of Registered Agent:** | **Physical Address of Agent if mailing Address is a PO Box or Mail Stop** |
| 110 SO WILLOW ST STE-101<br>KENAI, AK 99611 | 32775 Sterling Highway<br>Sterling, AK 99672 |

☐ Check this box if there are no changes to the entity information listed below:

| Title | Name | Mailing Address | City, State, Zip | ☑ if Director | % Shares Held | ☑ if alien affiliate |
|---|---|---|---|---|---|---|
| President | DEBRA R DIX | PO BOX 533 | SOLDOTNA AK 99669 | ☑ | 51 | ☐ |
| Vice President | DENNIS R DIX | PO BOX 533 | SOLDOTNA AK 99669 | ☑ | 49 | ☐ |
| Secretary | DENNIS R DIX | PO BOX 533 | SOLDOTNA AK 99669 | ☑ | 49 | ☐ |
| Treasurer | DEBRA R DIX | PO BOX 533 | SOLDOTNA AK 99669 | ☑ | 51 | ☐ |
| Director | DENNIS R DIX | PO BOX 533 | SOLDOTNA AK 99669 | ☑ | 49 | ☐ |

Please note that this report may not be filed for the record if the required information is not provided. All corporations must have a president, secretary, treasurer and at least one director. The secretary and the president cannot be the same person unless the president is 100% shareholder. The entity must also list any alien affiliates and those shareholders that hold 5% or more of the issues shares.

**Enter any changes to the officer/director information listed above:**

| Title | Name | Mailing Address | City, State, Zip | ☑ if Director | % Shares Held | ☑ if alien affiliate |
|---|---|---|---|---|---|---|
| President | DENNIS R. DIX | P.O. BOX 128 | STERLING, AK 99672 | ☑ | 100 | ☐ |
| Vice President | | | | ☐ | | ☐ |
| Secretary | DENNIS R. DIX | P.O. BOX 128 | STERLING, AK 99672 | ☑ | 100 | ☐ |
| Treasurer | DENNIS R. DIX | P.O. BOX 128 | STERLING, AK 99672 | ☑ | 100 | ☐ |
| Director | | | | ☐ | | ☐ |

If necessary, attach a list of additional officers, directors, shareholders, and alien affiliates on a separate 8 1/2 X 11 sheet of paper.
**This report is public information.** Please do not list confidential information such as date of birth or Social Security Numbers.

Note: The registered agent information, name of the entity and the information in the boxes below cannot be changed using this form. You can request the necessary form to change the information by calling (907) 465-2530 or visit our website at http://www.corporations.alaska.gov

| State of Domicile | Alaska | | | | |
|---|---|---|---|---|---|
| Total Number of Authorized Shares | 10000 | Class: | Common | Series: | |
| Description of Business Activities in Alaska | ANY LAWFUL | | | NAICS Code | 238140 |

Date: 03-16-06    Signature: Dennis Dix    Title: PRESIDENT

This report is due on January 2nd and must be received with the applicable fees in U.S. dollars.

| Domestic Entity - $100.00<br>If postmarked after February 1, 2006 - $137.50 | Foreign Entity (State of Domicile not Alaska) - $200.00<br>If postmarked after February 1, 2006 - $247.50 |
|---|---|

Mail the completed report and the applicable fees to the address listed at the top of this form.

State of Alaska
Domestic Biennial Report 1 Page(s)

08-590 Revised 08/04 alh

Exhibit C, Page 1 of 1



T0608144035