Frank A. Pfiffner
HUGHES BAUMAN PFIFFNER
GORSKI & SEEDORF, LLC
3900 C Street, Suite 1001
Anchorage, Alaska 99503
Telephone: (907) 274-7522
Facsimile: (907) 263-8320
FAP@hbplaw.net
ABA No. 7505032

Attorneys for Plaintiff
Strand Hunt Construction, Inc.

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| STRAND HUNT CONSTRUCTION, INC., a Washington corporation,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>DIX MASONRY, INC., an Alaska corporation; DEBRA R. DIX; and DENNIS R. DIX,<br><br>　　　　　Defendants. | 3:05-cv-00156 JWS |

### AFFIDAVIT OF ROLLIE HUNT

| | |
|---|---|
| STATE OF ALASKA | ss. |
| THIRD JUDICIAL DISTRICT | |

Rollie Hunt, being duly sworn, states as follows:

Affidavit of Rollie Hunt
*Strand Hunt Construction, Inc. v. Dix Masonry, Inc., et al.*
Case No. 3:05-cv-00156 JWS
(1187-3022/244750)　　　　　Page 1 of 4

Exhibit D, Page 1 of 4

1. I am the President of Plaintiff Strand Hunt Construction, Inc. ("Strand Hunt") and am competent to testify in the matters herein after stated.

2. Strand Hunt is the general contractor to the United States of America ("the Government") for the Design/Build Joint Security Complex, Eileson AFB, Alaska, Contract No. W911KB-04-C-0008 (the "Project").

3. Effective March 31, 2004, Strand Hunt entered into a subcontract with Dix Masonry whereby Dix Masonry agreed to furnish certain labor, material, and equipment required for the Project including, but not limited to, concrete slabs and CMU walls ("the Subcontract").

4. Dix Masonry performed untimely and defective work on the Project. Specifically, Dix Masonry poured poor quality concrete slabs that were rejected by the Government. CMU walls include voids, omitted grout, omitted expansion joints, and the wrong color CMU. Dix Masonry did not meet Strand Hunt's schedule for performance of the subcontract work.

5. The Project is Strand Hunt's only Alaska project.

6. The work is substantially completed although the Government is withholding approximately $360,000 from Strand Hunt as a result of Dix Masonry, Inc.'s defective performance.

7. Strand Hunt's management and crews for the Project are no longer employed by Strand Hunt.

Affidavit of Rollie Hunt
*Strand Hunt Construction, Inc. v. Dix Masonry, Inc., et al.*
Case No. 3:05-cv-00156 JWS
(1187-3022/244750)        Page 2 of 4

Exhibit D, Page 2 of 4

8.  Specifically, Doug Hamilton, the Strand Hunt project quality control manager; Tim Jahola, the Strand Hunt project superintendent; and Don Korsmo, the close out superintendent, are no longer Strand Hunt employees.

9.  I believe that Doug Hamilton and Don Korsmo are employed elsewhere in Washington although their whereabouts is not known exactly.

10. I believe that Tim Jahola is working in Alaska.

11. The witnesses noted above are important witnesses relative to the issues in dispute in this case.

12  These witnesses would have been much more readily available in 2005 if the defendants had answered the complaint timely.

13. Other witnesses such as laborers will be more difficult to locate now after the project workforce has long since been let go.

DATED at ~~Anchorage, Alaska~~ Bothell Washington (per) this 28th day of March, 2006.

_____
Rollie Hunt

SUBSCRIBED AND SWORN to before me this 28th day of March, 2006.

_____  Bridget S. Ive
NOTARY PUBLIC in and for the State of Washington
My Commission Expires: Feb 14, 2010

Affidavit of Rollie Hunt
*Strand Hunt Construction, Inc. v. Dix Masonry, Inc., et al.*
Case No. 3:05-cv-00156-JWS
(1187-3022/244750)                Page 3 of 4

<u>Certificate of Service</u>

I hereby certify that on March 28, 2006, a copy of the Affidavit of Rollie Hunt was served via electronically on:

M. Gregory Oczkus
Greg Oczkus Law Office
430 W. 7th Avenue, Suite 202
Anchorage, AK  99501

<u>s/Frank A. Pfiffner</u>

Affidavit of Rollie Hunt
*Strand Hunt Construction, Inc. v. Dix Masonry, Inc., et al.*
Case No. 3:05-cv-00156 JWS
(1187-3022/244750)                    Page 4 of 4

Exhibit D, Page 4 of 4