

**NORTHERN ALASKA AREA OFFICE**
U.S. ARMY ENGINEER DISTRICT ALASKA
P.O. BOX 35066
FORT WAINWRIGHT, ALASKA 99703-0066

REPLY TO
ATTENTION OF:

April 5, 2004

Eielson Resident Office     (RFP-0001)          (415-15k)

SUBJECT:   FJF294-! Dpousbdu! Qp/! X: 22LC. 15. D. 1119-! Eft j ho0!
Dpot usvdu! Kpj ou! Tf dvsj uz! Gpsdf ! Dpnqrrf y-! Fj f nt po! Bj s ! Gpsdf ! Cbt f-!
Brtbt l b – Case 02, Add Doors / Dormers, Request For Proposal

Strand Hunt Construction
12900 NE 180th Street, STE 220
Bothell, WA  98011-5773

Gentlemen:

    Reference is made to your contract No. X: 22LC. 15. D. 1119,
and to Federal Acquisition Regulation (FAR) 52.243-0004,
(Changes), and (DFARS) 52.236-7000, (Modification Proposals-
Price Breakdown).

    We propose to revise the subject contract in accordance
with the "Changes" clause as outlined below.  We have assigned
Case No. 02, "Add Doors / Dormers," to this revision.

    DESCRIPTION OF CHANGES:
1. Add two (2) exterior man-doors in the following locations.
Incorporate dormer roof structures at door locations to redirect
roof drainage and exterior light fixture:

   a.  East exterior wall of ANG Mobility Bay room 59 (south of
proposed OH door).

   b.  East exterior wall of AD Mobility Bay room 13 (north of
proposed OH door).

2.  Add two (2) interior doors in corridors in the following
locations.  Doors shall be equipped with cipher locks that will
release (unlock) in the event of a fire alarm:

*[handwritten note in right margin:]* Use proper door opr. – per given for these and all other doors?

*[handwritten note at bottom:]* New doors in CMU walls also caused for rebar to be drilled and some wall to be tore down & rebuilt with new opg. Ark Syster

– D-1

-2-

a.  West end of the east-west corridor between AD Break Room 38 and AD Resources Training Room 41.

b.  West end of the east-west corridor between CATS Room 63 and ANG Storage Room 76 - Door shall be in line with the west wall of ANG Storage Room 76.

3.  Add two (2) interior doors in the following locations:

a.  West interior wall of the AD Parking Garage Room 30 at intersection of adjacent corridor and east-west corridor 68.

b.  South wall of AD Command Support Staff Room 4 to open into corridor.

NOTE:  Design of the above items shall be in accordance with Part 2 - Technical Requirements, Section 01010 Design Requirements.

CHANGES IN CONTRACT DRAWINGS:
To be shown on contractor design.

CHANGES IN CONTRACT SPECIFICATIONS:
None.  *We were never approached for any change order*

Please submit a proposal for the work outlined above not later than April 15, 2004.  Your proposal must contain sufficient detail to permit an analysis of materials, labor, equipment, subcontractors, overhead, and profit.  If the aggregate total of your proposal exceeds $550,000.00, you must provide Certified Cost or Pricing Data in accordance with FAR Part 15.  You must also provide details of how this change will affect your current project schedule including an analysis of its effects on the contract completion date.  Describe all proposed activity changes, additions, and deletions including changes in values, durations, logic/relationships to other activities and all other data required by SCR-34.

-3-


    If you cannot meet the above suspense date, please notify Yvonne Sullivan, at (907) 353-7554, of my office.  Finally, this is a request for a proposal and shall not be construed to be a Notice to Proceed with this work as outlined herein.


                       Sincerely,


                           //s// 4/7/04

                           John H. Jacobson, P.E.
                           Administrative Contracting
                             Officer


Copy Furnished:

                        Davis/353-7837/lla
OREC:                     April 5, 2004
CEPOA-CT-CO-M      P:\EIE183\corpscor\RFP-0001.doc



REPLY TO
ATTENTION OF:

**NORTHERN ALASKA AREA OFFICE**
U.S. ARMY ENGINEER DISTRICT ALASKA
P.O. BOX 35066
FORT WAINWRIGHT, ALASKA 99703-0066

May 17, 2004

Eielson Resident Office      (C-0009)      (210-20b)

SUBJECT:  EIE183, Contract No. W911KB-04-C-0008,
Design/Construct Joint Security Forces Complex, Eielson Air
Force Base, Alaska – Contractor's Lay-Down Area

Strand Hunt Construction
12900 180th Ave, Suite 220
Bothell, WA 98011-5773

Gentlemen:

Reference your serial letter H-0021, May 6, 2004, Federal
Acquisition Regulation (FAR) 52.236-10 "Operations and Storage
Areas".

We acknowledge your position regarding the contractor's lay-
down area, which was reiterated in your subsequent e-mail,
Subject 01500-1 "Comments", May 7, 2004.

During the May 6, 2004, meeting at the project site (Philip
Dearing, Jeff Putnam, 2Lt Keith Fleischer, and Carlton Haenel),
it was determined that the area inside the fence surrounding the
ball field and diamond is not available for the contractor's
use.  The areas identified for use beyond the project limits
during that same meeting are correctly shown on your revised
fence plan.  At this meeting, we understood you to be satisfied
with the area as delineated.  We consider this matter resolved.

Although the soil boring site map at in the RFP Appendix
show boring locations within the ball field diamond, it is
unreasonable to assume that this area is automatically available
for contractor use.  FAR 52.236-10 clearly states, "The
Contractor shall confine all operations (including storage of
materials) on Government premises to area authorized or approved
by the Contracting Officer."  The Contracting Officer delineates
any additional space - ~ this additional approved space is that
area identified in the Contractor's site plan as

_ D-2

"secondary/overflow staging area" in the southeast corner of the
intersection of Central Avenue and Division Street.

Your reference to the minutes of the Pre-Proposal Conference
conducted December 2, 2003 is erroneous.  During the conference
(which Strand Hunt did not attend) the question was asked by a
contractor if the project would "get into the track area", not
the "ball field" as your letter states.  With physical reference
to certain drawings present at the conference, Mr. Dean Homleid
answered, "You can.  We expect you would encroach on the track."
Strand Hunt's design encroachment on the track is acceptable.

Any questions regarding this letter should be referred to
Mr. Carlton Haenel at (907) 372-2872, or the undersigned at
(907) 377-4300.


                          Sincerely,



                          Norman D. Sams, P.E.
                          Administrative Contracting
                              Officer

OREC

                                    Haenel\377-4249\tcd
                                         May 17, 2004
                    \\s2104\projects\EIE183\corpscor\C-0009.doc



REPLY TO
ATTENTION OF:

**NORTHERN ALASKA AREA OFFICE**
U.S. ARMY ENGINEER DISTRICT ALASKA
P.O. BOX 35066
FORT WAINWRIGHT, ALASKA 99703-0066

June 23, 2004

Eielson Resident Office        (C-0016)        (210-20b)

SUBJECT:  EIE183, Contract No. W911KB-04-C-0008,
Design/Construct Joint Security Forces Complex, Eielson Air
Force Base, Alaska -- Interim CQC Manager

Strand Hunt Construction
12900 180th Ave, Suite 220
Bothell, WA 98011-5773

Gentlemen:

    As a stopgap measure, Mr. Chris Mack is accepted as the
interim CQC Manager for the duration of the backfill and
compaction work only.  This is allowed only because Mr. Mack
would normally provide the major inspection efforts during this
phase of the project.  Although Mr. Mack may be qualified in many
areas of inspection and testing of earthwork, concrete and
asphalt work, he is not qualified to provide overall management
of the CQC program (i.e., 3-phase inspections, submittal
management, etc.).  Mr. Mack is not employed by Strand Hunt and
therefore cannot act in all CQC matters, as required in the
contract.

    We recommend that you place your alternate CQC Systems
Manager, Mr. Doug Hamilton on site, as he has recently been
submitted (his acceptance as such is forthcoming in separate
correspondence).  We shall require a qualified CQC Manager,
employed by Strand Hunt, and accepted by the Government to be on
site prior to commencement of any work other than backfill and
compaction activities.

D-3

Any questions regarding this letter should be referred to Mr. Carlton Haenel at (907) 372-2872, or the undersigned at (907) 377-4300.

Sincerely,

//s//  25 Jun 04

Norman D. Sams, P.E.
Administrative Contracting
    Officer

Enclosure

Haenel\372-1923\tcd
June 23, 2004
\\s2104\projects\EIE183\corpscor\C-0016.doc



**NORTHERN ALASKA AREA OFFICE**
U.S. ARMY ENGINEER DISTRICT ALASKA
P.O. BOX 35066
FORT WAINWRIGHT, ALASKA 99703-0066

REPLY TO
ATTENTION OF:

June 23, 2004

ielson Resident Office       (C-0017)       (210-20b)

SUBJECT:   EIE183, Contract No. W911KB-04-C-0008,
Design/Construct Joint Security Forces Complex, Eielson Air
Force Base, Alaska – Project Superintendent


Strand Hunt Construction
12900 180th Ave, Suite 220
Bothell, WA 98011-5773

Gentlemen:

    Although Mr. Tim Jauhola's qualifications do not meet those
of Mr. Walt Woodward, whom you originally proposed, Mr. Jauhola
is approved as the project Superintendent contingent upon his
sustained satisfactory performance under FAR 52.236-2,
Superintendence by the Contractor.  Should Mr. Jauhola at any
time fail to adequately superintend this project, we shall
require an acceptable replacement.

    We also take exception to your statement that Mr. Woodward's
unavailability was directly caused by the Corps of Engineers. We
also mention that the Government has in both this case and in the
case of the CQC system manager accepted personnel with
significantly lesser qualifications than those named in your
accepted proposal.

    Any questions regarding this letter should be referred to
Mr. Carlton Haenel at (907) 372-2872, or the undersigned at (907)
377-4300.

                    Sincerely,


                    //s// 25 Jun 04

                    Norman D. Sams, P.E.
                    Administrative Contracting
                        Officer

OREC

Haenel\372-1923\tcd
June 23, 2004
\\s2104\projects\EIE183\corpscor\C-0017.doc



**NORTHERN ALASKA AREA OFFICE**
U.S. ARMY ENGINEER DISTRICT ALASKA
P.O. BOX 35066
FORT WAINWRIGHT, ALASKA 99703-0066

REPLY TO
ATTENTION OF:



June 28, 2004

Eielson Resident Office        (C-0019)        (210-20b)

SUBJECT: EIE183, Contract No. W911KB-04-C-0008,
Design/Construct Joint Security Forces Complex, Eielson Air
Force Base, Alaska -- Partial Clearance to Construct


Strand Hunt Construction
12900 180th Ave, Suite 220
Bothell, WA 98011-5773

Gentlemen:

     Reference your serial letter H-0027, June 16, 2004 and
Special Construction Requirements (SCR)-43, "Sequence of
Construction, Design Build".

     Based upon drawings referenced in your H-0027, you have
clearance to construct the foundation and related under-slab
work only in area 1 of the attached drawing with the exception
of the oil-water separator. We understand that you are blocking
out this area and will not begin its construction until cleared
by the Government.

     If you have any questions, please contact our on-site
representative, Mr. Carlton Haenel at (907) 372-1923 or the
undersigned at (907) 377-4300.

                         Sincerely,

                         //s// 7 Jul 04


                         Norman D. Sams, P.E.
                         Administrative Contracting
                              Officer

Enclosure

                              Haenel\372-1923\tcd
                              June 28, 2004
               \\s2104\projects\EIE183\corpscor\C-0019.doc


                                        _ D-5



**NORTHERN ALASKA AREA OFFICE**
U.S. ARMY ENGINEER DISTRICT ALASKA
P.O. BOX 35066
FORT WAINWRIGHT, ALASKA 99703-0066

REPLY TO
ATTENTION OF:

July 2, 2004

Eielson Resident Office      (C-0020)      (210-20b)

SUBJECT:  EIE183, Contract No. W911KB-04-C-0008,
Design/Construct Joint Security Forces Complex, Eielson Air
Force Base, Alaska – Open Items from Design Review

Strand Hunt Construction
12900 N. E. 180th Ave, Suite 220
Bothell, WA 98011-5773

*Where are SHC's letter?*

Gentlemen:

    Reference your serial letter H-0027, June 16, 2004,
regarding open items in Dr. Checks from the 95% civil/structural
and 65% architectural/mechanical/electrical reviews.

    The following responses correspond to the items as numbered
in your letter (H-0027):

    1.   Comments from Bill Arnold were entered into Dr. Checks
June 15, 2004.
    2.   Comments from David Joes were entered into Dr. Checks
June 15, 2004.
    3.   Contractor action.
    4.   Reference Section 01010, 2.3.6B, "All parts of the
building exterior must be within 106 meters of a hydrant with
consideration given to accessibility and obstructions.  Hydrants
must also be located with consideration given to emergency
vehicle access."  The one hydrant shown in the submittal will
not meet this requirement as it is not reasonable to interpret
that a hose can be run through the structure to the opposite
side of the building's exterior.  The Contractor shall provide a
design that meets the contract requirement at no additional
cost.
    5.   Acknowledged.
    6.   Revised fencing/force protection solution is accepted.
Provide screening slats where chain link fence exists.  RFP will
be issued to provide pained steel Bull rail in lieu of chain
link fence at entry area.

*Which the means the underground plumbing has not been designed yet. In essence the civil design*

D-6

7.  6' sidewalk is acceptable.

8.  The Government has no recollection of a discussion, nor an agreement to allow the use of CSI formatted specifications in lieu of UFGS formatted specifications.  RFP Section 01012, 3.5(A) requires the use of UFGS specifications Division 2 through 16.  Nevertheless, considering the negative impact on the project by forcing compliance at this point, and in the interest of scheduled completion of design and construction, the use of CSI formatted specifications is allowed.

9.  720 gal. Fuel tank is an acceptable variation and shall be located inside the building.  Outside AST is not acceptable.

10.  Resolved.

11.  Provide double door with re-lite at Open Ranks Inspection.  Occupancy load is 50.

12.  Provide reconfiguration of Data Mater's office per sketch provided with letter H-0027, in next submittal for user approval.  If user does not approve, original design shall be used.

13.  Walls surrounding AD Battlestaff, AD Control and Communications shall be CMU to metal deck.  Given existing 65% design, this may be accomplished by deleting approximately 13 feet of CMU wall east of Room 70 and adding CMU at Lobby between Rooms 33 and 20.  *as of it July*

14.  RFP will be issued to delete requirement for movable partition in the break room.

15.  Solid core wood door is acceptable as "heavy door".

16.  Security lid can be metal deck.

17.  Door 30.2 shall be Hollow Metal – all others to be wood.

18.  Existing raised floor height is acceptable.  A ramp for ADA compliance is not acceptable unless usable floor space is increased accordingly.

19.  No power is required to the concession stand at this time.

20.  The Government will issue and RFP for a 600 amp pad mounted switch (sectionalizer).

21.  Duplicate – see item 8.

22.  Government to confirm remaining two locations for CCTV (locations will be provided NLT 95% review).

23.  End use equipment will be GFGI.

24.  RFP is forthcoming to provide user requested antenna requirements.

25.  Duplicate – see Item #4.

26.  Duplicate – see Item #7.

27.  Provide STC ratings to adjacent rooms per RFP.  Confirm that walls not extending to deck will meet RFP STC requirements.

28.  The Government will issue a RFP to allow 24 gauge metal roof in lieu of RFP required 22 gauge.

29. Provide full coverage ice and water shield per contract documents or submit Value Engineering change for lesser coverage.

30. 6" raised floor at Battlestaff is acceptable.

31. Per RFP requirements (Section 01010, 1.4), ADA accessibility is required in all areas except locker/bench areas in AD locker rooms.

32. Provide ceiling panels as outlines in your serial letter H-0027.

33. Duplicate - see Item #12.

34. Duplicate - see Item #12.

35. Confirmation is forthcoming regarding number of pass through windows in room 33 (will be provided NLT 95% review). *on CMU wall*

36. Duplicate - see Item #14.

37. No additional door is required at room 73.

38. Duplicate - see Item #17.

39. Duplicate - see Item #16.

40. Minimum ceiling height of 8'6" to 0-0" is acceptable for Battlestaff.

Items numbered 6, 14, 20, 24, 28, and 29 may result in contract modifications. Until a modification has been issued you must proceed in accordance with the current contract requirements.

Any questions regarding this letter should be referred to Mr. Carlton Haenel at (907) 372-1923, or the undersigned at (907) 377-4300.

Sincerely,

//s// 7 Jul 04

Norman D. Sams, P.E.
Administrative Contracting
    Officer

Haenel\372-1923\tcd
July 2, 2004
\\s2104\projects\EIE183\corpscor\C-0020.doc



**NORTHERN ALASKA AREA OFFICE**
U.S. ARMY ENGINEER DISTRICT ALASKA
P.O. BOX 35066
FORT WAINWRIGHT, ALASKA 99703-0066
REPLY TO
ATTENTION OF:

July 13, 2004

Eielson Resident Office    (C-0023)    (415-15k)

SUBJECT: EIE183, Contract W911KB-04-C-0008, Design Construct
Joint Security Forces Complex, Eielson Air Force Base,
Alaska - Case 6, Soil Tests, Modification P00006, Part 1,
Notice to proceed (NTP)

*Need case 6*

Strand Hunt Construction
12900 N.E. 180th Street, Suite 220
Bothell, Washington 98011-5773

Gentlemen:

Reference is made to Federal Acquisition Regulation
52.0236-0002, "Differing Site Conditions", "Modification of
Proposals-Price Breakdown" DFAR 252.236-7001, of your
contract.

The enclosed Standard Form (SF) 30, Modification P00006,
Part 1, NTP, Case 6, Soil Tests constitutes a Notice to
Proceed to perform the work indicated. The price set forth is
tentative. The final equitable adjustment will be established
by subsequent modification(s).

Please submit your proposal within the time frame
indicated on the SF30 and in sufficient detail, as outlined in
Contract Clause "Modification Proposals-Price Breakdown" to
permit a comprehensive review and evaluation of all elements.
Should your proposal include a request for a time extension, a
thorough justification, shall be furnished showing how the
change affects your construction schedule.

Sincerely,

1107/15/2004

Norman D. Sams, P.E.
Administrative Contracting
  Officer

Enclosure

- D-7

-2-

OREC:                                    Ramos/353-
7828/jld
CEPOA-CT-CO-M                                  July 13,
2004
Without enclosure    \\s2104\projects\EIE183\corpscor\C-0023.doc



**NORTHERN ALASKA AREA OFFICE**
U.S. ARMY ENGINEER DISTRICT ALASKA
P.O. BOX 35066
FORT WAINWRIGHT, ALASKA 99703-0066

REPLY TO
ATTENTION OF:

August 13, 2004

Eielson Resident Office        (C-0029)        (210-20b)

SUBJECT:  EIE183, Contract No. W911KB-04-C-0008,
Design/Construct Joint Security Forces Complex, Eielson Air
Force Base, Alaska – RFP – 0003

*Goes with*
*RFP 0003 &*
*C-0011*

Strand Hunt Construction
12900 N.E. 180th Ave, Suite 220
Bothell, WA 98011-5773

Gentlemen:

Reference our serial letters RFP-0003, April 19, 2004, and
C-0011, June 9, 2004; and Defense Federal Acquisition Regulation
(DFAR) 252.236, Modification Proposals.

We have still not received your proposal for Case 03,
"Change AHU System from VAV to CV."  The initial suspense date
for this proposal was April 28, 2004.  The Part 1 NTP that was
issued on June 14, 2004, established a revised due date for the
proposal of July 14, 2004, with a target date for definitization
of July 30, 2004.

*Needed for*
*design of*
*underslab*
*utilities &*
*opening in*
*C-11 wall*

We are unable to proceed with negotiations until we receive
your proposal and remind you that any delays resulting from the
late proposal will be the responsibility of the contractor.
Please submit your proposal in accordance with DFAR 252.236 as
soon as possible.

Any questions regarding this letter should be referred to
Mr. Carlton Haenel at (907) 372-1923, or the undersigned at
(907) 353-7555.

                    Sincerely,


                    //s// 08/18/04

                    Norman D. Sams, P.E.
                    Administrative Contracting
                       Officer

OREC

                              Ramos\353-7828\kra
                              August 13, 2004
                        \\s2104\projects\EIE183\corpscor\C-0029.doc

D-8

-2-

OREC:                                          Ramos/353-
7828/jld
CEPOA-CT-CO-M                                   August 31, 2004
Without enclosure    \\s2104\projects\EIE183\corpscor\C-0038.doc

Goe with
Case 9



**NORTHERN ALASKA AREA OFFICE**

U.S. ARMY ENGINEER DISTRICT ALASKA

P.O. BOX 35066

REPLY TO
ATTENTION OF:

FORT WAINWRIGHT, ALASKA 99703-0066

September 13, 2004

Eielson Resident Office    (C-0041)    (415-15k)

SUBJECT: EIE183, Contract W911KB-04-C-0008, Design Construct Joint Security Forces Complex, Eielson Air Force Base, Alaska - Case 9, Unsuitable Soils Under Utilidor, Modification P00009, Part 1, Notice to Proceed (NTP)

Strand Hunt Construction
12900 N.E. 180th Street, Suite 220
Bothell, Washington 98011-5773

Gentlemen:

    Reference is made to Federal Acquisition Regulation 52.0236-0002, "Differing Site Conditions" of your contract.

    The enclosed Standard Form (SF) 30, Modification P00009, Part 1, NTP, Case 9, Unsuitable Soils Under Utilidor constitutes a Notice to Proceed to perform the work indicated. The price set forth is tentative. The final equitable adjustment will be established by subsequent modification(s).

    Please submit your proposal within the time frame indicated on the SF30 and in sufficient detail, as outlined in Contract Clause "Modification Proposals-Price Breakdown" to permit a comprehensive review and evaluation of all elements. Should your proposal include a request for a time extension, a thorough justification, shall be furnished showing how the change affects your construction schedule.

                    Sincerely,

                    //s// 9/14/04

                    Norman D. Sams, P.E.
                    Administrative Contracting
                        Officer

Enclosure
Copy Furnished:
OREC:                                    Ramos/353-7828/jld
CEPOA-CT-CO-M                              September 13, 2004
Without enclosure    \\s2104\projects\EIE183\corpscor\C-0041.doc

D-9



**NORTHERN ALASKA AREA OFFICE**
U.S. ARMY ENGINEER DISTRICT ALASKA
P.O. BOX 35066
FORT WAINWRIGHT, ALASKA 99703-0066

REPLY TO
ATTENTION OF:

October 15, 2004

Eielson Resident Office    (C-0048)    (210-20b)

SUBJECT:  EIE183, Contract No. W911KB-04-C-0008,
Design/Construct Joint Security Forces Complex, Eielson Air
Force Base, Alaska – Area 2 Concrete Cores

Strand Hunt Construction
12900 N.E. 180th Ave, Suite 220
Bothell, Washington 98011-5773

Gentlemen:

     Reference your Serial Letter H-0074, requesting U.S. Army
Corps of Engineers' concurrence with your plan to drill two
cores in the concrete slab in Area 2.

     We still consider placement of the concrete in the
conditions that occurred on July 30 unacceptable and expect this
situation not to repeat.  We do, however, find your course of
action to demonstrate acceptable compressive strength by testing
core samples of the concrete in question acceptable.  Please
proceed and provide the results as soon as possible.
Additionally, please provide the on-site Quality Assurance
Representative (QAR) at least 24 hours advance notice prior to
drilling the cores to allow Government observation and input as
to core location.

     We do not subscribe to your reason for not covering the
slab during the rain, that covering the floor to protect it from
the rain would have resulted in an aesthetically displeasing
appearance.  The majority of the concrete placed during the rain
falls within rooms 15, 38, 39, 45, and 58, and the adjacent
corridors.  These floors are covered with carpet or vinyl
composite tile and do not remain exposed as claimed in your
correspondence.  These finish materials would cover any
discoloration caused by covering the slab.  The vast majority of
the Area 2 concrete floor surface to remain exposed falls within
the ANG Mobility Bay (Room 59), which was placed the following

D-10

day under more favorable conditions at the recommendation of the on-site Quality Assurance Representative.

Any questions regarding this letter should be referred to Mr. Carlton Haenel, Quality Assurance Representative, at (907) 372-1923, CPT Teresa Schlosser, Deputy Resident Engineer, at (907) 377-3400.

Sincerely,

//s//10/19/04

Norman D. Sams, P.E.
Administrative Contracting
Officer

OREC

Haenel\372-1923\kra
October 15, 2004
\\s2104\projects\EIE183\corpscor\C-0048.doc



**NORTHERN ALASKA AREA OFFICE**
U.S. ARMY ENGINEER DISTRICT ALASKA
P.O. BOX 35066
FORT WAINWRIGHT, ALASKA 99703-0066

REPLY TO
ATTENTION OF:

October 25, 2004

Eielson Resident Office        (C-0047)

SUBJECT:  EIE183, Contract No. W911KB-04-C-0008,
Design/Construct Joint Security Forces Complex, Eielson Air
Force Base, Alaska – Building Elevation – DOR Statement


Strand Hunt Construction                    *Need This letter*
12900 N.E. 180th Ave, Suite 220
Bothell, WA 98011-5773

Gentlemen:

     Reference Government letter C-0034, August 23, 2004,
regarding the Contractor's error that caused the finished floor
elevation to be four inches higher than the final design
elevation.

     In the referenced letter, the Government acknowledged the
results of the contractor's mistake; however, we also required
that the designer of record (DOR) address the impact of the
error on the overall design and assure the Government that no
negative ramifications exist.  To satisfy the Government's need
for assurance on this matter, we required that the DOR provide a
statement certifying his/her review of the mistake and its
resulting impact on the overall design.  To date, we have not
received any such statement from the contractor.  Please provide
this statement as soon as possible.

D-11

Any questions regarding this letter should be referred to Mr. Carlton Haenel, Quality Assurance Representative at (907) 372-1923, or CPT Teresa Schlosser, Deputy Resident Engineer at (907) 377-3400.

                                   Sincerely,


                                   //s//10/27/04

                                   Norman D. Sams, P.E.
                                   Administrative Contracting
                                        Officer

OREC

                                        Haenel\372-1923\tcd
                                             October 6, 2004
                    \\s2104\projects\EIE183\corpscor\C-0047.doc



**NORTHERN ALASKA AREA OFFICE**
**U.S. ARMY ENGINEER DISTRICT ALASKA**
**P.O. BOX 35066**
**FORT WAINWRIGHT, ALASKA 99703-0066**
January 3, 2005

REPLY TO
ATTENTION

Eielson Resident Office        (C-0072)                    (210-20b)

SUBJECT: EIE183, Contract No. W911KB-04-C-0008,
Design/Construct Joint Security Forces Complex, Eielson Air
Force Base, Alaska - FIO Submittal, 15240-5

Strand Hunt Construction
12900 N.E. 180th Ave, Suite 220
Bothell, Washington  98011-5773

Gentlemen:

    Reference Technical Specification (TS) 15240-5.

    Further review of the above-referenced FIO transmittal
requires the action code for item number 1 to be changed from
"F" code; receipt acknowledged, to "E" code, disapproved.

    1) The proposed valve to be installed in the steam system
does not meet temperature requirements. The manufacturer's
literature clearly states temperature range from -20°F to 100°F,
which is not adequate for this application (steam system). This
valve is not designed for steam/condensate use and shall not be
installed in any steam/condensate piping system. If you believe
the proposed valve is acceptable, please resubmit data that
shows the correct temperature and pressure ratings for the
valve.

    Furthermore, the Government requests the Contractor to
provide manufacturer technical design criteria, including
pressure and temperature ratings, for the steam and condensate
valves currently installed for furnishing steam to JSFC (i.e.
hot-work activity).

    If you have any questions, please contact Mr. Doug Gallo at
(907) 353-7855 or the undersigned at (907) 353-7555.

Sincerely,

//s//01/05/05

Norman D. Sams, P.E.
Administrative Contracting
    Officer

_ D-12

If you have any questions, please contact Mike Volsky at (907) 377-4115 or the undersigned at (907) 353-7917.

Sincerely,

//s//01/07/05

Brad Bradley, P.E.
Administrative Contracting
Officer

OREC

Johnston\377-4095\kra
January 7, 2005
\\s2104\projects\EIE183\corpscor\C-0073.doc



**NORTHERN ALASKA AREA OFFICE**
**U.S. ARMY ENGINEER DISTRICT ALASKA**
**P.O. BOX 35066**
REPLY TO
ATTENTION
**FORT WAINWRIGHT, ALASKA 99703-0066**
January 28, 2005

Eielson Resident Office        (C-0078)                    (210-20b)

SUBJECT:  EIE183, Contract No. W911KB-04-C-0008,
Design/Construct Joint Security Forces Complex, Eielson Air
Force Base, Alaska – Dr Checks Closeout & Final Design

Strand Hunt Construction
12900 N.E. 180th Ave, Suite 220
Bothell, Washington 98011-5773

Gentlemen:

     Reference your serial letter H-0134, regarding the Dr.
Checks closeout & Final Design meeting that was held with COE,
Strand Hunt and Design Alaska personal represented.  As mutually
agreed upon "open Backcheck" items that have been satisfactorily
resolved will be closed by the Government reviewers.

     Your letter mentions two other issues that were discussed
at the meeting held at the COE Northern Area Office on January
13, 2005.  The RFP requires 3-inch thickness of pavement while
your 100% design provides for 2 inches.  The RFP also specifies
floor epoxy in the high bay areas.  However, a floor sealer was
actually applied.

     The Government views both of these issues as unauthorized
deviations from the contract.  Any deviation from the contract
must be approved in writing by the Contracting Officer.  Please
provide documentation, via serial letter, detailing your
justification for these deviations.  Should these deviations be
rejected by the Contracting Officer, you will be directed to
comply with the requirements of your contract.  Should the
variations be approved, the Government reserves the right to
pursue a credit regarding these changes.

*S/H C is trying to say our work was bad & had to be covered I think -*

*√ pn*

D-13



**NORTHERN ALASKA AREA OFFICE**
**U.S. ARMY ENGINEER DISTRICT ALASKA**
**P.O. BOX 35066**
**FORT WAINWRIGHT, ALASKA 99703-0066**
January 28, 2005

REPLY TO
ATTENTION

Eielson Resident Office        (C-0079)                (210-20b)

SUBJECT:  EIE183, Contract No. W911KB-04-C-0008,
Design/Construct Joint Security Forces Complex, Eielson Air
Force Base, Alaska – Command Center Security Console

*Are these some of the missed openings SHC claimed –*

Strand Hunt Construction
12900 N.E. 180th Ave, Suite 220
Bothell, Washington 98011-5773

Gentlemen:

     Reference your serial letter S-0097, Command Center
Security Console.

     Your proposed design for the Security Center Console has
been approved.  Air National Guard personnel will cut the
openings in the sloping face of the console after occupancy to
accommodate the recessed equipment.

     If you have any questions regarding this issue, please
contact Mr. Mick Awbrey at (907) 377-4095, Mr. Mike Volsky at
(907) 377-4115 or the undersigned at (907) 377-4300.

                         Sincerely,


                         //s//02/01/05

                         Brad Bradley, P.E.
                         Administrative Contracting
                              Officer

OREC

                              Bradley\353-7917\kra
                              January 28, 2005
                    \\s2104\projects\EIE183\corpscor\C-0079.doc


D-14



**REPLY TO**
**ATTENTION**

**NORTHERN ALASKA AREA OFFICE**
**U.S. ARMY ENGINEER DISTRICT ALASKA**
**P.O. BOX 35066**
**FORT WAINWRIGHT, ALASKA 99703-0066**
February 3, 2005

elson Resident Office        (C-0080)                    (210-20b)

IBJECT:  EIE183, Contract No. W911KB-04-C-0008,
esign/Construct Joint Security Forces Complex, Eielson Air
orce Base, Alaska -- Fire Protection System, Response to Serial
etter S-0093

*Are These areas where*
*voids were found. Were*
*they in areas where CM*
*was not called out an*
*solid grout.*

3trand Hunt Construction
12900 N.E. 180ᵗʰ Ave, Suite 220
Bothell, Washington 98011-5773

Gentlemen:

    Reference your serial letter S-0093, Fire Protection System
and Technical Specification (TS) 01010, 2.8.2 A5.

    Further review of the furnished shop drawings and work
performed on Fire Protection system indicate significant
deviations from design or designs by Contractor not included in
fire protection design.  Conducting work not in accordance with
the plans and specifications is a clear violation of the
contract requirements and the Contractor assumes responsibility
and liability for deviating from the design.  These matters
shall be addressed and corrected by Contractor.  Furthermore,
the subject GA transmittal requires the action code change for
item numbers 34 through 36 to be changed from "F" code; receipt
acknowledged, to "E" code, disapproved.

    a) Pipe supports, bracing, and hangers are connected to
light gauge trusses, which is not shown on shop drawings.
Please review design and advise of corrective action.

    b) Trapeze hangers are being installed throughout with ends
extending several feet beyond bar joints.  Please review design
and advise of corrective action.

    c) Clarify anchoring of pipe supports to CMU wall.

    d) Clarify attachment locations for trusses.

e) Confirm that Afcon components are compatible with Tolco components.

f) Clarify that c-clamps used for hangar supports can be installed on bar joist (upper or lower section).

G) Clarify seismic bracing attachment methods to bar joist, there are several locations where the attachments are installed on the bottom chord of the bar joist.

If you have any questions, please contact Mr. Doug Gallo at (907) 353-7855 or the undersigned at (907) (907) 377-4300.

Sincerely,

//s//02/04/05

Brad Bradley, P.E.
Administrative Contracting
    Officer

OREC

Bradley\353-7917\kra
February 3, 2005
\\s2104\projects\EIE183\corpscor\C-0080.doc



**NORTHERN ALASKA AREA OFFICE**
**U.S. ARMY ENGINEER DISTRICT ALASKA**
**P.O. BOX 35066**
**FORT WAINWRIGHT, ALASKA 99703-0066**

REPLY TO
ATTENTION

February 18, 2005

Eielson Resident Office          (C-0086)

SUBJECT:  EIE183, Contract No. W911KB-04-C-0008,
Design/Construct Joint Security Forces Complex, Eielson Air
Force Base, Alaska – Use of No Hub Piping and Fittings

*Show SHC was cutting corners & that design was not approved.*

Strand Hunt Construction
12900 N.E. 180th Ave, Suite 220
Bothell, Washington 98011-5773

Gentlemen:

    Reference your serial letter H-0142, Use of No Hub Piping
and Fittings, Federal Acquisition Regulation (FAR) 52.236-5,
Material and Workmanship (April 1984); FAR 52.236-23,
Responsibility of the Architect-Engineer Contractor (April
1984); FAR 52.246-12, Inspection of Construction (August 1996).

    While it is recognized that the use of No Hub pipe and
fittings are a common practice, it is also important to note
that No-hub pipe and fittings have not been allowed on Eielson
AFB for many years, mainly due to long-term maintenance/leakage
issues.

    Thus, it is the primary justification for the Request for
Proposal (RFP) requirement stated in 2.6.18.C.2: "Below grade
waste drain and vent piping shall be CISPI HSN cast iron hub and
spigot with compression type neoprene gaskets".

    It is also recognized that a preparatory meeting was held
on June 28, 2004, and an initial inspection was held on July 7,
2004.  However the Government did not receive submittals for the
scope of work until July 8, 2004, a day after the initial review
meeting was held, clearly a failure of your contractually
required CQC system.  Please review Technical Specification (TS)
01451 3.5, 3.6 and SCR 44 of your contract which specifically
states the duties of the CQC systems and responsibilities of the
contractor and designer of record for the project.  This failure
of your CQC system is a very serious issue; failure to correct
this issue will result in action being taken by the Government
such as removal of personnel for non-performance of their duties

– D-16

(FAR 52.236-5) or an Interim Unsatisfactory Performance Evaluation per Engineer Regulation 415-7-1.

Per FAR 52.246-12 (C): " Government inspections and tests are for the sole benefit of the Government and do not

  1. Relieve the Contractor of responsibility for providing adequate control measures;

  2. Relieve the Contractor of responsibility for damage to or loss of the material before acceptance;

  3. Constitute or imply acceptance;

  4. Affect the continuing rights of the Government after acceptance of the completed work under paragraph (i) of this section.

FAR 52.246-12 (f) states, in part, that " The Contractor shall, without charge, replace or correct work found by the Government not to conform to contract requirements."

FAR 52.246-12 (g) states that "if the Contractor does not promptly replace or correct rejected work, the Government may (1) by contract or otherwise, replace or correct the work and charge the cost to the Contractor or (2) terminate for default the Contractor's right to proceed."

The use of NO-Hub piping and fittings are a violation of the RFP requirements. As such, your installation of this material is a construction deficiency that must be corrected. Please respond, in writing, with how you propose to resolve this issue.

Until a satisfactory solution is approved by the Government, there will be no additional funds paid toward this scope of work or any work that is associated with it.

If you have any questions regarding this issue, please contact Mr. Mick Awbrey at (907) 377-4095, Mr. Mike Volsky at (907) 377-4115 or the undersigned at (907) 377-4300.

Sincerely,

//s//02/22/05

Brad Bradley, P.E.
Administrative Contracting
  Officer