IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| STRAND HUNT CONSTRUCTION, INC., a Washington Corporation,<br><br>    Plaintiff,<br>v<br><br>DIX MASONRY, INC., an Alaskan corporation; DEBRA R. DIX; AND DENNIS R. DIX,<br><br>    Defendant. | Case No.  A05-156 CIV<br><br>CERTIFICATE OF SERVICE |

COMES NOW, M. Gregory Oczkus of Greg Oczkus Law Offices and hereby certifies that on the 31st day of March, 2006, a copy of Supplemental Affidavit in Support of Motion to Set Aside Default was served electronically on Frank A. Pfiffner.

Dated: 3-31-06

s/    M. Gregory Oczkus
Greg Oczkus Law Office
430 W 7th Ave., Suite 202
Anchorage, Alaska.  99501
Telephone: (907) 276-6506
Facsimile: (907) 258-6902
gregmgolawoffice@acsalaska.net
Alaska Bar No. 7710145

F:\Dix\Documents\Cert Electronically2