IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| STRAND HUNT CONSTRUCTION, INC., a Washington Corporation,<br><br>    Plaintiff,<br>v<br><br>DIX MASONRY, INC., an Alaskan corporation; DEBRA R. DIX; AND DENNIS R. DIX,<br><br>    Defendant. | Case No.  3:05-cv-00156-JWS<br><br>REQUEST TO RECONSIDER |

COME NOW Dix Masonry, Inc., and co-defendants Debra R. Dix and Dennis R. Dix, and request the court to reconsider its order refusing to set aside the default.  This motion is made on the following grounds and arguments:

1. Attached hereto as Exhibit A is a true and correct copy of a letter which was sent to this office by an Anchorage attorney who is investigating the coverage issues in this matter.  This court ruled that Dix Masonry, Inc. could not meet the burden of proof to show that the plaintiff would not be prejudiced by setting aside the default.  The court theorized that there may be further financial claims against the corporation and further delay might impair Strand Hunt's ability to collect the judgment.

Counsel had notified the carrier of the possible claim and provided a copy of the complaint, answer and counterclaim. If Strand Hunt has hopes of collecting a judgment it is through the insurance carrier. The probable result is coverage will be lost if default is not set aside. The insurance carrier may be released from its obligation because it did not have the opportunity to contest liability. The carrier was notified of the status of the case after the March 10, 2006 motions were filed.

2. The court ruled that Debra R. Dix and Dennis Dix could have filed their own answers to the complaint and avoided a default. What the court failed to address is that the liability of the two individuals is 100% derivative of any liability of the corporation. Strand Hunt attempts to pierce the corporate veil by naming individuals as acting recklessly.

No liability should be allowed to these individuals until the corporation has been found liable.

Dated:     6-26-06              s/    M. Gregory Oczkus
                                Greg Oczkus Law Office
                                430 W 7th Ave., Suite 202
                                Anchorage, Alaska.  99501
                                Telephone: (907) 276-6506
                                Facsimile: (907) 258-6902
                                gregmgolawoffice@acsalaska.net
                                Alaska Bar No. 7710145

G:Dix/Strand/Docs/Request