**BURR, PEASE & KURTZ**
A PROFESSIONAL CORPORATION

OF COUNSEL:

DONALD A. BURR
THEODORE M. PEASE, JR.
L. S. KURTZ, JR.
ARDEN E. PAGE
MICHAEL W. SEWRIGHT

CHARLES P. FLYNN
ANN C. LIBURD
JOHN C. SIEMERS
NELSON G. PAGE
MICHAEL W. SEVILLE

DAVID W. PEASE
THOMAS P. OWENS III
MARGARET R. RUSSELL
CARL H. JOHNSON

810 N STREET
ANCHORAGE, AK 99501-3293

TELEPHONE: (907) 276-6100
FACSIMILE: (907) 258-2530
E-MAIL: dwp@bpk.com

www.bpk.com

TAX ID NO. 92-0037399

June 15, 2006

M. Gregory Oczkus, Esq.
430 W. 7th Avenue, Suite 202
Anchorage, AK 99501

Dear Greg:

RE: *Strand Hunt v. Dix Masonry, Inc.*
Our File No. 1018-87

     Our office has been asked to review your tender of the *Strand Hunt v. Dix Masonry* lawsuit to Zurich under Policy SCP-42898941 in effect from December 29, 2003, to December 29, 2004. We have a copy of the complaint filed by Frank Pfiffner on behalf of Strand Hunt against Dix Masonry, as well as the answer and counterclaim filed by Dix Masonry. We have very little additional information concerning the cause and nature of the claims by Strand Hunt or the analysis of that loss. We also are in need of information on the work performed by Dix, including the date it started, the completion date, and any issues that arose concerning Dix's work. If you have additional information we should consider in our evaluation of the claim by Strand Hunt against Dix Masonry, please forward it to our offices at your earliest convenience. We appreciate your prompt response to this request.

Very truly yours,

BURR, PEASE & KURTZ

*David Pease*

David W. Pease

84187

Ex. A