IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| STRAND HUNT CONSTRUCTION, INC., a Washington Corporation,<br><br>             Plaintiff,<br>v<br><br>DIX MASONRY, INC., an Alaskan corporation; DEBRA R. DIX; AND DENNIS R. DIX,<br><br>             Defendant. | Case No.  3:05-cv-00156-JWS<br><br>CERTIFICATE OF SERVICE |

   COMES NOW, M. Gregory Oczkus of Greg Oczkus Law Offices and hereby certifies that on the 26th day of April, 2006, a copy of Request to Reconsider was served via US Mail on Frank A. Pfiffner, 3900 C Street, Suite 1001, Anchorage, Alaska 99503-5931.

Dated: 6-26-06                                s/s   M. Gregory Oczkus
                                              Greg Oczkus Law Office
                                              430 W 7th Ave., Suite 202
                                              Anchorage, Alaska.  99501
                                              Telephone: (907) 276-6506
                                              Facsimile: (907) 258-6902
                                              gregmgolawoffice@acsalaska.net
                                              Alaska Bar No. 7710145

G:Dix/Strand/Docs/Cert of Service2