IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| STRAND HUNT CONSTRUCTION, INC., a Washington Corporation,<br><br>    Plaintiff,<br>v<br><br>DIX MASONRY, INC., an Alaskan corporation; DEBRA R. DIX; AND DENNIS R. DIX,<br><br>    Defendant. | Case No.  3:05-cv-00156-JWS |

Motion for Entry of Default on Counterclaim

COMES NOW Dix Masonry, Inc., by and through its attorney of record, M. Gregory Oczkus of Greg Oczkus Law Offices, and moves pursuant to FRCP 55(a) for entry of default on the Dix Masonry, Inc. Counterclaim filed against Strand Hunt. On March 10, 2006 an amended answer and counterclaim were served both electronically and by U.S. Mail on counsel for plaintiff. This was the same day that the court directed the defendants to file any motions regarding setting aside the default.

On June 14, 2006 the court denied defendants' motion to set aside default.  The order does not absolve the plaintiff of the obligation to answer and defend the counterclaim.  The default means that the defendants

are liable to the plaintiff for some uncertain monetary amount, which must still be proven.

Entry of default did not resolve the counterclaim. Over 20 days has elapsed since service. This court should order the plaintiff to answer within a reasonable time or enter default on the counterclaim.

Dated: 7-5-06                                    s/    M. Gregory Oczkus
                                                Greg Oczkus Law Office
                                                430 W 7th Ave., Suite 202
                                                Anchorage, Alaska.  99501
                                                Telephone: (907) 276-6506
                                                Facsimile: (907) 258-6902
                                                gregmgolawoffice@acsalaska.net
                                                Alaska Bar No. 7710145

I hereby certify that on the
5th day of July, 2006,
a copy of foregoing Order
was served via US Mail on

Frank A. Pfiffner
3900 C Street, Suite 1001
Anchorage, Alaska 99503-5931

S/ M. Gregory Oczkus
G:Dix/StrandHunt/Docs\Motion1