IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| STRAND HUNT CONSTRUCTION, INC., a Washington Corporation,<br><br>Plaintiff,<br><br>v<br><br>DIX MASONRY, INC., an Alaskan corporation; DEBRA R. DIX; AND DENNIS R. DIX,<br><br>Defendant. | Case No. 3:05-cv-00156-JWS<br><br>AFFIDAVIT OF COUNSEL |

STATE OF ALASKA      )
                     : ss
THIRD JUDICIAL DISTRICT )

M. Gregory Oczkus, upon oath, deposes and states:

1. My name is M. Gregory Oczkus and I am the attorney for the defendants herein.

2. On March 10, 2006, on behalf of Dix Masonry, Inc., I filed an amended answer and counterclaim.

3. The amended answer and counterclaim were served on plaintiff's attorney both electronically and by U.S. Mail.

4. As of this date no answer to the counterclaim has been filed. I would request this court to order that the counterclaim be answered within three business days or default be entered against Strand Hunt on the counterclaim.

-1-

5. I am required on behalf of defendants to submit evidence challenging the affidavit of Rollie Hunt supporting the plaintiff's request for default judgment. I am in the process of gathering information to present to the court which I anticipate will require an evidentiary hearing.

6. It would help expedite the process if an answer to the counterclaim is filed not later than July 12, 2006 or default entered.

Dated:  7-5-06

s/   M. Gregory Oczkus
Greg Oczkus Law Office
430 W 7th Ave., Suite 202
Anchorage, Alaska. 99501
Telephone: (907) 276-6506
Facsimile: (907) 258-6902
gregmgolawoffice@acsalaska.net
Alaska Bar No. 7710145

SUBSCRIBED AND SWORN to before me this 5 day of July, 2006.

Notary Public in and for Alaska
My Commission Expires: 12-6-06

I hereby certify that on the
5 day of July, 2006,
a copy of foregoing Order
was served via US Mail on

Frank A. Pfiffner
3900 C Street, Suite 1001
Anchorage, Alaska 99503-5931.

F:\Dix\Documents\aff