IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| STRAND HUNT CONSTRUCTION, INC., a Washington Corporation,<br><br>          Plaintiff,<br>v<br><br>DIX MASONRY, INC., an Alaskan corporation; DEBRA R. DIX; AND DENNIS R. DIX,<br><br>          Defendant. | Case No.  3:05-cv-00156-JWS<br><br><br><br>ORDER |

     IT IS HEREIN ORDERED that Strand Hunt Construction, Inc. shall file its answer to the counterclaim filed Dix Masonry, Inc. on or before _____ , 2006 or default be entered.

Dated:

                                                                      Judge of the United States District Court

I hereby certify that on the
5th day of July, 2006,
a copy of foregoing Order
was served via US Mail on

Frank A. Pfiffner
3900 C Street, Suite 1001
Anchorage, Alaska 99503-5931

s/   M. Gregory Oczkus

G:Dix/StrandHund/Docs/Order1