Frank A. Pfiffner
HUGHES BAUMAN PFIFFNER
GORSKI & SEEDORF, LLC
3900 C Street, Suite 1001
Anchorage, Alaska 99503
Telephone: (907) 274-7522
Facsimile: (907) 263-8320
FAP@hbplaw.net
ABA No. 7505032

Attorneys for Plaintiff
Strand Hunt Construction, Inc.

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| STRAND HUNT CONSTRUCTION, INC., a Washington corporation,<br><br>Plaintiff,<br><br>vs.<br><br>DIX MASONRY, INC., an Alaska corporation; DEBRA R. DIX; and DENNIS R. DIX,<br><br>Defendants. | 3:05-cv-00156 JWS |

**STIPULATION FOR DISMISSAL WITH PREJUDICE**

COME NOW Plaintiff Strand Hunt Construction, Inc. ("SHC"), and the defendants Dix Masonry, Inc., Debra R. Dix, and Dennis R. Dix (hereinafter jointly referred to as "Dix"), by and through their respective attorneys of record, pursuant to Federal Rule of Civil Procedure 41(a)(1), and stipulate and agree that this action,

*Strand Hunt Construction, Inc. v. Dix Masonry, Inc., et al.*
Stipulation for Dismissal with Prejudice
(1187-3022/248706)

Page 1 of 3

including all claims by SHC against Dix and all counterclaims by Dix against SHC, may be and hereby is dismissed with prejudice with all parties to bear their own costs and attorney's fees for the reason that the matter has been amicably resolved.

DATED at Anchorage, Alaska, this 7th day of July, 2006.

HUGHES BAUMAN PFIFFNER
GORSKI & SEEDORF, LLC
Attorneys for Plaintiff
Strand Hunt Construction, Inc.

By:  s/Frank A. Pfiffner
Frank A. Pfiffner
3900 C Street, Suite 1001
Anchorage, Alaska  99503
Telephone:  (907) 274-7522
Facsimile:  (907) 263-8320
FAP@hbplaw.net
ABA No. 7505032

GREG OCZKUS LAW OFFICE
Attorneys for Defendants, Dix Masonry,
Inc., Debra R. Dix and Dennis R. Dix

By:  s/M. Gregory Oczkus
M. Gregory Oczkus
430 W. 7th Avenue
Suite 202
Anchorage, AK  99501
Telephone:  (907) 276-6506
Facsimile:  (907) 258-6902
gregmgolawoffice@acsalaska.net
ABA No. 7710145

*Strand Hunt Construction, Inc. v. Dix Masonry, Inc., et al.*
Stipulation for Dismissal with Prejudice
(1187-3022/248706)
Page 2 of 3

## Certificate of Service

I hereby certify that on July 7, 2006, a copy of the Stipulation for Dismissal with Prejudice was served via electronically on:

M. Gregory Oczkus
Greg Oczkus Law Office
430 W. 7th Avenue, Suite 202
Anchorage, AK  99501


s/Frank A. Pfiffner

*Strand Hunt Construction, Inc. v. Dix Masonry, Inc., et al.*
Stipulation for Dismissal with Prejudice
(1187-3022/248706)

Page 3 of 3